B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Lewandowski, Gregory L** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Stenson, Kathleen A** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Target Financial - Homes for Rent** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Target Financial - Homes for Rent** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9769** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6368** |
| Street Address of Debtor (No. and Street, City, and State):<br>**2471 Saint Andrews Drive**<br>**Olympia Fields, IL**<br>ZIP Code **60461** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**2471 Saint Andrews Drive**<br>**Olympia Fields, IL**<br>ZIP Code **60461** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7     ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9         of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13        of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | (Check one box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,     ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as        business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ☐<br>100-<br>199 | ■<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Lewandowski, Gregory L**<br>**Stenson, Kathleen A** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **Northern District of Illinois** | Case Number:<br>**12-15568** | Date Filed:<br>**4/17/12** |
| Location<br>Where Filed:  **Northern District of Illinois** | Case Number:<br>**11-23908** | Date Filed:<br>**6/06/11** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _/s/ Penelope Bach_                        **August  4, 2015**<br>Signature of Attorney for Debtor(s)                    (Date)<br>**Penelope Bach** |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐     Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)                                                                                          Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Lewandowski, Gregory L
Stenson, Kathleen A**

### Signatures

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Gregory L Lewandowski**
Signature of Debtor **Gregory L Lewandowski**

X **/s/ Kathleen A Stenson**
Signature of Joint Debtor **Kathleen A Stenson**

Telephone Number (If not represented by attorney)

**August  4, 2015**
Date

### Signature of Attorney*

X **/s/ Penelope Bach**
Signature of Attorney for Debtor(s)

**Penelope Bach 6284659**
Printed Name of Attorney for Debtor(s)

**Sulaiman Law Group, Ltd.**
Firm Name
**900 Jorie Boulevard
Suite 150
Oak Brook, IL 60523**

Address

**Email: mbadwan@sulaimanlaw.com**
**630-575-8181  Fax: 630-575-8188**
Telephone Number

**August  4, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re      **Gregory L Lewandowski**
**Kathleen A Stenson**
_____      Case No. _____
Debtor(s)      Chapter      **7**   _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Gregory L Lewandowski**
                            **Gregory L Lewandowski**

Date:    **August  4, 2015**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Gregory L Lewandowski**
**Kathleen A Stenson**      Case No. _____

        Debtor(s)      Chapter   **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Kathleen A Stenson**
**Kathleen A Stenson**

Date:    **August  4, 2015**

B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Gregory L Lewandowski,**
        **Kathleen A Stenson**

Case No. _____

_____ ,

Debtors

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 16 | 2,813,118.00 | | |
| B - Personal Property | Yes | 4 | 299,839.96 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 30 | | 2,205,048.73 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 29 | | 3,151,388.39 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 12,386.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 66,758.62 |
| Total Number of Sheets of ALL Schedules | | 88 | | | |
| | | Total Assets | 3,112,957.96 | | |
| | | | Total Liabilities | 5,356,437.12 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Gregory L Lewandowski,**           Case No. _____
         **Kathleen A Stenson**

_____ ,

                             Debtors      Chapter_____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re   **Gregory L Lewandowski,**                    Case No. _____

          **Kathleen A Stenson**

                                         Debtors        ,

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **1701 W. 168th Street**<br>**Hazel Crest, Illinois 60429**<br>**Single Family Dwelling**<br>**Purchased in 1987 (Purchase Price $23,000.00)**<br>**Value Per Cook County Assessor**<br>**PIN#: 29-30-211-008-0000** | **Fee Simple** | **J** | **7,710.00** | **29,481.14** |
| **13700 S. Parnell**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $36,000)**<br>**Value Per Zillow.com**<br>**PIN#: 25-33-328-105-0000** | **Fee Simple** | **J** | **3,100.00** | **10,570.64** |
| **534 W. 136th Street**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $29,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-311-089-0000** | **Fee Simple** | **J** | **28,300.00** | **10,364.03** |
| **445 W. 136th Street**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1990 (Purchase Price $35,500.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-328-073-0000** | **Fee Simple** | **J** | **29,500.00** | **1,688.86** |
| **13641 S. Eggleston**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1990 (Purchase Price $27,800.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-314-059-0000** | **Fee Simple** | **J** | **34,700.00** | **12,346.93** |

                                             Sub-Total >     **103,310.00**     (Total of this page)

  **15**  continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re    **Gregory L Lewandowski,**                                    Case No. _____
      **Kathleen A Stenson**

_____ ,
Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **460 W. 136th Street**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1994 (Purchase Price $31,123.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-311-103-0000** | **Fee Simple** | **J** | **28,100.00** | **10,540.99** |
| **13642 S. Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1994 (Purchase Price $36,500.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-311-071-0000** | **Fee Simple** | **J** | **29,100.00** | **26,709.36** |
| **13727 S. Parnell Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1993 (Purchase Price $32,600.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-329-021-0000** | **Fee Simple** | **J** | **30,000.00** | **10,864.77** |
| **13700 S. Eggleston Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1995 (Purchase Price $31,400.00)**<br>**Value Per Zillow.com**<br>**PIN#: 25-33-314-070-0000** | **Fee Simple** | **J** | **71,748.00** | **33,528.78** |
| **13614 S. Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1985 (Purchase Price $22,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-311-040-0000** | **Fee Simple** | **J** | **28,800.00** | **40,016.21** |
| **13625 S. Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1986 (Purchase Price $23,100.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-328-051-0000** | **Fee Simple** | **J** | **28,300.00** | **38,225.02** |

Sub-Total >      **216,048.00**      (Total of this page)

Sheet __1__ of __15__ continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re    **Gregory L Lewandowski,**                                     Case No. _____
       **Kathleen A Stenson**

_____,
Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **13712 S. Normal Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1986 (Purchase Price $25,075.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-329-050-0000** | **Fee Simple** | **J** | **28,300.00** | **36,586.38** |
| **504 W. 136th Place**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1986 (Purchase Price $28,027.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-328-082-0000** | **Fee Simple** | **J** | **28,300.00** | **38,225.02** |
| **453 W. Pacesetter Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1986 (Purchase Price $26,100.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-330-027-0000** | **Fee Simple** | **J** | **4,500.00** | **30,787.19** |
| **13723 S. Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1987 (Purchase Price $28,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-328-029-0000** | **Fee Simple** | **J** | **4,500.00** | **30,202.47** |
| **545 W. Pacesetter Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $35,000.00)**<br>**Value Per Zillow.com**<br>**PIN#: 25-33-330-007-0000** | **Fee Simple** | **J** | **4,500.00** | **41,162.67** |
| **452 W. 136th Street**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $25,500.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-311-106-0000** | **Fee Simple** | **J** | **4,500.00** | **38,394.63** |

Sub-Total >    **74,600.00**    (Total of this page)

Sheet __2__ of __15__ continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re    **Gregory L Lewandowski,**                                    Case No. _____
         **Kathleen A Stenson**

_____ ,
                                    Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **543 W. Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $29,406.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-330-008-0000** | **Fee Simple** | **J** | **28,600.00** | **39,378.48** |
| **13735 S Parnell Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $30,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-329-019-0000** | **Fee Simple** | **J** | **28,000.00** | **35,059.42** |
| **13658 S Parnell Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $31,501.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-328-100-0000** | **Fee Simple** | **J** | **28,300.00** | **39,710.87** |
| **13709 S Parnell Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $31,800.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-329-027-0000** | **Fee Simple** | **J** | **28,000.00** | **37,739.28** |
| **444 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $28,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-329-068-0000** | **Fee Simple** | **J** | **32,400.00** | **36,593.04** |
| **443 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $26,500.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-330-031-0000** | **Fee Simple** | **J** | **29,000.00** | **35,951.82** |

Sub-Total >       **174,300.00**       (Total of this page)

Sheet __3__ of __15__ continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re   **Gregory L Lewandowski,**                                   Case No. _____
        **Kathleen A Stenson**
_____ ,
                                    Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **13636 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $26,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-311-074-0000** | **Fee Simple** | **J** | **29,000.00** | **35,939.71** |
| **13718 S Parnell Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $26,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-328-107-0000** | **Fee Simple** | **J** | **28,000.00** | **35,206.71** |
| **13651 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $25,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-328-042-0000** | **Fee Simple** | **J** | **28,700.00** | **34,909.47** |
| **13755 S Eggleston Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $25,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-331-022-0000** | **Fee Simple** | **J** | **33,000.00** | **34,952.08** |
| **13621 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989(Purchase Price $32,940.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-328-053-0000** | **Fee Simple** | **J** | **32,800.00** | **43,017.75** |
| **502 W 136th Street**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $26,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-311-100-0000** | **Fee Simple** | **J** | **3,240.00** | **37,887.14** |

Sub-Total >        **154,740.00**        (Total of this page)

Sheet __4__ of __15__ continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re   **Gregory L Lewandowski,**                                    Case No. _____
        **Kathleen A Stenson**

_____,
                                                Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **454 W 136th Street**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $27,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-311-105-0000** | **Fee Simple** | **J** | **33,900.00** | **36,840.25** |
| **531 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $26,200.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-330-012-0000** | **Fee Simple** | **J** | **29,000.00** | **39,655.29** |
| **525 W 136th Street**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1990 (Purchase Price $21,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-328-058-0000** | **Fee Simple** | **J** | **29,200.00** | **38,354.01** |
| **463 W 137th Place**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1990 (Purchase Price $20,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-329-057-0000** | **Fee Simple** | **J** | **28,900.00** | **38,898.31** |
| **517 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1990 (Purchase Price $26,400.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-330-017-0000** | **Fee Simple** | **J** | **32,400.00** | **38,130.78** |
| **526 W 136th Street**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1991 (Purchase Price $20,0001.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-311-092-0000** | **Fee Simple** | **J** | **29,500.00** | **34,771.89** |

Sub-Total >    **182,900.00**    (Total of this page)

Sheet __5__ of __15__ continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re    **Gregory L Lewandowski,**                                      Case No. _____
    **Kathleen A Stenson**
_____,
                                    Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **521 W 136th Street**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1992 (Purchase Price $16,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-328-060-0000** | **Fee Simple** | **J** | **28,300.00** | **36,319.02** |
| **505 W 136th Street**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1993 (Purchase Price $16,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-328-065-0000** | **Fee Simple** | **J** | **29,600.00** | **37,105.65** |
| **533 W 136th Street**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1993 (Purchase Price $23,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-328-056-0000** | **Fee Simple** | **J** | **26,700.00** | **34,992.12** |
| **13705 S Normal Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1993 (Purchase Price $23,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-314-068-0000** | **Fee Simple** | **J** | **26,800.00** | **34,538.12** |
| **13660 S Parnell Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1994 (Purchase Price $28,248.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-328-099-0000** | **Fee Simple** | **J** | **28,300.00** | **38,225.02** |
| **13745 S Parnell Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $45,001.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-329-015-0000** | **Fee Simple** | **J** | **40,260.00** | **30,902.22** |
| | | Sub-Total > | **179,960.00** | (Total of this page) |

Sheet __6__ of __15__ continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re    **Gregory L Lewandowski,**                                           Case No. _____
         **Kathleen A Stenson**

_____,
                                Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **13640 S Parnell Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1985 (Purchase Price $20,000.00)**<br>**Value Per Cook County Assessor**<br>**PIN#: 25-33-328-096-0000** | **Fee Simple** | **J** | **33,520.00** | **10,179.62** |
| **508 W. Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1986 (Purchase Price $25,500.00)**<br>**Value Per Cook County Assessor**<br>**PIN#: 25-33-329-074-0000** | **Fee Simple** | **J** | **33,580.00** | **10,439.95** |
| **13727 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1987 (Purchase Price $28,000.00)**<br>**Value Per Cook County Assessor**<br>**PIN#: 25-33-328-028-0000** | **Fee Simple** | **J** | **34,340.00** | **10,864.77** |
| **13759 S Eggleston Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $22,910.00)**<br>**Value Per Cook County Assessor**<br>**PIN#: 25-33-331-024-0000** | **Fee Simple** | **J** | **33,940.00** | **11,476.21** |
| **13662 S Parnell Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $22,151.00)**<br>**Value Per Cook County Assessor**<br>**PIN#: 25-33-328-098-0000** | **Fee Simple** | **J** | **33,990.00** | **10,756.69** |
| **535 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $23,570.00)**<br>**Value Per Cook County Assessor**<br>**PIN#: 25-33-330-011-0000** | **Fee Simple** | **J** | **34,000.00** | **11,032.66** |

Sub-Total >          **203,370.00**          (Total of this page)

Sheet __7__ of __15__ continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re  **Gregory L Lewandowski,**                                      Case No. _____
       **Kathleen A Stenson**

_____,
                          Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **13717 S Eggleston Avenue** **Riverdale, Illinois 60827** **Single Family Dwelling** **Purchased in 1988 (Purchase Price $32,000.00)** **Value Per Cook County Assessor** **PIN#: 25-33-331-009-0000** | **Fee Simple** | **J** | **34,050.00** | **10,432.97** |
| **518 W 136th Place** **Riverdale, Illinois 60827** **Single Family Dwelling** **Purchased in 1988 (Purchase Price $32,805.00)** **Value Per Cook County Assessor** **PIN#: 25-33-328-088-0000** | **Fee Simple** | **J** | **35,450.00** | **10,192.71** |
| **13730 S Normal Avenue** **Riverdale, Illinois 60827** **Single Family Dwelling** **Purchased in 1988 (Purchase Price $23,000.00)** **Value Per Cook County Assessor** **PIN#: 25-33-329-056-0000** | **Fee Simple** | **J** | **33,880.00** | **11,996.34** |
| **510 W Pacesetter Parkway** **Riverdale, Illinois 60827** **Single Family Dwelling** **Purchased in 1995 (Purchase Price $37,234.00)** **Value Per Cook County Assessor** **PIN#: 25-33-329-073-0000** | **Fee Simple** | **J** | **35,200.00** | **11,123.51** |
| **13638 S Parnell Avenue** **Riverdale, Illinois 60827** **Single Family Dwelling** **Purchased in 1989 (Purchase Price $23,000.00)** **Value Per Cook County Assessor** **PIN#: 25-33-328-097-0000** | **Fee Simple** | **J** | **35,930.00** | **12,559.48** |
| **13720 S Parnell Avenue** **Riverdale, Illinois 60827** **Single Family Dwelling** **Purchased in 1989 (Purchase Price $27,000.00)** **Value Per Cook County Assessor** **PIN#: 25-33-328-106-0000** | **Fee Simple** | **J** | **34,030.00** | **10,767.73** |

Sub-Total >        **208,540.00**        (Total of this page)

Sheet __8__ of __15__ continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re   **Gregory L Lewandowski,**                                    Case No. _____
        **Kathleen A Stenson**

_____,
                                Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **501 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $25,500.00)**<br>**Value Per Cook County Assessor**<br>**PIN#: 25-33-330-022-0000** | **Fee Simple** | **J** | **35,970.00** | **11,426.65** |
| **517 W 136th Place**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $25,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-329-036-0000** | **Fee Simple** | **J** | **33,600.00** | **9,903.76** |
| **527 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $24,400.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-330-013-0000** | **Fee Simple** | **J** | **33,570.00** | **10,463.51** |
| **13719 S Eggleston Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1990 (Purchase Price $32,778.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-331-010-0000** | **Fee Simple** | **J** | **33,630.00** | **11,021.19** |
| **13707 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1990 (Purchase Price $21,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-328-035-0000** | **Fee Simple** | **J** | **33,340.00** | **10,762.61** |
| **13730 S Parnell Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1990 (Purchase Price $25,900.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-328-111-0000** | **Fee Simple** | **J** | **37,270.00** | **11,035.71** |

Sub-Total >        **207,380.00**        (Total of this page)

Sheet __9__ of __15__ continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re   **Gregory L Lewandowski,**                                    Case No. _____
        **Kathleen A Stenson**

                                              _____,
                                        Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **525 W Pacesetter Parkway** **Riverdale, Illinois 60827** **Single Family Dwelling** **Purchased in 1990 (Purchase Price $28,500.00)** **Value Per County Assessors Office** **PIN#: 25-33-330-014-0000** | **Fee Simple** | **J** | **33,570.00** | **10,463.51** |
| **13650 S Wallace Avenue** **Riverdale, Illinois 60827** **Single Family Dwelling** **Purchased in 1990 (Purchase Price $24,800.00)** **Value Per County Assessors Office** **PIN#: 25-33-311-069-0000** | **Fee Simple** | **J** | **35,330.00** | **10,851.56** |
| **13652 S Wallace Avenue** **Riverdale, Illinois 60827** **Single Family Dwelling** **Purchased in 1990 (Purchase Price $24,000.00)** **Value Per County Assessors Office** **PIN#: 25-33-311-068-0000** | **Fee Simple** | **J** | **33,720.00** | **10,363.73** |
| **446 W 136th Street** **Riverdale, Illinois 60827** **Single Family Dwelling** **Purchased in 1990 (Purchase Price $24,700.00)** **Value Per County Assessors Office** **PIN#: 25-33-311-108-0000** | **Fee Simple** | **J** | **35,390.00** | **1,910.23** |
| **13737 S Eggleston Avenue** **Riverdale, Illinois 60827** **Single Family Dwelling** **Purchased in 1990 (Purchase Price $27,825.00)** **Value Per County Assessors Office** **PIN#: 25-33-331-015-0000** | **Fee Simple** | **J** | **35,610.00** | **12,100.11** |
| **506 W Pacesetter Parkway** **Riverdale, Illinois 60827** **Single Family Dwelling** **Purchased in 1990 (Purchase Price $25,000.00)** **Value Per County Assessors Office** **PIN#: 25-33-329-075-0000** | **Fee Simple** | **J** | **33,970.00** | **10,619.71** |

Sub-Total >        **207,590.00**        (Total of this page)

Sheet __10__ of __15__ continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re  **Gregory L Lewandowski,**                                    Case No. _____
       **Kathleen A Stenson**

_____,
                          Debtors
# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **544 W 136th Street**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1991 (Purchase Price $22,500.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-311-086-0000** | **Fee Simple** | **J** | **33,630.00** | **11,038.00** |
| **13719 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1991 (Purchase Price $34,016.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-328-031-0000** | **Fee Simple** | **J** | **33,340.00** | **10,786.51** |
| **13701 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1993 (Purchase Price $45,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-328-037-0000** | **Fee Simple** | **J** | **34,130.00** | **10,425.30** |
| **13607 S Eggleston Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1993 (Purchase Price $45,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-314-047-0000** | **Fee Simple** | **J** | **34,090.00** | **10,684.95** |
| **13732 S Parnell Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1994 (Purchase Price $29,500.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-328-110-0000** | **Fee Simple** | **J** | **35,620.00** | **10,954.13** |
| **519 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1994 (Purchase Price $40,500.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-330-016-0000** | **Fee Simple** | **J** | **34,790.00** | **11,902.55** |

Sub-Total >          **205,600.00**          (Total of this page)

Sheet __11__ of __15__ continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re   **Gregory L Lewandowski,**                                    Case No. _____
        **Kathleen A Stenson**

                                                    Debtors                ,

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **445 W 137th Place**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1994 (Purchase Price $20,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-329-063-0000** | **Fee Simple** | **J** | **33,620.00** | **10,449.38** |
| **461 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1994 (Purchase Price $23,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-330-025-0000** | **Fee Simple** | **J** | **34,030.00** | **10,655.63** |
| **13660 S Normal Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1994 (Purchase Price $24,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-329-045-0000** | **Fee Simple** | **J** | **33,620.00** | **10,449.38** |
| **13664 S Normal Avenue**<br>**Riverdale, Illinois 60827**<br>**Fire Damage/Complete Loss**<br>**Purchased in 1997 (Purchase Price $30,000.00)**<br>**PIN#: 25-33-329-043-0000** | **Fee Simple** | **J** | **1,500.00** | **10,449.38** |
| **448 W 137th Place**<br>**Riverdale, Illinois 60827**<br>**Vacant Land/Demolished**<br>**Purchased in 1995 (Purchase Price $29,010.00)**<br>**PIN#: 25-33-314-079-0000** | **Fee Simple** | **J** | **1,500.00** | **28,520.36** |
| **457 W 137th Place**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1995 (Purchase Price $32,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-329-059-0000** | **Fee Simple** | **J** | **33,620.00** | **10,449.38** |
| **537 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1987 (Purchase Price $37,001.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-330-010-0000** | **Fee Simple** | **J** | **33,570.00** | **20,364.41** |
| | | Sub-Total > | **171,460.00** | (Total of this page) |

Sheet __12__ of __15__ continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re  **Gregory L Lewandowski,**  Case No. _____
      **Kathleen A Stenson**

_____,
                          Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **13742 S Parnell Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1987 (Purchase Price $27,250.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-328-115-0000** | **Fee Simple** | **J** | **33,770.00** | 5,975.29 |
| **13718 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Fire Damage/Complete Loss**<br>**Purchased in 1988 (Purchase Price $28,000.00)**<br>**PIN#: 25-33-311-058-0000** | **Fee Simple** | **J** | **1,500.00** | 10,938.52 |
| **511 W 136th Street**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $28,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-328-063-0000** | **Fee Simple** | **J** | **33,560.00** | 4,445.37 |
| **541 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $30,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-330-009-0000** | **Fee Simple** | **J** | **35,610.00** | 51,826.05 |
| **528 W 136th Street**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $27,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-311-091-0000** | **Fee Simple** | **J** | **33,720.00** | 50,044.85 |
| **447 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $27,010.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-330-029-0000** | **Fee Simple** | **J** | **33,400.00** | 54,066.64 |
| **13648 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1991 (Purchase Price $20,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-311-070-0000** | **Fee Simple** | **J** | **35,290.00** | 4,742.55 |
| | | Sub-Total > | **206,850.00** | (Total of this page) |

Sheet __13__ of __15__ continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re    **Gregory L Lewandowski,**                                                    Case No. _____

      **Kathleen A Stenson**

                                          Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **13716 S Normal Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1992 (Purchase Price $22,600.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-329-049-0000** | **Fee Simple** | **J** | **33,620.00** | **4,549.69** |
| **507 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1992 (Purchase Price $24,760.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-330-021-0000** | **Fee Simple** | **J** | **34,250.00** | **4,732.64** |
| **13630 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1992(Purchase Price $22,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-311-075-0000** | **Fee Simple** | **J** | **35,880.00** | **4,842.31** |
| **13720 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Fire Damage/Complete Loss**<br>**Purchased in 1992 (Purchase Price $25,000.00)**<br>**PIN#: 25-33-311-057-0000** | **Fee Simple** | **J** | **1,500.00** | **4,515.01** |
| **511 W 136th Place**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1994 (Purchase Price $25,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-329-038-0000** | **Fee Simple** | **J** | **33,430.00** | **51,375.35** |
| **13722 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Fire Damage/Complete Loss**<br>**Purchased in 1988 (Purchase Price $23,000.00)**<br>**PIN#: 25-33-311-056-0000** | **Fee Simple** | **J** | **1,500.00** | **60,980.51** |
| **461 W 136th Street**<br>**Riverdale, Illinois 60827**<br>**Vacant Land/Demolition**<br>**Purchased in 1988 (Purchase Price $29,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#:25-33-328-068-0000** | **Fee Simple** | **J** | **1,500.00** | **77,894.69** |
|  |  | Sub-Total > | **141,680.00** | (Total of this page) |

Sheet  __14__  of  __15__  continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re    **Gregory L Lewandowski,**    Case No. _____
       **Kathleen A Stenson**

                                     ,
                        Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **547 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $37,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-330-006-0000** | **Fee Simple** | **J** | **34,170.00** | **11,216.44** |
| **13605 S Eggleston Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1991 (Purchase Price $33,502.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-314-046-0000** | **Fee Simple** | **J** | **33,640.00** | **11,588.61** |
| **13615 S Eggleston Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1992 (Purchase Price $34,700.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-314-051-0000** | **Fee Simple** | **J** | **35,390.00** | **11,582.50** |
| **13627 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1992 (Purchase Price $36,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#:25-33-328-050-0000** | **Fee Simple** | **J** | **36,070.00** | **33,062.72** |
| **509 W 136th Place**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1993 (Purchase Price $38,900.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-329-039-0000** | **Fee Simple** | **J** | **35,520.00** | **2,021.17** |

| | | |
|---|---|---|
| Sub-Total > | **174,790.00** | (Total of this page) |
| Total > | **2,813,118.00** | |

Sheet __15__ of __15__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Gregory L Lewandowski,**                                      Case No. _____

  **Kathleen A Stenson**
_____,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand | | **Miscellaneous Cash on Hand** | J | 155.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **JP Morgan Chase Bank** **Checking Account No. ending with 9651** | H | 1,769.14 |
| | | **JP Morgan Chase Bank** **Checking Account No. ending with 6837** | H | 47.14 |
| | | **US Bank** **Checking Account No. ending with 6418** | J | 0.00 |
| | | **US Bank** **Checking Account No. ending with 6426** | J | 3,400.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Used Household Goods, Furnishings, and Appliances** | J | 2,200.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Personal Items** | J | 700.00 |
| 6. Wearing apparel. | | **Used Clothing** | J | 500.00 |
| 7. Furs and jewelry. | | **Costume Jewelry** | J | 300.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Camera** | J | 50.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

                                                              Sub-Total >            **9,121.28**
                                                        (Total of this page)

  __3__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Gregory L Lewandowski,**                                        Case No. _____
         **Kathleen A Stenson**

_____,
                                    Debtors

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Money Market IRA** | W | **93,000.00** |
| | | **IRA** | H | **36,000.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Target Financial - Homes For Rent (Sole Proprietership - all assets listed as accounts receivable, and real estate)** | J | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Lisa Lenoir, 1701 W. 168th Street** | J | **22,460.00** |
| | | **M. Thompson 535 W. Pacesetter** | J | **7,475.00** |
| | | **Allen McNeil 534 W. 136th`** | J | **1,305.00** |
| | | **M. Haley 445 W. 136th** | J | **5,650.00** |
| | | **John Bergin 446 W. 136th** | J | **5,692.00** |
| | | **Alexander Parnell 507 W. Pacesetter** | J | **4,565.00** |
| | | **M. Walker 13642 S. Wallace** | J | **250.00** |
| | | **M. Evans 509 W. 136th** | J | **8,823.00** |

Sub-Total >        **185,220.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Gregory L Lewandowski,**                                   Case No. _____
       **Kathleen A Stenson**
                                                    ,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Watts Horn** **13700 S. Eggleston** | **J** | **9,364.00** |
| | | **Misc. former Tenants** | **J** | **11,535.68** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Overpayment of 941 Taxes** | **J** | **20.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Past Due Rents and Judgements against Previous Tenants.** **Debtor Believes that they are Uncollectable** | **J** | **78,900.00** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Illinois Drivers License** | **H** | **0.00** |
| | | **Illinois Drivers License** | **W** | **0.00** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1990 Cadillac Brougham with 545,000 Value Per Nadaguides.com** | **W** | **1,950.00** |

|  | Sub-Total > | **101,769.68** |
|---|---|---|
|  | (Total of this page) | |

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Gregory L Lewandowski,**                                    Case No. _____
         **Kathleen A Stenson**

_____ ,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2009 Chrysler Town and Country with 204,000 Miles Value Per KBB, PPV** | **J** | **3,294.00** |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | | **Assorted Office Furniture (Desk, Chair, File Drawers)** | **J** | **85.00** |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | **Misc Doors, Paints, Drywall** | **J** | **150.00** |
| 30.  Inventory. | X | | | |
| 31.  Animals. | | **One Dog (Family Pet)** | **J** | **50.00** |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | **Posters, UFO and Alien Models, Toys** | **J** | **150.00** |

|  | |
|---|---|
| Sub-Total > (Total of this page) | **3,729.00** |
| Total > | **299,839.96** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

.

In re   **Gregory L Lewandowski,**                                           Case No. _____

        **Kathleen A Stenson**

_____ ,

                    Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                             $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                 *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Miscellaneous Cash on Hand | 735 ILCS 5/12-1001(b) | 155.00 | 155.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| JP Morgan Chase Bank | 735 ILCS 5/12-1001(b) | 1,769.14 | 1,769.14 |
| Checking Account No. ending with 9651 | | | |
| JP Morgan Chase Bank | 735 ILCS 5/12-1001(b) | 47.14 | 47.14 |
| Checking Account No. ending with 6837 | | | |
| US Bank | 735 ILCS 5/12-1001(b) | 3,400.00 | 3,400.00 |
| Checking Account No. ending with 6426 | | | |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Personal Items | 735 ILCS 5/12-1001(b) | 700.00 | 700.00 |
| **Wearing Apparel** | | | |
| Used Clothing | 735 ILCS 5/12-1001(a) | 100% | 500.00 |
| **Furs and Jewelry** | | | |
| Costume Jewelry | 735 ILCS 5/12-1001(b) | 300.00 | 300.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Camera | 735 ILCS 5/12-1001(b) | 50.00 | 50.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Money Market IRA | 735 ILCS 5/12-1006 | 100% | 93,000.00 |
| IRA | 735 ILCS 5/12-1006 | 100% | 36,000.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| Overpayment of 941 Taxes | 735 ILCS 5/12-1001(b) | 20.00 | 20.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1990 Cadillac Brougham with 545,000 | 735 ILCS 5/12-1001(c) | 1,950.00 | 1,950.00 |
| Value Per Nadaguides.com | | | |
| 2009 Chrysler Town and Country with 204,000 | 735 ILCS 5/12-1001(c) | 2,850.00 | 3,294.00 |
| Miles | 735 ILCS 5/12-1001(b) | 444.00 | |
| Value Per KBB, PPV | | | |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| Misc Doors, Paints, Drywall | 735 ILCS 5/12-1001(b) | 150.00 | 150.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| Posters, UFO and Alien Models, Toys | 735 ILCS 5/12-1001(b) | 150.00 | 150.00 |

                                    Total:     **141,485.28**       **141,485.28**

  **0**  continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **Gregory L Lewandowski,**                                    Case No. _____
**Kathleen A Stenson**
_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Mortgage 13642 S. Wallace Avenue Riverdale, Illinois 60827 Single Family Dwelling Purchased in 1994 (Purchase Price $36,500.00) Value Per Trulia.com PIN#: 25-33-311-071-0000 | | | | | |
| Bank Of America, N.A. * 401 N. Tryon Street NC1-021-02-20 Charlotte, NC 28255 | | J | | | | | | |
| | | | Value $                    29,100.00 | | | | 26,709.36 | 0.00 |
| Account No. | | | Mortgage 13700 S. Eggleston Avenue Riverdale, Illinois 60827 Single Family Dwelling Purchased in 1995 (Purchase Price $31,400.00) Value Per Zillow.com PIN#: 25-33-314-070-0000 | | | | | |
| Bank Of America, N.A. * 401 N. Tryon Street NC1-021-02-20 Charlotte, NC 28255 | | J | | | | X | | |
| | | | Value $                    71,748.00 | | | | 21,918.94 | 0.00 |
| Account No. xxxxxxxx8914 | | | Opened 3/01/94 Last Active 8/17/10 Mortgage 13621 S Wallace Avenue Riverdale, Illinois 60827 Single Family Dwelling Purchased in 1989(Purchase Price $32,940.00) Value Per Trulia.com | | | | | |
| CCO Mortgage Corporation 10561 Telegraph Road Glen Allen, VA 23059 | | J | | | | | | |
| | | | Value $                    32,800.00 | | | | 31,690.00 | 0.00 |
| Account No. xxxxxxxx1017 | | | Opened 11/01/94 Last Active 8/17/10 Mortgage 545 W. Pacesetter Avenue Riverdale, Illinois 60827 Single Family Dwelling Purchased in 1988 (Purchase Price $35,000.00) Value Per Zillow.com | | | | | |
| CCO Mortgage Corporation 10561 Telegraph Road Glen Allen, VA 23059 | | J | | | | | | |
| | | | Value $                     4,500.00 | | | | 30,695.00 | 26,195.00 |

__29__ continuation sheets attached

Subtotal
(Total of this page)

| | |
|---|---|
| 111,013.30 | 26,195.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re **Gregory L Lewandowski,**
    **Kathleen A Stenson**
_____,
               Debtors

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxx8930 <br><br> CCO Mortgage Corporation <br> 10561 Telegraph Road <br> Glen Allen, VA 23059 | | J | Opened 4/01/94 Last Active 8/17/10 <br> Mortgage <br> 13658 S Parnell Avenue <br> Riverdale, Illinois 60827 <br> Single Family Dwelling <br> Purchased in 1988 (Purchase Price $31,501.00) <br> Value Per Trulia.com | | | | | |
| | | | Value $           28,300.00 | | | | 29,481.00 | 1,181.00 |
| Account No. xxxxxxxxx0084 <br><br> CCO Mortgage Corporation <br> 10561 Telegraph Road <br> Glen Allen, VA 23059 | | J | Opened 5/01/94 Last Active 8/17/10 <br> Mortgage <br> 13614 S. Wallace Avenue <br> Riverdale, Illinois 60827 <br> Single Family Dwelling <br> Purchased in 1985 (Purchase Price $22,000.00) <br> Value Per Trulia.com | | | | | |
| | | | Value $           28,800.00 | | | | 29,199.00 | 399.00 |
| Account No. xxxxxxxxx8948 <br><br> CCO Mortgage Corporation <br> 10561 Telegraph Road <br> Glen Allen, VA 23059 | | J | Opened 3/01/94 Last Active 8/17/10 <br> Mortgage <br> 543 W. Pacesetter Parkway <br> Riverdale, Illinois 60827 <br> Single Family Dwelling <br> Purchased in 1988 (Purchase Price $29,406.00) <br> Value Per Trulia.com | | | | | |
| | | | Value $           28,600.00 | | | | 28,861.00 | 261.00 |
| Account No. xxxxxxxxx0118 <br><br> CCO Mortgage Corporation <br> 10561 Telegraph Road <br> Glen Allen, VA 23059 | | J | Opened 5/01/94 Last Active 8/17/10 <br> Assessment <br> 531 W Pacesetter Parkway <br> Riverdale, Illinois 60827 <br> Single Family Dwelling <br> Purchased in 1989 (Purchase Price $26,200.00) <br> Value Per Trulia.com | | | | | |
| | | | Value $           29,000.00 | | | | 28,616.00 | 0.00 |
| Account No. xxxxxxxxx0126 <br><br> CCO Mortgage Corporation <br> 10561 Telegraph Road <br> Glen Allen, VA 23059 | | J | Opened 5/01/94 Last Active 8/17/10 <br> Assessment <br> 504 W. 136th Place <br> Riverdale, Illinois 60827 <br> Single Family Dwelling <br> Purchased in 1986 (Purchase Price $28,027.00) <br> Value Per Trulia.com | | | | | |
| | | | Value $           28,300.00 | | | | 28,032.00 | 0.00 |

Sheet __1__ of __29__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)        144,189.00        1,841.00

B6D (Official Form 6D) (12/07) - Cont.

In re **Gregory L Lewandowski,**     Case No. _____
    **Kathleen A Stenson**

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxxxx0142 <br><br> **CCO Mortgage Corporation** <br> **10561 Telegraph Road** <br> **Glen Allen, VA 23059** | | J | Opened 5/01/94 Last Active 8/17/10 <br> Mortgage <br> 452 W. 136th Street <br> Riverdale, Illinois 60827 <br> Single Family Dwelling <br> Purchased in 1988 (Purchase Price $25,500.00) <br> Value Per Trulia.com | | | | | |
| | | | Value $                    4,500.00 | | | | 28,032.00 | 23,532.00 |
| Account No. xxxxxxxxx0092 <br><br> **CCO Mortgage Corporation** <br> **10561 Telegraph Road** <br> **Glen Allen, VA 23059** | | J | Opened 5/01/94 Last Active 8/17/10 <br> Assessment <br> 13660 S Parnell Avenue <br> Riverdale, Illinois 60827 <br> Single Family Dwelling <br> Purchased in 1994 (Purchase Price $28,248.00) <br> Value Per Trulia.com | | | | | |
| | | | Value $                    28,300.00 | | | | 28,032.00 | 0.00 |
| Account No. xxxxxxxxx0100 <br><br> **CCO Mortgage Corporation** <br> **10561 Telegraph Road** <br> **Glen Allen, VA 23059** | | J | Opened 5/01/94 Last Active 8/17/10 <br> Mortgage <br> 13625 S. Wallace Avenue <br> Riverdale, Illinois 60827 <br> Single Family Dwelling <br> Purchased in 1986 (Purchase Price $23,100.00) <br> Value Per Trulia.com | | | | | |
| | | | Value $                    28,300.00 | | | | 28,032.00 | 0.00 |
| Account No. xxxxxxxxx8963 <br><br> **CCO Mortgage Corporation** <br> **10561 Telegraph Road** <br> **Glen Allen, VA 23059** | | J | Opened 3/01/94 Last Active 8/17/10 <br> Mortgage <br> 463 W 137th Place <br> Riverdale, Illinois 60827 <br> Single Family Dwelling <br> Purchased in 1990 (Purchase Price $20,000.00) <br> Value Per Trulia.com | | | | | |
| | | | Value $                    28,900.00 | | | | 28,011.00 | 0.00 |
| Account No. xxxxxxxxx8922 <br><br> **CCO Mortgage Corporation** <br> **10561 Telegraph Road** <br> **Glen Allen, VA 23059** | | J | Opened 3/01/94 Last Active 8/17/10 <br> Mortgage <br> 525 W 136th Street <br> Riverdale, Illinois 60827 <br> Single Family Dwelling <br> Purchased in 1990 (Purchase Price $21,000.00) <br> Value Per Trulia.com | | | | | |
| | | | Value $                    29,200.00 | | | | 27,446.00 | 0.00 |

Sheet **2** of **29** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)     139,553.00     23,532.00

B6D (Official Form 6D) (12/07) - Cont.

In re **Gregory L Lewandowski,**                                       Case No. _____
      **Kathleen A Stenson**

                                         ,
                      Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxx8971<br><br>CCO Mortgage Corporation<br>10561 Telegraph Road<br>Glen Allen, VA 23059 | | J | Opened 3/01/94 Last Active 8/17/10<br>Mortgage<br>517 W Pacesetter Parkway<br>Riverdale, Illinois 60827<br>Single Family Dwelling<br>Purchased in 1990 (Purchase Price $26,400.00)<br>Value Per Trulia.com | | | | | |
| | | | Value $                32,400.00 | | | | 27,446.00 | 0.00 |
| Account No. xxxxxxxxx1025<br><br>CCO Mortgage Corporation<br>10561 Telegraph Road<br>Glen Allen, VA 23059 | | J | Opened 11/01/94 Last Active 8/16/10<br>Mortgage<br>13709 S Parnell Avenue<br>Riverdale, Illinois 60827<br>Single Family Dwelling<br>Purchased in 1988 (Purchase Price $31,800.00)<br>Value Per Trulia.com | | | | | |
| | | | Value $                28,000.00 | | | | 27,352.00 | 0.00 |
| Account No. xxxxxxxxx1033<br><br>CCO Mortgage Corporation<br>10561 Telegraph Road<br>Glen Allen, VA 23059 | | J | Opened 11/01/94 Last Active 8/17/10<br>Mortgage<br>502 W 136th Street<br>Riverdale, Illinois 60827<br>Single Family Dwelling<br>Purchased in 1989 (Purchase Price $26,000.00)<br>Value Per Trulia.com | | | | | |
| | | | Value $                3,240.00 | | | | 27,352.00 | 24,112.00 |
| Account No. xxxxxxxxx3402<br><br>CCO Mortgage Corporation<br>10561 Telegraph Road<br>Glen Allen, VA 23059 | | J | Opened 8/01/93 Last Active 8/17/10<br>Mortgage<br>505 W 136th Street<br>Riverdale, Illinois 60827<br>Single Family Dwelling<br>Purchased in 1993 (Purchase Price $16,000.00)<br>Value Per Trulia.com | | | | | |
| | | | Value $                29,600.00 | | | | 26,202.00 | 0.00 |
| Account No. xxxxxxxxx1009<br><br>CCO Mortgage Corporation<br>10561 Telegraph Road<br>Glen Allen, VA 23059 | | J | Opened 11/01/94 Last Active 8/17/10<br>Mortgage<br>13712 S. Normal Avenue<br>Riverdale, Illinois 60827<br>Single Family Dwelling<br>Purchased in 1986 (Purchase Price $25,075.00)<br>Value Per Trulia.com | | | | | |
| | | | Value $                28,300.00 | | | | 26,137.00 | 0.00 |

Sheet __3__ of __29__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 134,489.00 | 24,112.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re **Gregory L Lewandowski,**
    **Kathleen A Stenson**
    _____,
               Debtors

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. xxxxxxxx6116 | | | | | Opened 11/01/93  Last Active  8/17/10 Mortgage 521 W 136th Street Riverdale, Illinois 60827 Single Family Dwelling Purchased in 1992 (Purchase Price $16,000.00) Value Per Trulia.com | | | | | |
| CCO Mortgage Corporation 10561 Telegraph Road Glen Allen, VA 23059 | | | J | | | | | | | |
| | | | | | Value $                28,300.00 | | | | 26,126.00 | 0.00 |
| Account No. xxxxxxxx7981 | | | | | Opened 12/01/93  Last Active  8/17/10 Mortgage 454 W 136th Street Riverdale, Illinois 60827 Single Family Dwelling Purchased in 1989 (Purchase Price $27,000.00) Value Per Trulia.com | | | | | |
| CCO Mortgage Corporation 10561 Telegraph Road Glen Allen, VA 23059 | | | J | | | | | | | |
| | | | | | Value $                33,900.00 | | | | 25,772.00 | 0.00 |
| Account No. xxxxxxxx6082 | | | | | Opened 11/01/93  Last Active  8/17/10 Mortgage 443 W Pacesetter Parkway Riverdale, Illinois 60827 Single Family Dwelling Purchased in 1989 (Purchase Price $26,500.00) Value Per Trulia.com | | | | | |
| CCO Mortgage Corporation 10561 Telegraph Road Glen Allen, VA 23059 | | | J | | | | | | | |
| | | | | | Value $                29,000.00 | | | | 25,014.00 | 0.00 |
| Account No. xxxxxxxx6090 | | | | | Opened 11/01/93  Last Active  8/17/10 Mortgage 13636 S Wallace Avenue Riverdale, Illinois 60827 Single Family Dwelling Purchased in 1989 (Purchase Price $26,000.00) Value Per Trulia.com | | | | | |
| CCO Mortgage Corporation 10561 Telegraph Road Glen Allen, VA 23059 | | | J | | | | | | | |
| | | | | | Value $                29,000.00 | | | | 25,014.00 | 0.00 |
| Account No. xxxxxxxx6108 | | | | | Opened 11/01/93  Last Active  8/17/10 Mortgage 13718 S Parnell Avenue Riverdale, Illinois 60827 Single Family Dwelling Purchased in 1989 (Purchase Price $26,000.00) Value Per Trulia.com | | | | | |
| CCO Mortgage Corporation 10561 Telegraph Road Glen Allen, VA 23059 | | | J | | | | | | | |
| | | | | | Value $                28,000.00 | | | | 25,014.00 | 0.00 |

Sheet __4__ of __29__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 126,940.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Gregory L Lewandowski,**
       **Kathleen A Stenson**

                                              Case No. _____

_____,
                    Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. xxxxxxxxx6074<br><br>CCO Mortgage Corporation<br>10561 Telegraph Road<br>Glen Allen, VA 23059 | | | | J | Opened 11/01/93  Last Active  8/17/10<br>Mortgage<br>13735 S Parnell Avenue<br>Riverdale, Illinois 60827<br>Single Family Dwelling<br>Purchased in 1988 (Purchase Price $30,000.00)<br>Value Per Trulia.com | | | | | |
| | | | | | Value $          28,000.00 | | | | 25,014.00 | 0.00 |
| Account No. xxxxxxxxx3394<br><br>CCO Mortgage Corporation<br>10561 Telegraph Road<br>Glen Allen, VA 23059 | | | | J | Opened  8/01/93  Last Active  8/17/10<br>Mortgage<br>533 W 136th Street<br>Riverdale, Illinois 60827<br>Single Family Dwelling<br>Purchased in 1993 (Purchase Price $23,000.00)<br>Value Per Trulia.com | | | | | |
| | | | | | Value $          26,700.00 | | | | 24,927.00 | 0.00 |
| Account No. xxxxxxxxx7965<br><br>CCO Mortgage Corporation<br>10561 Telegraph Road<br>Glen Allen, VA 23059 | | | | J | Opened 12/01/93  Last Active  8/17/10<br>Mortgage<br>13651 S Wallace Avenue<br>Riverdale, Illinois 60827<br>Single Family Dwelling<br>Purchased in 1989 (Purchase Price $25,000.00)<br>Value Per Trulia.com | | | | | |
| | | | | | Value $          28,700.00 | | | | 24,651.00 | 0.00 |
| Account No. xxxxxxxxx3428<br><br>CCO Mortgage Corporation<br>10561 Telegraph Road<br>Glen Allen, VA 23059 | | | | J | Opened  8/01/93  Last Active  8/17/10<br>Mortgage<br>13705 S Normal Avenue<br>Riverdale, Illinois 60827<br>Single Family Dwelling<br>Purchased in 1993 (Purchase Price $23,000.00)<br>Value Per Trulia.com | | | | | |
| | | | | | Value $          26,800.00 | | | | 24,373.00 | 0.00 |
| Account No. xxxxxxxxx7973<br><br>CCO Mortgage Corporation<br>10561 Telegraph Road<br>Glen Allen, VA 23059 | | | | J | Opened 12/01/93  Last Active  8/17/10<br>Mortgage<br>13755 S Eggleston Avenue<br>Riverdale, Illinois 60827<br>Single Family Dwelling<br>Purchased in 1989 (Purchase Price $25,000.00)<br>Value Per Trulia.com | | | | | |
| | | | | | Value $          33,000.00 | | | | 24,091.00 | 0.00 |

Sheet **5** of **29** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

123,056.00          0.00

B6D (Official Form 6D) (12/07) - Cont.

In re **Gregory L Lewandowski,**
        **Kathleen A Stenson**

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx3410** <br><br> **CCO Mortgage Corporation** <br> **10561 Telegraph Road** <br> **Glen Allen, VA 23059** | | J | Opened  8/01/93  Last Active  8/17/10 <br> **Mortgage** <br> **526 W 136th Street** <br> **Riverdale, Illinois 60827** <br> **Single Family Dwelling** <br> **Purchased in 1991 (Purchase Price** <br> **$20,0001.00)** <br> **Value Per Trulia.com** | | | | | |
| | | | Value $              **29,500.00** | | | | 23,841.00 | 0.00 |
| Account No. **xxxxxxxx6383** <br><br> **CCO Mortgage Corporation** <br> **10561 Telegraph Road** <br> **Glen Allen, VA 23059** | | J | Opened  11/01/92  Last Active  8/17/10 <br> **Mortgage** <br> **453 W. Pacesetter Avenue** <br> **Riverdale, Illinois 60827** <br> **Single Family Dwelling** <br> **Purchased in 1986 (Purchase Price** <br> **$26,100.00)** <br> **Value Per Trulia.com** | | | | | |
| | | | Value $              **4,500.00** | | | | 20,342.00 | 15,842.00 |
| Account No. **xxxxxxxx6375** <br><br> **CCO Mortgage Corporation** <br> **10561 Telegraph Road** <br> **Glen Allen, VA 23059** | | J | Opened  11/01/92  Last Active  8/17/10 <br> **Mortgage** <br> **13723 S. Wallace Avenue** <br> **Riverdale, Illinois 60827** <br> **Single Family Dwelling** <br> **Purchased in 1987 (Purchase Price** <br> **$28,000.00)** <br> **Value Per Trulia.com** | | | | | |
| | | | Value $              **4,500.00** | | | | 19,944.00 | 15,444.00 |
| Account No. <br><br> **CCO Mortgage Corporation** <br> **10561 Telegraph Road** <br> **Glen Allen, VA 23059** | | J | **Mortgage** <br> **444 W Pacesetter Parkway** <br> **Riverdale, Illinois 60827** <br> **Single Family Dwelling** <br> **Purchased in 1988 (Purchase Price** <br> **$28,000.00)** <br> **Value Per Trulia.com** <br> **PIN#: 25-33-329-068-0000** | | | | | |
| | | | Value $              **32,400.00** | | | | 24,618.36 | 0.00 |
| Account No. <br><br> **CitiMortgage, Inc.** <br> **1000 Technology Drive** <br> **O Fallon, MO 63368** | | J | **Mortgage** <br> **13745 S Parnell Avenue** <br> **Riverdale, Illinois 60827** <br> **Single Family Dwelling** <br> **Purchased in 1988 (Purchase Price** <br> **$45,001.00)** <br> **Value Per Trulia.com** <br> **PIN#: 25-33-329-015-0000** | | | | | |
| | | | Value $              **40,260.00** | | | | 23,578.29 | 0.00 |

Sheet   **6**   of   **29**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 112,323.65 | 31,286.00 |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re    **Gregory L Lewandowski,**                                    Case No. _____
         **Kathleen A Stenson**
                                                          ,
                              Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **xx-xx-xxx-xxx-0000**<br><br>**Cook County Treasurer's Office<br>118 North Clark Street, Room 112<br>Chicago, IL 60602** | | | | J | 2010-2014<br>Property Taxes<br>1701 W. 168th Street<br>Hazel Crest, Illinois 60429<br>Single Family Dwelling<br>Purchased in 1987 (Purchase Price $23,000.00)<br>Value Per Cook County Assessor | | | | | |
| | | | | | Value $            7,710.00 | | | | 29,481.14 | 21,771.14 |
| Account No. **xx-xx-xxx-xxx-0000**<br><br>**Cook County Treasurer's Office<br>118 North Clark Street, Room 112<br>Chicago, IL 60602** | | | | J | 2010-2014<br>Property Taxes<br>13640 S Parnell Avenue<br>Riverdale, Illinois 60827<br>Single Family Dwelling<br>Purchased in 1985 (Purchase Price $20,000.00)<br>Value Per Cook County Assessor | | | | | |
| | | | | | Value $           33,520.00 | | | | 10,179.62 | 0.00 |
| Account No. **xx-xx-xxx-xxx-0000**<br><br>**Cook County Treasurer's Office<br>118 North Clark Street, Room 112<br>Chicago, IL 60602** | | | | J | 2011-2014<br>Property Taxes<br>13614 S. Wallace Avenue<br>Riverdale, Illinois 60827<br>Single Family Dwelling<br>Purchased in 1985 (Purchase Price $22,000.00)<br>Value Per Trulia.com | | | | | |
| | | | | | Value $           28,800.00 | | | | 10,817.21 | 10,817.21 |
| Account No. **xx-xx-xxx-xxx-0000**<br><br>**Cook County Treasurer's Office<br>118 North Clark Street, Room 112<br>Chicago, IL 60602** | | | | J | 2010-2014<br>Property Taxes<br>13625 S. Wallace Avenue<br>Riverdale, Illinois 60827<br>Single Family Dwelling<br>Purchased in 1986 (Purchase Price $23,100.00)<br>Value Per Trulia.com | | | | | |
| | | | | | Value $           28,300.00 | | | | 10,193.02 | 9,925.02 |
| Account No. **xx-xx-xxx-xxx-0000**<br><br>**Cook County Treasurer's Office<br>118 North Clark Street, Room 112<br>Chicago, IL 60602** | | | | J | 2010-2014<br>Property Taxes<br>508 W. Pacesetter Parkway<br>Riverdale, Illinois 60827<br>Single Family Dwelling<br>Purchased in 1986 (Purchase Price $25,500.00)<br>Value Per Cook County Assessor | | | | | |
| | | | | | Value $           33,580.00 | | | | 10,439.95 | 0.00 |

Sheet __7__ of __29__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)          71,110.94          42,513.37

B6D (Official Form 6D) (12/07) - Cont.

In re   **Gregory L Lewandowski,**
       **Kathleen A Stenson**

Case No. _____

_____,
                     Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xx-xxx-xxx-0000** <br><br> **Cook County Treasurer's Office** <br> **118 North Clark Street, Room 112** <br> **Chicago, IL 60602** | | J | 2010-2014 <br> **Property Taxes** <br> **13712 S. Normal Avenue** <br> **Riverdale, Illinois 60827** <br> **Single Family Dwelling** <br> **Purchased in 1986 (Purchase Price $25,075.00)** <br> **Value Per Trulia.com** <br> Value $        **28,300.00** | | | | 10,449.38 | 8,286.38 |
| Account No. <br><br> **Cook County Treasurer's Office** <br> **118 North Clark Street, Room 112** <br> **Chicago, IL 60602** | | J | **13700 S. Parnell** <br> **Riverdale, Illinois 60827** <br> **Single Family Dwelling** <br> **Purchased in 1989 (Purchase Price $36,000)** <br> **Value Per Zillow.com** <br> **PIN#: 25-33-328-105-0000** <br> Value $        **3,100.00** | | | | 10,570.64 | 7,470.64 |
| Account No. <br><br> **Cook County Treasurer's Office** <br> **118 North Clark Street, Room 112** <br> **Chicago, IL 60602** | | J | **534 W. 136th Street** <br> **Riverdale, Illinois 60827** <br> **Single Family Dwelling** <br> **Purchased in 1988 (Purchase Price $29,000.00)** <br> **Value Per Trulia.com** <br> **PIN#: 25-33-311-089-0000** <br> Value $        **28,300.00** | | | | 10,364.03 | 0.00 |
| Account No. <br><br> **Cook County Treasurer's Office** <br> **118 North Clark Street, Room 112** <br> **Chicago, IL 60602** | | J | **445 W. 136th Street** <br> **Riverdale, Illinois 60827** <br> **Single Family Dwelling** <br> **Purchased in 1990 (Purchase Price $35,500.00)** <br> **Value Per Trulia.com** <br> **PIN#: 25-33-328-073-0000** <br> Value $        **29,500.00** | | | | 1,688.86 | 0.00 |
| Account No. <br><br> **Cook County Treasurer's Office** <br> **118 North Clark Street, Room 112** <br> **Chicago, IL 60602** | | J | **13641 S. Eggleston** <br> **Riverdale, Illinois 60827** <br> **Single Family Dwelling** <br> **Purchased in 1990 (Purchase Price $27,800.00)** <br> **Value Per Trulia.com** <br> **PIN#: 25-33-314-059-0000** <br> Value $        **34,700.00** | | | | 12,346.93 | 0.00 |

Sheet  **8**  of  **29**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 45,419.84 | 15,757.02 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Gregory L Lewandowski,**
      **Kathleen A Stenson**

Case No. _____

_____,
                 Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Cook County Treasurer's Office<br>118 North Clark Street, Room 112<br>Chicago, IL 60602** | | J | **460 W. 136th Street<br>Riverdale, Illinois 60827<br>Single Family Dwelling<br>Purchased in 1994 (Purchase Price $31,123.00)<br>Value Per Trulia.com<br>PIN#: 25-33-311-103-0000**<br>Value $        28,100.00 | | | | 10,540.99 | 0.00 |
| Account No.<br><br>**Cook County Treasurer's Office<br>118 North Clark Street, Room 112<br>Chicago, IL 60602** | | J | **13727 S. Parnell Avenue<br>Riverdale, Illinois 60827<br>Single Family Dwelling<br>Purchased in 1993 (Purchase Price $32,600.00)<br>Value Per Trulia.com<br>PIN#: 25-33-329-021-0000**<br>Value $        30,000.00 | | | | 10,864.77 | 0.00 |
| Account No.<br><br>**Cook County Treasurer's Office<br>118 North Clark Street, Room 112<br>Chicago, IL 60602** | | J | **13700 S. Eggleston Avenue<br>Riverdale, Illinois 60827<br>Single Family Dwelling<br>Purchased in 1995 (Purchase Price $31,400.00)<br>Value Per Zillow.com<br>PIN#: 25-33-314-070-0000**<br>Value $        71,748.00 | | | | 11,609.84 | 0.00 |
| Account No.<br><br>**Cook County Treasurer's Office<br>118 North Clark Street, Room 112<br>Chicago, IL 60602** | | J | **504 W. 136th Place<br>Riverdale, Illinois 60827<br>Single Family Dwelling<br>Purchased in 1986 (Purchase Price $28,027.00)<br>Value Per Trulia.com<br>PIN#: 25-33-328-082-0000**<br>Value $        28,300.00 | | | | 10,193.02 | 9,925.02 |
| Account No.<br><br>**Cook County Treasurer's Office<br>118 North Clark Street, Room 112<br>Chicago, IL 60602** | | J | **453 W. Pacesetter Avenue<br>Riverdale, Illinois 60827<br>Single Family Dwelling<br>Purchased in 1986 (Purchase Price $26,100.00)<br>Value Per Trulia.com<br>PIN#: 25-33-330-027-0000**<br>Value $        4,500.00 | | | | 10,445.19 | 10,445.19 |

Sheet  **9**  of  **29**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 53,653.81 | 20,370.21 |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re **Gregory L Lewandowski,**
      **Kathleen A Stenson**                                          Case No. _____

                                                          ,
                                      Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | **13723 S. Wallace Avenue Riverdale, Illinois 60827 Single Family Dwelling Purchased in 1987 (Purchase Price $28,000.00) Value Per Trulia.com PIN#: 25-33-328-029-0000** | | | | | |
| **Cook County Treasurer's Office 118 North Clark Street, Room 112 Chicago, IL 60602** | | | J | | | | | | | |
| | | | | | Value $              **4,500.00** | | | | 10,258.47 | 10,258.47 |
| Account No. | | | | | **545 W. Pacesetter Avenue Riverdale, Illinois 60827 Single Family Dwelling Purchased in 1988 (Purchase Price $35,000.00) Value Per Zillow.com PIN#: 25-33-330-007-0000** | | | | | |
| **Cook County Treasurer's Office 118 North Clark Street, Room 112 Chicago, IL 60602** | | | J | | | | | | | |
| | | | | | Value $              **4,500.00** | | | | 10,467.67 | 10,467.67 |
| Account No. | | | | | **452 W. 136th Street Riverdale, Illinois 60827 Single Family Dwelling Purchased in 1988 (Purchase Price $25,500.00) Value Per Trulia.com PIN#: 25-33-311-106-0000** | | | | | |
| **Cook County Treasurer's Office 118 North Clark Street, Room 112 Chicago, IL 60602** | | | J | | | | | | | |
| | | | | | Value $              **4,500.00** | | | | 10,362.63 | 10,362.63 |
| Account No. | | | | | **543 W. Pacesetter Parkway Riverdale, Illinois 60827 Single Family Dwelling Purchased in 1988 (Purchase Price $29,406.00) Value Per Trulia.com PIN#: 25-33-330-008-0000** | | | | | |
| **Cook County Treasurer's Office 118 North Clark Street, Room 112 Chicago, IL 60602** | | | J | | | | | | | |
| | | | | | Value $            **28,600.00** | | | | 10,517.48 | 10,517.48 |
| Account No. | | | | | **13735 S Parnell Avenue Riverdale, Illinois 60827 Single Family Dwelling Purchased in 1988 (Purchase Price $30,000.00) Value Per Trulia.com PIN#: 25-33-329-019-0000** | | | | | |
| **Cook County Treasurer's Office 118 North Clark Street, Room 112 Chicago, IL 60602** | | | J | | | | | | | |
| | | | | | Value $            **28,000.00** | | | | 10,045.42 | 7,059.42 |

Sheet ___10___ of ___29___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal                                51,651.67       48,665.67
(Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Gregory L Lewandowski,**
        **Kathleen A Stenson**

Case No. _____

_____,
Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Cook County Treasurer's Office** <br> **118 North Clark Street, Room 112** <br> **Chicago, IL 60602** | | J | **13658 S Parnell Avenue** <br> **Riverdale, Illinois 60827** <br> **Single Family Dwelling** <br> **Purchased in 1988 (Purchase Price $31,501.00)** <br> **Value Per Trulia.com** <br> **PIN#: 25-33-328-100-0000** <br> Value $        **28,300.00** | | | | 10,229.87 | 10,229.87 |
| Account No. <br><br> **Cook County Treasurer's Office** <br> **118 North Clark Street, Room 112** <br> **Chicago, IL 60602** | | J | **13709 S Parnell Avenue** <br> **Riverdale, Illinois 60827** <br> **Single Family Dwelling** <br> **Purchased in 1988 (Purchase Price $31,800.00)** <br> **Value Per Trulia.com** <br> **PIN#: 25-33-329-027-0000** <br> Value $        **28,000.00** | | | | 10,387.28 | 9,739.28 |
| Account No. <br><br> **Cook County Treasurer's Office** <br> **118 North Clark Street, Room 112** <br> **Chicago, IL 60602** | | J | **444 W Pacesetter Parkway** <br> **Riverdale, Illinois 60827** <br> **Single Family Dwelling** <br> **Purchased in 1988 (Purchase Price $28,000.00)** <br> **Value Per Trulia.com** <br> **PIN#: 25-33-329-068-0000** <br> Value $        **32,400.00** | | | | 11,974.68 | 4,193.04 |
| Account No. <br><br> **Cook County Treasurer's Office** <br> **118 North Clark Street, Room 112** <br> **Chicago, IL 60602** | | J | **443 W Pacesetter Parkway** <br> **Riverdale, Illinois 60827** <br> **Single Family Dwelling** <br> **Purchased in 1989 (Purchase Price $26,500.00)** <br> **Value Per Trulia.com** <br> **PIN#: 25-33-330-031-0000** <br> Value $        **29,000.00** | | | | 10,937.82 | 6,951.82 |
| Account No. <br><br> **Cook County Treasurer's Office** <br> **118 North Clark Street, Room 112** <br> **Chicago, IL 60602** | | J | **13636 S Wallace Avenue** <br> **Riverdale, Illinois 60827** <br> **Single Family Dwelling** <br> **Purchased in 1989 (Purchase Price $26,000.00)** <br> **Value Per Trulia.com** <br> **PIN#: 25-33-311-074-0000** <br> Value $        **29,000.00** | | | | 10,925.71 | 6,939.71 |

Sheet __11__ of __29__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 54,455.36 | 38,053.72 |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re  **Gregory L Lewandowski,**                          Case No. _____
        **Kathleen A Stenson**

_____,
                         Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **13718 S Parnell Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $26,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-328-107-0000** | | | | | |
| | | | Value $      **28,000.00** | | | | 10,192.71 | 7,206.71 |
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **13651 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $25,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-328-042-0000** | | | | | |
| | | | Value $      **28,700.00** | | | | 10,258.47 | 6,209.47 |
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **13755 S Eggleston Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $25,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-331-022-0000** | | | | | |
| | | | Value $      **33,000.00** | | | | 10,861.08 | 1,952.08 |
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **13621 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989(Purchase Price $32,940.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-328-053-0000** | | | | | |
| | | | Value $      **32,800.00** | | | | 11,327.75 | 10,217.75 |
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **502 W 136th Street**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $26,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-311-100-0000** | | | | | |
| | | | Value $      **3,240.00** | | | | 10,535.14 | 10,535.14 |

Sheet __12__ of __29__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)        **53,175.15**        **36,121.15**

B6D (Official Form 6D) (12/07) - Cont.

In re  **Gregory L Lewandowski,**
      **Kathleen A Stenson**
                                       ,
                               **Debtors**

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **454 W 136th Street**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $27,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-311-105-0000** | | | | | |
| | | | Value $ 33,900.00 | | | | 11,068.25 | 2,940.25 |
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **531 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $26,200.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-330-012-0000** | | | | | |
| | | | Value $ 29,000.00 | | | | 11,039.29 | 10,655.29 |
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **525 W 136th Street**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1990 (Purchase Price $21,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-328-058-0000** | | | | | |
| | | | Value $ 29,200.00 | | | | 10,908.01 | 9,154.01 |
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **463 W 137th Place**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1990 (Purchase Price $20,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-329-057-0000** | | | | | |
| | | | Value $ 28,900.00 | | | | 10,887.31 | 9,998.31 |
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **517 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1990 (Purchase Price $26,400.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-330-017-0000** | | | | | |
| | | | Value $ 32,400.00 | | | | 10,684.78 | 5,730.78 |

Sheet __13__ of __29__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

          Subtotal
(Total of this page)       54,587.64     38,478.64

B6D (Official Form 6D) (12/07) - Cont.

In re **Gregory L Lewandowski,**                                    Case No. _____
      **Kathleen A Stenson**
_____,
                                Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | 526 W 136th Street Riverdale, Illinois 60827 Single Family Dwelling Purchased in 1991 (Purchase Price $20,0001.00) Value Per Trulia.com PIN#: 25-33-311-092-0000 | | | | | |
| Cook County Treasurer's Office 118 North Clark Street, Room 112 Chicago, IL 60602 | | | J | | | | | | | |
| | | | | | Value $            29,500.00 | | | | 10,930.89 | 5,271.89 |
| Account No. | | | | | 521 W 136th Street Riverdale, Illinois 60827 Single Family Dwelling Purchased in 1992 (Purchase Price $16,000.00) Value Per Trulia.com PIN#: 25-33-328-060-0000 | | | | | |
| Cook County Treasurer's Office 118 North Clark Street, Room 112 Chicago, IL 60602 | | | J | | | | | | | |
| | | | | | Value $            28,300.00 | | | | 10,193.02 | 8,019.02 |
| Account No. | | | | | 505 W 136th Street Riverdale, Illinois 60827 Single Family Dwelling Purchased in 1993 (Purchase Price $16,000.00) Value Per Trulia.com PIN#: 25-33-328-065-0000 | | | | | |
| Cook County Treasurer's Office 118 North Clark Street, Room 112 Chicago, IL 60602 | | | J | | | | | | | |
| | | | | | Value $            29,600.00 | | | | 10,903.65 | 7,505.65 |
| Account No. | | | | | 533 W 136th Street Riverdale, Illinois 60827 Single Family Dwelling Purchased in 1993 (Purchase Price $23,000.00) Value Per Trulia.com PIN#: 25-33-328-056-0000 | | | | | |
| Cook County Treasurer's Office 118 North Clark Street, Room 112 Chicago, IL 60602 | | | J | | | | | | | |
| | | | | | Value $            26,700.00 | | | | 10,065.12 | 8,292.12 |
| Account No. | | | | | 13705 S Normal Avenue Riverdale, Illinois 60827 Single Family Dwelling Purchased in 1993 (Purchase Price $23,000.00) Value Per Trulia.com PIN#: 25-33-314-068-0000 | | | | | |
| Cook County Treasurer's Office 118 North Clark Street, Room 112 Chicago, IL 60602 | | | J | | | | | | | |
| | | | | | Value $            26,800.00 | | | | 10,165.12 | 7,738.12 |

Sheet __14__ of __29__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                        Subtotal          52,257.80        36,826.80
           (Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re **Gregory L Lewandowski,**  Case No. _____
**Kathleen A Stenson**

_____,
Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **13660 S Parnell Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1994 (Purchase Price**<br>**$28,248.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-328-099-0000** | | | | | |
| | | | Value $          28,300.00 | | | | 10,193.02 | 9,925.02 |
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **13745 S Parnell Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price**<br>**$45,001.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-329-015-0000** | | | | | |
| | | | Value $          40,260.00 | | | | 7,323.93 | 0.00 |
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **13727 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1987 (Purchase Price**<br>**$28,000.00)**<br>**Value Per Cook County Assessor**<br>**PIN#: 25-33-328-028-0000** | | | | | |
| | | | Value $          34,340.00 | | | | 10,864.77 | 0.00 |
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **13759 S Eggleston Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price**<br>**$22,910.00)**<br>**Value Per Cook County Assessor**<br>**PIN#: 25-33-331-024-0000** | | | | | |
| | | | Value $          33,940.00 | | | | 11,476.21 | 0.00 |
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **13662 S Parnell Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price**<br>**$22,151.00)**<br>**Value Per Cook County Assessor**<br>**PIN#: 25-33-328-098-0000** | | | | | |
| | | | Value $          33,990.00 | | | | 10,756.69 | 0.00 |

Sheet __15__ of __29__ continuation sheets attached to       Subtotal                   | 50,614.62 | 9,925.02
Schedule of Creditors Holding Secured Claims               (Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re **Gregory L Lewandowski,**  
**Kathleen A Stenson**  

Case No. _____

_____,  
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **535 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $23,570.00)**<br>**Value Per Cook County Assessor**<br>**PIN#: 25-33-330-011-0000** | | | | | |
| | | | Value $                34,000.00 | | | | 11,032.66 | 0.00 |
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **13717 S Eggleston Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $32,000.00)**<br>**Value Per Cook County Assessor**<br>**PIN#: 25-33-331-009-0000** | | | | | |
| | | | Value $                34,050.00 | | | | 10,432.97 | 0.00 |
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **518 W 136th Place**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $32,805.00)**<br>**Value Per Cook County Assessor**<br>**PIN#: 25-33-328-088-0000** | | | | | |
| | | | Value $                35,450.00 | | | | 10,192.71 | 0.00 |
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **13730 S Normal Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $23,000.00)**<br>**Value Per Cook County Assessor**<br>**PIN#: 25-33-329-056-0000** | | | | | |
| | | | Value $                33,880.00 | | | | 11,996.34 | 0.00 |
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **510 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1995 (Purchase Price $37,234.00)**<br>**Value Per Cook County Assessor**<br>**PIN#: 25-33-329-073-0000** | | | | | |
| | | | Value $                35,200.00 | | | | 11,123.51 | 0.00 |

Sheet __16__ of __29__ continuation sheets attached to  
Schedule of Creditors Holding Secured Claims

Subtotal  
(Total of this page)          54,778.19          0.00

B6D (Official Form 6D) (12/07) - Cont.

In re **Gregory L Lewandowski,**
**Kathleen A Stenson**

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **13638 S Parnell Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $23,000.00)**<br>**Value Per Cook County Assessor**<br>**PIN#: 25-33-328-097-0000** | | | | | |
| | | | Value $ 35,930.00 | | | | 12,559.48 | 0.00 |
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **13720 S Parnell Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $27,000.00)**<br>**Value Per Cook County Assessor**<br>**PIN#: 25-33-328-106-0000** | | | | | |
| | | | Value $ 34,030.00 | | | | 10,767.73 | 0.00 |
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **501 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $25,500.00)**<br>**Value Per Cook County Assessor**<br>**PIN#: 25-33-330-022-0000** | | | | | |
| | | | Value $ 35,970.00 | | | | 11,426.65 | 0.00 |
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **517 W 136th Place**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $25,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-329-036-0000** | | | | | |
| | | | Value $ 33,600.00 | | | | 9,903.76 | 0.00 |
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **527 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $24,400.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-330-013-0000** | | | | | |
| | | | Value $ 33,570.00 | | | | 10,463.51 | 0.00 |

Sheet __17__ of __29__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) | 55,121.13 | 0.00

B6D (Official Form 6D) (12/07) - Cont.

In re  **Gregory L Lewandowski,**
      **Kathleen A Stenson**
                                                                    Case No. _____
                                                      ,
                            Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Cook County Treasurer's Office<br>118 North Clark Street, Room 112<br>Chicago, IL 60602** | | J | **13719 S Eggleston Avenue<br>Riverdale, Illinois 60827<br>Single Family Dwelling<br>Purchased in 1990 (Purchase Price $32,778.00)<br>Value Per County Assessors Office<br>PIN#: 25-33-331-010-0000** | | | | | |
| | | | Value $         33,630.00 | | | | 11,021.19 | 0.00 |
| Account No.<br><br>**Cook County Treasurer's Office<br>118 North Clark Street, Room 112<br>Chicago, IL 60602** | | J | **13707 S Wallace Avenue<br>Riverdale, Illinois 60827<br>Single Family Dwelling<br>Purchased in 1990 (Purchase Price $21,000.00)<br>Value Per County Assessors Office<br>PIN#: 25-33-328-035-0000** | | | | | |
| | | | Value $         33,340.00 | | | | 10,762.61 | 0.00 |
| Account No.<br><br>**Cook County Treasurer's Office<br>118 North Clark Street, Room 112<br>Chicago, IL 60602** | | J | **13730 S Parnell Avenue<br>Riverdale, Illinois 60827<br>Single Family Dwelling<br>Purchased in 1990 (Purchase Price $25,900.00)<br>Value Per County Assessors Office<br>PIN#: 25-33-328-111-0000** | | | | | |
| | | | Value $         37,270.00 | | | | 11,035.71 | 0.00 |
| Account No.<br><br>**Cook County Treasurer's Office<br>118 North Clark Street, Room 112<br>Chicago, IL 60602** | | J | **525 W Pacesetter Parkway<br>Riverdale, Illinois 60827<br>Single Family Dwelling<br>Purchased in 1990 (Purchase Price $28,500.00)<br>Value Per County Assessors Office<br>PIN#: 25-33-330-014-0000** | | | | | |
| | | | Value $         33,570.00 | | | | 10,463.51 | 0.00 |
| Account No.<br><br>**Cook County Treasurer's Office<br>118 North Clark Street, Room 112<br>Chicago, IL 60602** | | J | **13650 S Wallace Avenue<br>Riverdale, Illinois 60827<br>Single Family Dwelling<br>Purchased in 1990 (Purchase Price $24,800.00)<br>Value Per County Assessors Office<br>PIN#: 25-33-311-069-0000** | | | | | |
| | | | Value $         35,330.00 | | | | 10,851.56 | 0.00 |

Sheet __18__ of __29__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal | 54,134.58 | 0.00
(Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Gregory L Lewandowski,**
      **Kathleen A Stenson**

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Cook County Treasurer's Office 118 North Clark Street, Room 112 Chicago, IL 60602** | | J | **13652 S Wallace Avenue Riverdale, Illinois 60827 Single Family Dwelling Purchased in 1990 (Purchase Price $24,000.00) Value Per County Assessors Office PIN#: 25-33-311-068-0000** | | | | | |
| | | | Value $ 33,720.00 | | | | 10,363.73 | 0.00 |
| Account No. <br><br> **Cook County Treasurer's Office 118 North Clark Street, Room 112 Chicago, IL 60602** | | J | **446 W 136th Street Riverdale, Illinois 60827 Single Family Dwelling Purchased in 1990 (Purchase Price $24,700.00) Value Per County Assessors Office PIN#: 25-33-311-108-0000** | | | | | |
| | | | Value $ 35,390.00 | | | | 1,910.23 | 0.00 |
| Account No. <br><br> **Cook County Treasurer's Office 118 North Clark Street, Room 112 Chicago, IL 60602** | | J | **13737 S Eggleston Avenue Riverdale, Illinois 60827 Single Family Dwelling Purchased in 1990 (Purchase Price $27,825.00) Value Per County Assessors Office PIN#: 25-33-331-015-0000** | | | | | |
| | | | Value $ 35,610.00 | | | | 12,100.11 | 0.00 |
| Account No. <br><br> **Cook County Treasurer's Office 118 North Clark Street, Room 112 Chicago, IL 60602** | | J | **506 W Pacesetter Parkway Riverdale, Illinois 60827 Single Family Dwelling Purchased in 1990 (Purchase Price $25,000.00) Value Per County Assessors Office PIN#: 25-33-329-075-0000** | | | | | |
| | | | Value $ 33,970.00 | | | | 10,619.71 | 0.00 |
| Account No. <br><br> **Cook County Treasurer's Office 118 North Clark Street, Room 112 Chicago, IL 60602** | | J | **544 W 136th Street Riverdale, Illinois 60827 Single Family Dwelling Purchased in 1991 (Purchase Price $22,500.00) Value Per County Assessors Office PIN#: 25-33-311-086-0000** | | | | | |
| | | | Value $ 33,630.00 | | | | 11,038.00 | 0.00 |

Sheet __19__ of __29__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

46,031.78 | 0.00

B6D (Official Form 6D) (12/07) - Cont.

In re **Gregory L Lewandowski,**
**Kathleen A Stenson**

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **13719 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1991 (Purchase Price $34,016.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-328-031-0000** | | | | | |
| | | | Value $                  33,340.00 | | | | 10,786.51 | 0.00 |
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **13701 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1993 (Purchase Price $45,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-328-037-0000** | | | | | |
| | | | Value $                  34,130.00 | | | | 10,425.30 | 0.00 |
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **13607 S Eggleston Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1993 (Purchase Price $45,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-314-047-0000** | | | | | |
| | | | Value $                  34,090.00 | | | | 10,684.95 | 0.00 |
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **13732 S Parnell Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1994 (Purchase Price $29,500.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-328-110-0000** | | | | | |
| | | | Value $                  35,620.00 | | | | 10,954.13 | 0.00 |
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **519 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1994 (Purchase Price $40,500.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-330-016-0000** | | | | | |
| | | | Value $                  34,790.00 | | | | 11,902.55 | 0.00 |

Sheet __20__ of __29__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

54,753.44          0.00

B6D (Official Form 6D) (12/07) - Cont.

In re  **Gregory L Lewandowski,**
     **Kathleen A Stenson**

Case No. _____

,
           Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **445 W 137th Place**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1994 (Purchase Price $20,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-329-063-0000**<br>Value $     33,620.00 | | | | 10,449.38 | 0.00 |
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **461 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1994 (Purchase Price $23,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-330-025-0000**<br>Value $     34,030.00 | | | | 10,655.63 | 0.00 |
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **13660 S Normal Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1994 (Purchase Price $24,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-329-045-0000**<br>Value $     33,620.00 | | | | 10,449.38 | 0.00 |
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **13664 S Normal Avenue**<br>**Riverdale, Illinois 60827**<br>**Fire Damage/Complete Loss**<br>**Purchased in 1997 (Purchase Price $30,000.00)**<br>**PIN#: 25-33-329-043-0000**<br>Value $     1,500.00 | | | | 10,449.38 | 8,949.38 |
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **448 W 137th Place**<br>**Riverdale, Illinois 60827**<br>**Vacant Land/Demolished**<br>**Purchased in 1995 (Purchase Price $29,010.00)**<br>**PIN#: 25-33-314-079-0000**<br>Value $     1,500.00 | | | | 12,470.36 | 12,470.36 |

Sheet __21__ of __29__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 54,474.13 | 21,419.74 |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re **Gregory L Lewandowski,**
**Kathleen A Stenson**

Case No. _____

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | 457 W 137th Place Riverdale, Illinois 60827 Single Family Dwelling Purchased in 1995 (Purchase Price $32,000.00) Value Per County Assessors Office PIN#: 25-33-329-059-0000 | | | | | |
| Cook County Treasurer's Office 118 North Clark Street, Room 112 Chicago, IL 60602 | | | J | | | | | | | |
| | | | | | Value $              33,620.00 | | | | 10,449.38 | 0.00 |
| Account No. | | | | | 537 W Pacesetter Parkway Riverdale, Illinois 60827 Single Family Dwelling Purchased in 1987 (Purchase Price $37,001.00) Value Per County Assessors Office PIN#: 25-33-330-010-0000 | | | | | |
| Cook County Treasurer's Office 118 North Clark Street, Room 112 Chicago, IL 60602 | | | J | | | | | | | |
| | | | | | Value $              33,570.00 | | | | 1,792.87 | 0.00 |
| Account No. | | | | | 13742 S Parnell Avenue Riverdale, Illinois 60827 Single Family Dwelling Purchased in 1987 (Purchase Price $27,250.00) Value Per County Assessors Office PIN#: 25-33-328-115-0000 | | | | | |
| Cook County Treasurer's Office 118 North Clark Street, Room 112 Chicago, IL 60602 | | | J | | | | | | | |
| | | | | | Value $              33,770.00 | | | | 5,975.29 | 0.00 |
| Account No. | | | | | 13718 S Wallace Avenue Riverdale, Illinois 60827 Fire Damage/Complete Loss Purchased in 1988 (Purchase Price $28,000.00) PIN#: 25-33-311-058-0000 | | | | | |
| Cook County Treasurer's Office 118 North Clark Street, Room 112 Chicago, IL 60602 | | | J | | | | | | | |
| | | | | | Value $               1,500.00 | | | | 10,938.52 | 9,438.52 |
| Account No. | | | | | 511 W 136th Street Riverdale, Illinois 60827 Single Family Dwelling Purchased in 1988 (Purchase Price $28,000.00) Value Per County Assessors Office PIN#: 25-33-328-063-0000 | | | | | |
| Cook County Treasurer's Office 118 North Clark Street, Room 112 Chicago, IL 60602 | | | J | | | | | | | |
| | | | | | Value $              33,560.00 | | | | 4,445.37 | 0.00 |

Sheet __22__ of __29__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| Subtotal (Total of this page) | 33,601.43 | 9,438.52 |
|---|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re  **Gregory L Lewandowski,**
　　　　**Kathleen A Stenson**

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **541 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $30,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-330-009-0000** | | | | | |
| | | | Value $ 35,610.00 | | | | 4,778.54 | 4,778.54 |
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **528 W 136th Street**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $27,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-311-091-0000** | | | | | |
| | | | Value $ 33,720.00 | | | | 4,515.01 | 4,515.01 |
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **447 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $27,010.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-330-029-0000** | | | | | |
| | | | Value $ 33,400.00 | | | | 4,466.64 | 4,466.64 |
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **13648 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1991 (Purchase Price $20,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-311-070-0000** | | | | | |
| | | | Value $ 35,290.00 | | | | 4,742.55 | 0.00 |
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **13716 S Normal Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1992 (Purchase Price $22,600.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-329-049-0000** | | | | | |
| | | | Value $ 33,620.00 | | | | 4,549.69 | 0.00 |

Sheet __23__ of __29__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) | 23,052.43 | 13,760.19

B6D (Official Form 6D) (12/07) - Cont.

In re **Gregory L Lewandowski,**  
    **Kathleen A Stenson**  

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Cook County Treasurer's Office** <br> **118 North Clark Street, Room 112** <br> **Chicago, IL 60602** | | J | **507 W Pacesetter Parkway** <br> **Riverdale, Illinois 60827** <br> **Single Family Dwelling** <br> **Purchased in 1992 (Purchase Price $24,760.00)** <br> **Value Per County Assessors Office** <br> **PIN#: 25-33-330-021-0000** | | | | | |
| | | | Value $      34,250.00 | | | | 4,732.64 | 0.00 |
| Account No. <br><br> **Cook County Treasurer's Office** <br> **118 North Clark Street, Room 112** <br> **Chicago, IL 60602** | | J | **13630 S Wallace Avenue** <br> **Riverdale, Illinois 60827** <br> **Single Family Dwelling** <br> **Purchased in 1992(Purchase Price $22,000.00)** <br> **Value Per County Assessors Office** <br> **PIN#: 25-33-311-075-0000** | | | | | |
| | | | Value $      35,880.00 | | | | 4,842.31 | 0.00 |
| Account No. <br><br> **Cook County Treasurer's Office** <br> **118 North Clark Street, Room 112** <br> **Chicago, IL 60602** | | J | **13720 S Wallace Avenue** <br> **Riverdale, Illinois 60827** <br> **Fire Damage/Complete Loss** <br> **Purchased in 1992 (Purchase Price $25,000.00)** <br> **PIN#: 25-33-311-057-0000** | | | | | |
| | | | Value $      1,500.00 | | | | 4,515.01 | 3,015.01 |
| Account No. <br><br> **Cook County Treasurer's Office** <br> **118 North Clark Street, Room 112** <br> **Chicago, IL 60602** | | J | **511 W 136th Place** <br> **Riverdale, Illinois 60827** <br> **Single Family Dwelling** <br> **Purchased in 1994 (Purchase Price $25,000.00)** <br> **Value Per County Assessors Office** <br> **PIN#: 25-33-329-038-0000** | | | | | |
| | | | Value $      33,430.00 | | | | 5,845.51 | 5,845.51 |
| Account No. <br><br> **Cook County Treasurer's Office** <br> **118 North Clark Street, Room 112** <br> **Chicago, IL 60602** | | J | **13722 S Wallace Avenue** <br> **Riverdale, Illinois 60827** <br> **Fire Damage/Complete Loss** <br> **Purchased in 1988 (Purchase Price $23,000.00)** <br> **PIN#: 25-33-311-056-0000** | | | | | |
| | | | Value $      1,500.00 | | | | 10,351.68 | 10,351.68 |

Sheet __24__ of __29__ continuation sheets attached to  
Schedule of Creditors Holding Secured Claims

Subtotal  
(Total of this page)      30,287.15      19,212.20

B6D (Official Form 6D) (12/07) - Cont.

In re **Gregory L Lewandowski,**
**Kathleen A Stenson** Case No. _____

_____,
Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **461 W 136th Street**<br>**Riverdale, Illinois 60827**<br>**Vacant Land/Demolition**<br>**Purchased in 1988 (Purchase Price $29,000.00)**<br>**Value Per County Assessors Office**<br>**PIN:25-33-328-068-0000** | | | | | |
| | | | Value $            **1,500.00** | | | | **10,193.03** | **10,193.03** |
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **547 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $37,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-330-006-0000** | | | | | |
| | | | Value $          **34,170.00** | | | | **11,216.44** | **0.00** |
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **13605 S Eggleston Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1991 (Purchase Price $33,502.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-314-046-0000** | | | | | |
| | | | Value $          **33,640.00** | | | | **11,588.61** | **0.00** |
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **13615 S Eggleston Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1992 (Purchase Price $34,700.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-314-051-0000** | | | | | |
| | | | Value $          **35,390.00** | | | | **11,582.50** | **0.00** |
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | **13627 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1992 (Purchase Price $36,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#:25-33-328-050-0000** | | | | | |
| | | | Value $          **36,070.00** | | | | **10,768.72** | **0.00** |

Sheet __25__ of __29__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

**55,349.30** | **10,193.03**

B6D (Official Form 6D) (12/07) - Cont.

In re  **Gregory L Lewandowski,**                                    Case No. _____
     **Kathleen A Stenson**
_____,
                   Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Cook County Treasurer's Office**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** | | J | 509 W 136th Place<br>Riverdale, Illinois 60827<br>Single Family Dwelling<br>Purchased in 1993 (Purchase Price $38,900.00)<br>Value Per County Assessors Office<br>PIN#: 25-33-329-039-0000 | | | | | |
| | | | Value $         **35,520.00** | | | | 2,021.17 | 0.00 |
| Account No.<br><br>**Midland Mortgage Company**<br>**Attention: Bankruptcy**<br>**Po Box 26648**<br>**OK 73216** | | J | Mortgage<br>537 W Pacesetter Parkway<br>Riverdale, Illinois 60827<br>Single Family Dwelling<br>Purchased in 1987 (Purchase Price $37,001.00)<br>Value Per County Assessors Office<br>PIN#: 25-33-330-010-0000 | | | | | |
| | | | Value $         **33,570.00** | | | | 18,571.54 | 0.00 |
| Account No. xxxxxxxxx1054<br><br>**PNC Mortgage**<br>**3232 Newmark Dr., Bldg. 8**<br>**Miamisburg, OH 45342** | | J | Opened 7/06/06 Last Active 8/17/10<br>Mortgage<br>541 W Pacesetter Parkway<br>Riverdale, Illinois 60827<br>Single Family Dwelling<br>Purchased in 1988 (Purchase Price $30,000.00)<br>Value Per County Assessors Office | | | | | |
| | | | Value $         **35,610.00** | | | | 47,047.51 | 0.00 |
| Account No. xxxxxxxxx1102<br><br>**PNC Mortgage**<br>**3232 Newmark Dr., Bldg. 8**<br>**Miamisburg, OH 45342** | | J | Opened 7/06/06 Last Active 8/17/10<br>Mortgage<br>447 W Pacesetter Parkway<br>Riverdale, Illinois 60827<br>Single Family Dwelling<br>Purchased in 1989 (Purchase Price $27,010.00)<br>Value Per County Assessors Office | | | | | |
| | | | Value $         **33,400.00** | | | | 49,600.00 | 0.00 |
| Account No. xxxxxxxxx1103<br><br>**PNC Mortgage**<br>**3232 Newmark Drive., Building. 8**<br>**Miamisburg, OH 45342** | | J | Opened 7/06/06 Last Active 8/17/10<br>Mortgage<br>511 W 136th Place<br>Riverdale, Illinois 60827<br>Single Family Dwelling<br>Purchased in 1994 (Purchase Price $25,000.00)<br>Value Per County Assessors Office | | | | | |
| | | | Value $         **33,430.00** | | | | 45,529.84 | 0.00 |

Sheet __26__ of __29__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                                  Subtotal             **162,770.06**         **0.00**
                         (Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re    **Gregory L Lewandowski,**                                          Case No. _____
      **Kathleen A Stenson**

_____ ,
                  Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **PNC Mortgage** **3232 Newmark Dr., Bldg. 8** **Miamisburg, OH 45342** | | | **Additional Notice Sent To:** **PNC Mortgage** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| **PNC Mortgage** **2650 Warrenville Road** **Downers Grove, IL 60515** | | | **Additional Notice Sent To:** **PNC Mortgage** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| **PNC Mortgage** **3232 Newmark Drive., Building. 8** **Miamisburg, OH 45342** | | | **Additional Notice Sent To:** **PNC Mortgage** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| **PNC Mortgage** **PO Box 1820** **Dayton, OH 45401** | | | **Additional Notice Sent To:** **PNC Mortgage** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| **PNC Mortgage** **6 N Main Street** **Dayton, OH 45402** | | | **Additional Notice Sent To:** **PNC Mortgage** | | | | **Notice Only** | |
| | | | Value $ | | | | | |

Sheet **27** of **29** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

     **0.00**         **0.00**

B6D (Official Form 6D) (12/07) - Cont.

In re    **Gregory L Lewandowski,**                                    Case No. _____
      **Kathleen A Stenson**

_____,
                     Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | | |
| Account No. **PNC Mortgage** 3232 Nemark Drive Miamisburg, OH 45342 | | | | | Additional Notice Sent To: PNC Mortgage <br><br> Value $ | | | | **Notice Only** | |
| Account No. **PNC Mortgage** 3232 Newmark Dr., Bldg. 8 Miamisburg, OH 45342 | | | | J | Mortgage 528 W 136th Street Riverdale, Illinois 60827 Single Family Dwelling Purchased in 1989 (Purchase Price $27,000.00) Value Per County Assessors Office PIN#: 25-33-311-091-0000 <br> Value $ 33,720.00 | | | | 45,529.84 | 0.00 |
| Account No. **TM Property Solutions** 2600 S Shore Boulevard Suite 300 League City, TX 77573 | | | | J | Mortgage 13722 S Wallace Avenue Riverdale, Illinois 60827 Fire Damage/Complete Loss Purchased in 1988 (Purchase Price $23,000.00) PIN#: 25-33-311-056-0000 <br> Value $ 1,500.00 | | | | 50,628.83 | 0.00 |
| Account No. **US Bank Home Mortgage** US Bancorp Center 800 Nicollet Mall Minneapolis, MN 55402 | | | | J | Mortgage 461 W 136th Street Riverdale, Illinois 60827 Vacant Land/Demolition Purchased in 1988 (Purchase Price $29,000.00) Value Per County Assessors Office PIN#:25-33-328-068-0000 <br> Value $ 1,500.00 | | | | 50,630.83 | 49,130.83 |
| Account No. **Village of Riverdale** 157 W 144th Street Riverdale, IL 60827 | | | | J | Demolition Lein 448 W 137th Place Riverdale, Illinois 60827 Vacant Land/Demolished Purchased in 1995 (Purchase Price $29,010.00) PIN#: 25-33-314-079-0000 <br> Value $ 1,500.00 | | | | 16,050.00 | 14,550.00 |

Sheet __28__ of __29__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                                   Subtotal | 162,839.50 | 63,680.83
                           (Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re   **Gregory L Lewandowski,**
      **Kathleen A Stenson**

Case No. _____

                            Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Village of Riverdale** <br> **157 W 144th Street** <br> **Riverdale, IL 60827** | | J | **Domolition Lien** <br> **461 W 136th Street** <br> **Riverdale, Illinois 60827** <br> **Vacant Land/Demolition** <br> **Purchased in 1988 (Purchase Price $29,000.00)** <br> **Value Per County Assessors Office** <br> **PIN#:25-33-328-068-0000** <br><br> Value $       **1,500.00** | | | | 17,070.83 | 17,070.83 |
| Account No. **xxxxxxxx7032** <br><br> **Wells Fargo Home Mortgage** <br> **8480 Stagecoach Circle** <br> **Frederick, MD 21701** | | J | **Opened 12/17/92  Last Active  8/16/10** <br> **Mortgage** <br> **13627 S Wallace Avenue** <br> **Riverdale, Illinois 60827** <br> **Single Family Dwelling** <br> **Purchased in 1992 (Purchase Price $36,000.00)** <br> **Value Per County Assessors Office** <br><br> Value $      **36,070.00** | | | | 22,294.00 | 0.00 |
| Account No. <br><br><br><br><br><br> | | | <br><br><br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br><br><br> | | | <br><br><br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br><br><br> | | | <br><br><br><br><br> Value $ | | | | | |

Sheet **29** of **29** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | 39,364.83 | 17,070.83 |
| Total <br> (Report on Summary of Schedules) | 2,205,048.73 | 548,452.94 |

B6E (Official Form 6E) (4/13)

.

In re   **Gregory L Lewandowski,**            Case No. _____

      **Kathleen A Stenson**

_____ ,

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

     A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

     The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

     Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

     Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**0**     continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Gregory L Lewandowski,**    Case No. _____
          **Kathleen A Stenson**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. xxxxxxxxxxx8393 | | | | | Opened  9/01/96 Credit Card | | | | |
| American Express Po Box 3001 16 General Warren Blvd Malvern, PA 19355 | | H | | | | | | | 28,251.00 |
| Account No. | | | | | | | | | |
| Zwicker & Associates P.C. 7366 N. Lincoln Ave. Suite 404 Lincolnwood, IL 60712 | | | | | Additional Notice Sent To: American Express | | | | Notice Only |
| Account No. | | | | | | | | | |
| Zwicker & Associates, P.C. 7366 N. Lincoln Avenue, Suite 102 Lincolnwood, IL 60712 | | | | | Additional Notice Sent To: American Express | | | | Notice Only |
| Account No. xxxxxxxxxxx1353 | | | | | Opened  7/01/96 Credit Card | | | | |
| American Express Po Box 3001 16 General Warren Blvd Malvern, PA 19355 | | H | | | | | | | 2,444.00 |
| __28__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 30,695.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory L Lewandowski,**
**Kathleen A Stenson**
                                             Case No. _____

                                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxxxxxx9163 | | | | Opened 2/01/96 Credit Card | | | | |
| American Express Po Box 3001 16 General Warren Blvd Malvern, PA 19355 | | H | | | | | | 381.00 |
| Account No. | | | | Credit Card | | | | |
| American Express * P.O. Box 3001 16 General Warren Blvd Malvern, PA 19355 | | H | | | | | | 2,054.04 |
| Account No. | | | | Credit Card | | | | |
| American Express * c/o Becket & Lee P.O. Box 3001 Malvern, PA 19355 | | H | | | | | | 844.01 |
| Account No. | | | | 13700 S. Parnell Riverdale, Illinois 60827 Single Family Dwelling Purchased in 1989 (Purchase Price $36,000) Value Per Cook County Assessor PIN#: 25-33-328-105-0000 | | | | |
| American Home Mortgage Servicing 4600 Regent Boulevard Irving, TX 75063 | | J | | | | | | 58,363.51 |
| Account No. | | | | Collection Agency Nicor Gas | | | | |
| Arnold Scott Harris, P.C 111 West Jackson Boulevard, Suite 600 Chicago, IL 60604 | | J | | | | | | 24,665.71 |

Sheet no. __1__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                        Subtotal
             (Total of this page)     **86,308.27**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gregory L Lewandowski,**
        **Kathleen A Stenson**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Nicor Gas** **PO Box 5407** **Carol Stream, IL 60197** | | | Additional Notice Sent To: Arnold Scott Harris, P.C | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Nicor Gas** **1844 Ferry Road** **Naperville, IL 60563** | | | Additional Notice Sent To: Arnold Scott Harris, P.C | | | | **Notice Only** |
| Account No. xxxxxxxxxxxx2278 | | H | Opened 11/01/98 Last Active  4/18/11 Credit Card | | | | |
| **Bank Of America, N.A. *** **401 N. Tryon Street** **NC1-021-02-20** **Charlotte, NC 28255** | | | | | | | **42,776.00** |
| Account No. 4139 | | W | Opened  5/01/97 Last Active  3/11/11 Credit Card | | | | |
| **Bank Of America, N.A. *** **401 N. Tryon Street** **NC1-021-02-20** **Charlotte, NC 28255** | | | | | | | **34,345.00** |
| Account No. 2990 | | W | Opened  2/01/03 Last Active  4/11/11 Credit Card | | | | |
| **Bank Of America, N.A. *** **401 N. Tryon Street** **NC1-021-02-20** **Charlotte, NC 28255** | | | | | | | **5,721.00** |

Sheet no. __2___ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**82,842.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory L Lewandowski,**
     **Kathleen A Stenson**

Case No. _____

,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxxxxxxxxx8102 Bank Of America, N.A. * 401 N. Tryon Street NC1-021-02-20 Charlotte, NC 28255 | | H | | | Opened 2/01/03 Last Active 4/11/11 Credit Card | | | | 5,203.00 |
| Account No. Bank Of America, N.A. * 401 N. Tryon Street NC1-021-02-20 Charlotte, NC 28255 | | J | | | Estimated Deficiency From Foreclosure Sale of Real Property Located At: 514 W. 136th Place Riverdale, Illinois 60827 PIN#: 25-33-328-086-0000 | | | | 21,590.70 |
| Account No. Bank Of America, N.A. * 401 N. Tryon Street NC1-021-02-20 Charlotte, NC 28255 | | J | | | 534 W. 136th Street Riverdale, Illinois 60827 Single Family Dwelling Purchased in 1988 (Purchase Price $25,000.00) Value Per Cook County Assessor PIN#: 25-33-311-089-0000 | | | | 19,272.96 |
| Account No. Bank Of America, N.A. * 401 N. Tryon Street NC1-021-02-20 Charlotte, NC 28255 | | J | | | Estimated Deficiency From Foreclosure Sale of Real Property Located At: 513 W. Pacesetter Parkway Riverdale, Illinois 60827 PIN#: 25-33-330-018-0000 | | | | 22,136.85 |
| Account No. Bank Of America, N.A. * 401 N. Tryon Street NC1-021-02-20 Charlotte, NC 28255 | | J | | | 445 W. 136th Street Riverdale, Illinois 60827 Single Family Dwelling Purchased in 1990 (Purchase Price $35,500.00) Value Per Cook County Assessor PIN#: 25-33-328-073-0000 | | | | 11,777.50 |

Sheet no. __3__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

79,981.01

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory L Lewandowski,**
**Kathleen A Stenson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Bank Of America, N.A. \*** <br> **401 N. Tryon Street** <br> **NC1-021-02-20** <br> **Charlotte, NC 28255** | | J | **13641 S. Eggleston** <br> **Riverdale, Illinois 60827** <br> **Single Family Dwelling** <br> **Purchased in 1990 (Purchase Price $27,800.00)** <br> **Value Per Cook County Assessor** <br> **PIN#: 25-33-314-059-0000** | | | | 4,779.57 |
| Account No. <br><br> **Bank Of America, N.A. \*** <br> **401 N. Tryon Street** <br> **NC1-021-02-20** <br> **Charlotte, NC 28255** | | J | **460 W. 136th Street** <br> **Riverdale, Illinois 60827** <br> **Single Family Dwelling** <br> **Purchased in 1994 (Purchase Price $31,123.00)** <br> **Value Per Cook County Assessor** <br> **PIN#: 25-33-311-103-0000** | | | | 11,034.09 |
| Account No. <br><br> **Bank Of America, N.A. \*** <br> **401 N. Tryon Street** <br> **NC1-021-02-20** <br> **Charlotte, NC 28255** | | J | **Estimated Deficiency From Foreclosure Sale** <br> **of Real Property Located At:** <br> **13725 S. Parnell Avenue** <br> **Riverdale, Illinois 60827** <br> **PIN#: 25-33-329-022-0000** | | | | 19,089.57 |
| Account No. <br><br> **Bank Of America, N.A. \*** <br> **401 N. Tryon Street** <br> **NC1-021-02-20** <br> **Charlotte, NC 28255** | | J | **13727 S. Parnell Avenue** <br> **Riverdale, Illinois 60827** <br> **Single Family Dwelling** <br> **Purchased in 1997 (Purchase Price $32,600.00)** <br> **Value Per Zillow.com** <br> **PIN#: 25-33-329-021-0000** | | | | **Unknown** |
| Account No. **xxx1370** <br><br> **Caine & Weiner** <br> **Po Box 5010** <br> **Woodland Hills, CA 91365** | | W | **Opened  9/01/10** <br> **Collection Agency** <br> **Suntrust Mortgage** | | | | 1,641.00 |

Sheet no. __4___ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

36,544.23

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory L Lewandowski,**                                      Case No. _____
       **Kathleen A Stenson**

_____,
                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Caine & Weiner 1699 E. Woodfield Road Schaumburg, IL 60173** | | | Additional Notice Sent To: **Caine & Weiner** | | | | **Notice Only** |
| Account No. **Caine & Weiner PO Box 5010 Woodland Hills, CA 91365** | | | Additional Notice Sent To: **Caine & Weiner** | | | | **Notice Only** |
| Account No. **Caine & Weiner 1699 East Woodfield Road Schaumburg, IL 60173** | | | Additional Notice Sent To: **Caine & Weiner** | | | | **Notice Only** |
| Account No. **xxx1368** **Caine & Weiner Po Box 5010 Woodland Hills, CA 91365** | | W | Opened  9/01/10 Collection Agency Suntrust Mortgage | | | | **1,559.00** |
| Account No. **xxx1365** **Caine & Weiner Po Box 5010 Woodland Hills, CA 91365** | | W | Opened  9/01/10 Collection Agency Suntrust Mortgage | | | | **1,453.00** |

Sheet no. __5___ of __28__ sheets attached to Schedule of                Subtotal                **3,012.00**
Creditors Holding Unsecured Nonpriority Claims                       (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gregory L Lewandowski,**
       **Kathleen A Stenson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Additional Notice Sent To: Caine & Weiner | | | | |
| **SunTrust Mortgage 901 Semmes Avenue Richmond, VA 23224** | | | | | | | | **Notice Only** |
| Account No. | | J | | Credit Card | | | | |
| **Capital One, N.A. * c/o American Infosource P.O Box 54529 Oklahoma City, OK 73154** | | | | | | | | **2,998.37** |
| Account No. | | | | Additional Notice Sent To: Capital One, N.A. * | | | | |
| **Capital One, N.A.* 1680 Capital One Drive Mc Lean, VA 22102** | | | | | | | | **Notice Only** |
| Account No. | | J | | Estimated Deficiency From Foreclosure Sale of Real Property Located At: 441 Talala Street Park Forest, Illinois 60466 PIN#: 21-14-02-206-012-0000 | | | | |
| **CCO Mortgage Corporation 10561 Telegraph Road Glen Allen, VA 23059** | | | | | | | | **48,743.33** |
| Account No. | | J | | Estimated Deficiency From Foreclosure Sale of Real Property Located At: 13665 S Normal Avenue Riverdale, Illinois 60827 PIN#: 25-33-314-066-0000 | | | | |
| **CCO Mortgage Corporation 10561 Telegraph Road Glen Allen, VA 23059** | | | | | | | | **20,312.55** |

Sheet no. __6___ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**72,054.25**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory L Lewandowski,**
**Kathleen A Stenson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx9130 <br><br> **Chase \*** <br> **ATTN:  Bankruptcy Department** <br> **P.O. Box 15298** <br> **Wilmington, DE 19850** | | J | Opened  5/01/94  Last Active  3/09/11 <br> Credit Card | | | | 25,430.00 |
| Account No. <br><br> **Chase \*** <br> **3415 Vision Drive** <br> **Mail Code OH4-7142** <br> **Columbus, OH 43219** | | | Additional Notice Sent To: <br> Chase \* | | | | **Notice Only** |
| Account No. xxxxxxxxxxx8169 <br><br> **Chase \*** <br> **ATTN:  Bankruptcy Department** <br> **P.O. Box 15298** <br> **Wilmington, DE 19850** | | J | Opened  9/01/99  Last Active  4/06/11 <br> Credit Card | | | | 24,574.00 |
| Account No. xxxxxxxxxxx7684 <br><br> **Chase \*** <br> **ATTN:  Bankruptcy Department** <br> **P.O. Box 15298** <br> **Wilmington, DE 19850** | | J | Opened 11/01/08  Last Active  3/15/11 <br> Credit Card | | | | 15,456.00 |
| Account No. xxxxxxx8149 <br><br> **Chase \*** <br> **ATTN:  Bankruptcy Department** <br> **P.O. Box 15298** <br> **Wilmington, DE 19850** | | H | Opened  1/01/98  Last Active  4/03/11 <br> Credit Card | | | | 12,400.00 |

Sheet no. **7** of **28** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **77,860.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory L Lewandowski,**
      **Kathleen A Stenson**
                                                     ,
                               Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxxxx4314**<br><br>**Chase ***<br>**ATTN: Bankruptcy Department**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | | W | | | **Opened 7/01/07 Last Active 3/10/11**<br>**Credit Card** | | | | 10,730.00 |
| Account No. **xxxxxxxx6118**<br><br>**Chase ***<br>**ATTN: Bankruptcy Department**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | | W | | | **Opened 4/01/04 Last Active 4/03/11**<br>**Credit Card** | | | | 8,382.00 |
| Account No. **xxxxxxxx2821**<br><br>**Chase ***<br>**ATTN: Bankruptcy Department**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | | J | | | **Opened 3/01/92 Last Active 3/10/11**<br>**Credit Card** | | | | 5,181.00 |
| Account No. **xxxxxxxxxxx0913**<br><br>**Chase ***<br>**ATTN: Bankruptcy Department**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | | W | | | **Opened 8/01/98 Last Active 4/06/11**<br>**Credit Card** | | | | 1,154.00 |
| Account No. **xxxxx-xxxx-x9642**<br><br>**Chase ***<br>**ATTN: Bankruptcy Department**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | | J | | | **Credit Card** | | | | 10,058.42 |

Sheet no. __8__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

35,505.42

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gregory L Lewandowski,**
      **Kathleen A Stenson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-4190**<br><br>**Chase ***<br>**ATTN:  Bankruptcy Department**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | | W | Credit Card | | | | 1,059.07 |
| Account No. **xxxxxxxx0495**<br><br>**Citicorp Credit Services ***<br>**ATTN: Internal Recovery; Centralized Bk**<br>**P.O. Box 790034**<br>**Saint Louis, MO 63179-0034** | | W | Opened  6/01/94 Last Active  4/07/11<br>Credit Card | | | | 39,566.00 |
| Account No. **xxxxxxxxxxxx9437**<br><br>**Citicorp Credit Services ***<br>**ATTN: Internal Recovery; Centralized Bk**<br>**P.O. Box 790034**<br>**Saint Louis, MO 63179-0034** | | H | Opened  4/01/95 Last Active  3/03/11<br>Credit Card | | | | 30,234.00 |
| Account No. **xxxxxxxxxxx2921**<br><br>**Citicorp Credit Services ***<br>**ATTN: Internal Recovery; Centralized Bk**<br>**P.O. Box 790034**<br>**Saint Louis, MO 63179-0034** | | H | Opened  5/01/10 Last Active 11/10/14<br>Credit Card | | | | 3,870.00 |
| Account No. **xxxx-xxxx-xxxx-2792**<br><br>**Citicorp Credit Services ***<br>**ATTN: Internal Recovery; Centralized Bk**<br>**P.O. Box 790034**<br>**Saint Louis, MO 63179-0034** | | J | Credit Card | | | | 34,087.63 |

Sheet no. __9__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

108,816.70

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory L Lewandowski,**
**Kathleen A Stenson**
Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Personal Guarantor Credit Card | | | | |
| **Citicorp Credit Services \*** **ATTN: Internal Recovery; Centralized Bk** **P.O. Box 790034** **Saint Louis, MO 63179-0034** | | J | | | | | 10,610.92 |
| Account No. | | | Estimated Deficiency From Foreclosure Sale of Real Property Located At: 504 W Pacesetter Parkway Riverdale, Illinois 60827 PIN#: 25-33-329-076-0000 | | | | |
| **CitiMortgage, Inc.** **1000 Technology Drive** **O Fallon, MO 63368** | | J | | | | | 19,689.31 |
| Account No. | | | Notice Only 2012 CH 12439 | | | | |
| **Codilis & Associates** **15W030 N. Frontage Road** **Burr Ridge, IL 60527** | | J | | | | | 0.00 |
| Account No. xx3311 | | | Estimated Deficiency From Foreclosure Sale of Real Property Located At: 2471 St. Andrews Drive Olympia Fields, Illinois 60461 PIN#: 31-13-204-011 | | | | |
| **Colfin Bulls Funding A LLC** **2450 Broadway** **6th Floor** **Santa Monica, CA 90404** | | J | | | | | 389,396.56 |
| Account No. | | | Utilities | | | | |
| **ComEd** **PO Box 6111** **Carol Stream, IL 60197-6111** | | J | | | | | 840.00 |

Sheet no. __10__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

420,536.79

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gregory L Lewandowski,**
        **Kathleen A Stenson**                                          Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Country Mutual Ins. Co.** **121 N. Main** **4th Floor** **Bloomington, IL 61701** | | J | | | | | **4,000.00** |
| Account No. **Robert C. Varney and Assoc.** | | | Additional Notice Sent To: Country Mutual Ins. Co. | | | | **Notice Only** |
| Account No. xxxxxxxx8718 **Discover Financial Services** **2500 Lake Cook Road** **Deerfield, IL 60015** | | W | Opened  4/01/86  Last Active  3/25/11 Credit Card | | | | **15,929.00** |
| Account No. **Discover Financial Services LLC** **Po Box 15316** **Wilmington, DE 19850** | | | Additional Notice Sent To: Discover Financial Services | | | | **Notice Only** |
| Account No. **Equifax Information Services, LLC** **1550 Peachtree Street NW** **Atlanta, GA 30309** | | J | Notice Only | | | | **0.00** |

Sheet no. __11__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **19,929.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory L Lewandowski,**　　　　　　　　　　　　　　Case No. _____
　　　　**Kathleen A Stenson**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Experian Information Solutions, Inc.**<br>**475 Anton Boulevard**<br>**Costa Mesa, CA 92626** | | J | Notice Only | | | | 0.00 |
| Account No.<br><br>**Fifth Third Bank**<br>**38 Fountain Square Plaza**<br>**Fifth Third Center**<br>**Cincinnati, OH 45263** | | J | 2012<br>Bank Fees | | | | 1,100.00 |
| Account No. xxxxxxxxxxxx8538<br><br>**GE Capital Retail Consumer Finance**<br>**1600 Summer Street**<br>**Fifth Floor**<br>**Stamford, CT 06905** | | H | Opened 11/18/10  Last Active  5/25/11<br>Credit Card<br>JC Penny | | | | 1,281.00 |
| Account No.<br><br>**Gomberg & Sharfman, Ltd**<br>**208 S. Lasalle**<br>**Ste 1410**<br>**Chicago, IL 60604** | | J | Notice Only<br>2011 CH 01918<br>2011 CH 01921 | | | | 0.00 |
| Account No. xxxxxx3001<br><br>**IC System**<br>**Attn: Bankruptcy**<br>**444 Highway 96 East; Po Box 64378**<br>**St. Paul, MN 55164** | | W | Opened  8/01/14<br>Collection Agency<br>R A  Berquist Dds | | | | 426.00 |

Sheet no. __12__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal　　　　　　　| 2,807.00 |
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory L Lewandowski,**
**Kathleen A Stenson**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Berquist Dental 19710 Governors Highway #4 Flossmoor, IL 60422** | | | Additional Notice Sent To: IC System | | | | **Notice Only** |
| Account No. **JPMorgan Chase* 270 Park Avenue New York, NY 10017** | | J | Estimated Deficiency From Foreclosure Sale of Real Property Located At: 448 W 136th Street Riverdale, Illinois 60827 PIN#: 25-33-311-107-0000 | | | | **20,729.46** |
| Account No. **JPMorgan Chase* 270 Park Avenue New York, NY 10017** | | J | Estimated Deficiency From Foreclosure Sale of Real Property Located At: 511 W Pacesetter Parkway Riverdale, Illinois 60827 PIN#: 25-33-330-019-0000 | | | | **21,267.30** |
| Account No. **JPMorgan Chase* 270 Park Avenue New York, NY 10017** | | J | Estimated Deficiency From Foreclosure Sale of Real Property Located At: 449 W 137th Place Riverdale, Illinois 60827 PIN#: 25-33-329-062-0000 | | | | **21,663.34** |
| Account No. **JPMorgan Chase* 270 Park Avenue New York, NY 10017** | | J | Estimated Deficiency From Foreclosure Sale of Real Property Located At: 504 W 136th Street Riverdale, Illinois 60827 PIN#: 25-33-311-099-0000 | | | | **22,495.88** |

Sheet no. __**13**__ of __**28**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**86,155.98**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory L Lewandowski,**
**Kathleen A Stenson**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Kluever & Pratt LLC** <br> **65 E. Wacker Place, #2300** <br> **Chicago, IL 60601** | | J | **Notice Only** <br> **2013 CH 21307** | | | | 0.00 |
| Account No. <br><br> **Macy's** <br> **Po Box 183083** <br> **Columbus, OH 43218** | | J | **Credit Card** | | | | 964.89 |
| Account No. <br><br> **Manley Deas Kochalski LLC** <br> **One East Wacker** <br> **Suite 1250** <br> **Chicago, IL 60601** | | J | **Notice Only** <br> **2013 CH 20696** | | | | 0.00 |
| Account No. **xxx1674** <br><br> **Mb Financial Bank** <br> **6111 N River Road** <br> **Rosemont, IL 60018** | | J | Opened 3/24/05 Last Active 8/18/10 <br> **1701 W. 168th Street** <br> **Hazel Crest, Illinois 60429** <br> **Single Family Dwelling** <br> **Purchased in 1987 (Purchase Price $23,000.00)** <br> **Value Per Cook County Assessor** <br> **PIN#: 29-30-211-008-0000** | | | | 72,677.00 |
| Account No. **xx3013** <br><br> **Mb Financial Bank** <br> **6111 N River Rd** <br> **Rosemont, IL 60018** | | J | Opened 12/07/07 Last Active 8/16/10 <br> **13640 S Parnell Avenue** <br> **Riverdale, Illinois 60827** <br> **Single Family Dwelling** <br> **Purchased in 1985 (Purchase Price $20,000.00)** <br> **Value Per Cook County Assessor** <br> **PIN#: 25-33-328-096-0000** | | | | 53,548.00 |

Sheet no. __14__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

127,189.89

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory L Lewandowski,**                  Case No. _____
      **Kathleen A Stenson**
                                           ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxx6587**<br><br>**MB Financial Bank**<br>**6111 N River Road**<br>**Rosemont, IL 60018** | | J | | | Opened 5/31/94 Last Active 3/21/11<br>**Deficiency Judgement** | | | | 10,541.00 |
| Account No. **xx3011**<br><br>**MB Financial Bank***<br>**6111 N River Road**<br>**Rosemont, IL 60018** | | J | | | Opened 12/07/07 Last Active 8/16/10<br>**448 W 137th Place**<br>**Riverdale, Illinois 60827**<br>**Vacant Land/Demolished**<br>**Purchased in 1995 (Purchase Price $29,010.00)**<br>**PIN#: 25-33-314-079-0000** | | | | 58,204.00 |
| Account No. **xx3017**<br><br>**MB Financiall Bank***<br>**6111 N River Road**<br>**Rosemont, IL 60018** | | J | | | Opened 12/07/07 Last Active 8/16/10<br>**13707 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1990 (Purchase Price $21,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-328-035-0000** | | | | 58,204.00 |
| Account No. **xx3006**<br><br>**MB Financiall Bank***<br>**6111 N River Road**<br>**Rosemont, IL 60018** | | J | | | Opened 12/07/07 Last Active 8/16/10<br>**446 W 136th Street**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1990 (Purchase Price $24,700.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-311-108-0000** | | | | 55,876.00 |
| Account No. **xx3012**<br><br>**MB Financiall Bank***<br>**6111 N River Road**<br>**Rosemont, IL 60018** | | J | | | Opened 12/07/07 Last Active 8/16/10<br>**525 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1990 (Purchase Price $28,500.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-330-014-0000** | | | | 55,876.00 |

Sheet no. __15__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal
                              (Total of this page)       **238,701.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory L Lewandowski,**
**Kathleen A Stenson**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx3016**<br><br>**MB Financiall Bank***<br>**6111 N River Road**<br>**Rosemont, IL 60018** | | | J | Opened 12/07/07  Last Active  8/16/10<br>13652 S Wallace Avenue<br>Riverdale, Illinois 60827<br>Single Family Dwelling<br>Purchased in 1990 (Purchase Price $24,000.00)<br>Value Per County Assessors Office<br>PIN#: 25-33-311-068-0000 | | | | 55,876.00 |
| Account No. **xx3010**<br><br>**MB Financiall Bank***<br>**6111 N River Road**<br>**Rosemont, IL 60018** | | | J | Opened 12/07/07  Last Active  8/18/10<br>13730 S Parnell Avenue<br>Riverdale, Illinois 60827<br>Single Family Dwelling<br>Purchased in 1990 (Purchase Price $25,900.00)<br>Value Per County Assessors Office<br>PIN#: 25-33-328-111-0000 | | | | 53,548.00 |
| Account No. **xx3306**<br><br>**MB Financiall Bank***<br>**6111 N River Road**<br>**Rosemont, IL 60018** | | | J | Opened  1/14/08  Last Active  8/16/10<br>457 W 137th Place<br>Riverdale, Illinois 60827<br>Single Family Dwelling<br>Purchased in 1995 (Purchase Price $32,000.00)<br>Value Per County Assessors Office<br>PIN#: 25-33-329-059-0000 | | | | 53,528.00 |
| Account No. **xxx1673**<br><br>**MB Financiall Bank***<br>**6111 N River Road**<br>**Rosemont, IL 60018** | | | J | Opened  3/24/05  Last Active  8/16/10<br>508 W. Pacesetter Parkway<br>Riverdale, Illinois 60827<br>Single Family Dwelling<br>Purchased in 1986 (Purchase Price $25,500.00)<br>Value Per Cook County Assessor<br>PIN#: 25-33-329-074-0000 | | | | 45,423.00 |
| Account No. **xx3511**<br><br>**MB Financiall Bank***<br>**6111 N River Road**<br>**Rosemont, IL 60018** | | | J | Opened  7/28/05  Last Active  8/16/10<br>13662 S Parnell Avenue<br>Riverdale, Illinois 60827<br>Single Family Dwelling<br>Purchased in 1988 (Purchase Price $22,151.00)<br>Value Per Cook County Assessor<br>PIN#: 25-33-328-098-0000 | | | | 44,026.00 |

Sheet no. _**16**_ of _**28**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

252,401.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gregory L Lewandowski,**                                              Case No. _____
     **Kathleen A Stenson**
_____,
                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx3503**<br><br>**MB Financiall Bank\***<br>**6111 N River Road**<br>**Rosemont, IL 60018** | | J | **Opened  7/28/05  Last Active  8/16/10**<br>**13701 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1993 (Purchase Price $45,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-328-037-0000** | | | | 43,346.00 |
| Account No. **xx3512**<br><br>**MB Financiall Bank\***<br>**6111 N River Road**<br>**Rosemont, IL 60018** | | J | **Opened  7/28/05  Last Active  8/16/10**<br>**13727 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1987 (Purchase Price $28,000.00)**<br>**Value Per Cook County Assessor**<br>**PIN#: 25-33-328-028-0000** | | | | 43,332.00 |
| Account No. **xx3502**<br><br>**MB Financiall Bank\***<br>**6111 N River Road**<br>**Rosemont, IL 60018** | | J | **Opened  7/28/05  Last Active  8/16/10**<br>**13759 S Eggleston Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $22,910.00)**<br>**Value Per Cook County Assessor**<br>**PIN#: 25-33-331-024-0000** | | | | 42,634.00 |
| Account No. **xxx2833**<br><br>**MB Financiall Bank\***<br>**6111 N River Road**<br>**Rosemont, IL 60018** | | J | **Opened  7/07/05  Last Active  8/19/10**<br>**510 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1995 (Purchase Price $37,234.00)**<br>**Value Per Cook County Assessor**<br>**PIN#: 25-33-329-073-0000** | | | | 41,099.00 |
| Account No. **xxx2830**<br><br>**MB Financiall Bank\***<br>**6111 N River Road**<br>**Rosemont, IL 60018** | | J | **Opened  7/07/05  Last Active  8/16/10**<br>**13607 S Eggleston Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1993 (Purchase Price $45,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-314-047-0000** | | | | 39,141.00 |

Sheet no. __**17**__ of __**28**__ sheets attached to Schedule of                   Subtotal
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)         **209,552.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory L Lewandowski,**
    **Kathleen A Stenson**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx3508**<br><br>**MB Financiall Bank\***<br>**6111 N River Road**<br>**Rosemont, IL 60018** | | J | **Opened 7/28/05 Last Active 8/18/10**<br>**519 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1994 (Purchase Price $40,500.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-330-016-0000** | | | | 39,139.00 |
| Account No. **xx3507**<br><br>**MB Financiall Bank\***<br>**6111 N River Road**<br>**Rosemont, IL 60018** | | J | **Opened 7/28/05 Last Active 8/16/10**<br>**535 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $23,570.00)**<br>**Value Per Cook County Assessor**<br>**PIN#: 25-33-330-011-0000** | | | | 36,343.00 |
| Account No. **xxxxx9524**<br><br>**MB Financiall Bank\***<br>**6111 N River Road**<br>**Rosemont, IL 60018** | | J | **Opened 5/30/95 Last Active 8/18/10**<br>**13719 S Eggleston Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1990 (Purchase Price $32,778.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-331-010-0000** | | | | 27,571.00 |
| Account No. **xxxxx2425**<br><br>**MB Financiall Bank\***<br>**6111 N River Road**<br>**Rosemont, IL 60018** | | J | **Opened 4/29/96 Last Active 8/16/10**<br>**13719 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1991 (Purchase Price $34,016.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-328-031-0000** | | | | 27,298.00 |
| Account No. **xxxxx9490**<br><br>**MB Financiall Bank\***<br>**6111 N River Road**<br>**Rosemont, IL 60018** | | J | **Opened 5/30/95 Last Active 8/16/10**<br>**13737 S Eggleston Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1990 (Purchase Price $27,825.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-331-015-0000** | | | | 27,415.00 |

Sheet no. __18__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

157,766.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory L Lewandowski,**
**Kathleen A Stenson**
_____,
Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx2417**<br><br>**MB Financiall Bank***<br>**6111 N River Road**<br>**Rosemont, IL 60018** | | J | Opened 4/29/96 Last Active 8/17/10<br>**506 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1990 (Purchase Price $25,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-329-075-0000** | | | | 26,345.00 |
| Account No. **xxxxx9565**<br><br>**MB Financiall Bank***<br>**6111 N River Road**<br>**Rosemont, IL 60018** | | J | Opened 5/30/95 Last Active 8/16/10<br>**518 W 136th Place**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $32,805.00)**<br>**Value Per Cook County Assessor**<br>**PIN#: 25-33-328-088-0000** | | | | 26,207.00 |
| Account No. **xxxxx9508**<br><br>**MB Financiall Bank***<br>**6111 N River Road**<br>**Rosemont, IL 60018** | | J | Opened 5/30/95 Last Active 8/16/10<br>**501 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $25,500.00)**<br>**Value Per Cook County Assessor**<br>**PIN#: 25-33-330-022-0000** | | | | 25,933.00 |
| Account No. **xxxxx2433**<br><br>**MB Financiall Bank***<br>**6111 N River Road**<br>**Rosemont, IL 60018** | | J | Opened 4/29/96 Last Active 8/16/10<br>**544 W 136th Street**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1991 (Purchase Price $22,500.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-311-086-0000** | | | | 25,266.00 |
| Account No. **xxxxx9474**<br><br>**MB Financiall Bank***<br>**6111 N River Road**<br>**Rosemont, IL 60018** | | J | Opened 5/30/95 Last Active 8/16/10<br>**527 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $24,400.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-330-013-0000** | | | | 25,114.00 |

Sheet no. __19__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

128,865.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory L Lewandowski,**
       **Kathleen A Stenson**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxx1665**<br><br>**MB Financiall Bank***<br>**6111 N River Road**<br>**Rosemont, IL 60018** | | J | | Opened 11/29/06  Last Active  8/16/10<br>13664 S Normal Avenue<br>Riverdale, Illinois 60827<br>Fire Damage/Complete Loss<br>Purchased in 1997 (Purchase Price $30,000.00)<br>PIN#: 25-33-329-043-0000 | | | | 24,695.00 |
| Account No. **xxxxx8567**<br><br>**MB Financiall Bank***<br>**6111 N River Road**<br>**Rosemont, IL 60018** | | J | | Opened  1/27/95  Last Active  8/16/10<br>13660 S Normal Avenue<br>Riverdale, Illinois 60827<br>Single Family Dwelling<br>Purchased in 1994 (Purchase Price $24,000.00)<br>Value Per County Assessors Office<br>PIN#: 25-33-329-045-0000 | | | | 19,445.00 |
| Account No. **xxxxx7726**<br><br>**MB Financiall Bank***<br>**6111 N River Road**<br>**Rosemont, IL 60018** | | J | | Opened  9/30/94  Last Active  8/16/10<br>461 W Pacesetter Parkway<br>Riverdale, Illinois 60827<br>Single Family Dwelling<br>Purchased in 1994 (Purchase Price $23,000.00)<br>Value Per County Assessors Office<br>PIN#: 25-33-330-025-0000 | | | | 16,485.00 |
| Account No. **xxxxx6215**<br><br>**MB Financiall Bank***<br>**6111 N River Road**<br>**Rosemont, IL 60018** | | J | | Opened  3/29/94  Last Active  8/16/10<br>13638 S Parnell Avenue<br>Riverdale, Illinois 60827<br>Single Family Dwelling<br>Purchased in 1989 (Purchase Price $23,000.00)<br>Value Per Cook County Assessor<br>PIN#: 25-33-328-097-0000 | | | | 15,991.00 |
| Account No. **xxxxx5480**<br><br>**MB Financiall Bank***<br>**6111 N River Road**<br>**Rosemont, IL 60018** | | J | | Opened 12/29/93  Last Active  8/16/10<br>13730 S Normal Avenue<br>Riverdale, Illinois 60827<br>Single Family Dwelling<br>Purchased in 1988 (Purchase Price $23,000.00)<br>Value Per Cook County Assessor<br>PIN#: 25-33-329-056-0000 | | | | 13,475.00 |

Sheet no. __20__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

90,091.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory L Lewandowski,**
     **Kathleen A Stenson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx6579**<br><br>**MB Financiall Bank***<br>**6111 N River Road**<br>**Rosemont, IL 60018** | | J | Opened 5/31/94 Last Active 8/16/10<br>**13732 S Parnell Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1994 (Purchase Price $29,500.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-328-110-0000** | | | | 12,933.00 |
| Account No. **xxxxx6710**<br><br>**MB Financiall Bank***<br>**6111 N River Road**<br>**Rosemont, IL 60018** | | J | Opened 5/31/94 Last Active 8/16/10<br>**445 W 137th Place**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1994 (Purchase Price $20,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-329-063-0000** | | | | 12,042.00 |
| Account No. **xxxxx4830**<br><br>**MB Financiall Bank***<br>**6111 N River Road**<br>**Rosemont, IL 60018** | | J | Opened 10/28/93 Last Active 8/16/10<br>**13717 S Eggleston Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $32,000.00)**<br>**Value Per Cook County Assessor**<br>**PIN#: 25-33-331-009-0000** | | | | 10,823.00 |
| Account No.<br><br>**MB Financiall Bank***<br>**6111 N River Road**<br>**Rosemont, IL 60018** | | J | **13650 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1990 (Purchase Price $24,800.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-311-069-0000** | | | | 53,542.43 |
| Account No.<br><br>**MB Financiall Bank***<br>**6111 N River Road**<br>**Rosemont, IL 60018** | | J | **517 W 136th Place**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $25,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-329-036-0000** | | | | 26,048.60 |

Sheet no. __21__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

115,389.03

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory L Lewandowski,**
　　**Kathleen A Stenson**
_____,
Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**MB Financiall Bank\*** <br>**6111 N River Road** <br>**Rosemont, IL 60018** | | J | **13720 S Parnell Avenue** <br>**Riverdale, Illinois 60827** <br>**Single Family Dwelling** <br>**Purchased in 1989 (Purchase Price $27,000.00)** <br>**Value Per Cook County Assessor** <br>**PIN#: 25-33-328-106-0000** | | | | **10,541.00** |
| Account No. <br><br>**Montana Welch LLC** <br>**11952 S Harlem Avenue** <br>**Suite 200** <br>**Palos Heights, IL 60463** | | J | **Notice Only** <br>**2014 M6 002735** <br>**2014 M6 002736** <br>**2014 M6 002737** <br>**2014 M6 002738** <br>**2014 M6 002739** <br>**2014 M6 002740** <br>**2014 M6 002742** <br>**2014 M6 002743** | | | | **0.00** |
| Account No. <br><br>**Noonan & Lieberman, LTD** <br>**105 W. Adams, Suite 1800** <br>**Chicago, IL 60603** | | J | **Notice Only** <br>**2011 CH 01224** | | | | **0.00** |
| Account No. <br><br>**Peterman J Legal Group LTD** <br>**165 Bishops Way** <br>**Brookfield, WI 53005** | | J | **Notice Only** <br>**2015 CH 06500** | | | | **0.00** |
| Account No. <br><br>**Pierce & Associates** <br>**1 North Dearborn** <br>**Ste 1300** <br>**Chicago, IL 60602** | | J | **Notice Only** <br>**2012 CH 12441** <br>**2010 CH 55040** | | | | **0.00** |

Sheet no. __22__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,541.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory L Lewandowski,**
**Kathleen A Stenson**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Credit Card | | | | |
| **PNC Bank N.A** * **1 Financial Parkway Kalamazoo, MI 49009** | | J | | | | | 7,689.69 |
| Account No. | | | 511 W 136th Street Riverdale, Illinois 60827 Single Family Dwelling Purchased in 1988 (Purchase Price $28,000.00) Value Per County Assessors Office PIN#: 25-33-328-063-0000 | | | | |
| **PNC Mortgage 3232 Newmark Dr., Bldg. 8 Miamisburg, OH 45342** | | J | | | | | 48,000.00 |
| Account No. | | | Estimated Deficiency From Foreclosure Sale of Real Property Located At: 465 W Pacesetter Parkway Riverdale, Illinois 60827 PIN#: 25-33-330-023-0000 | | | | |
| **PNC Mortgage 3232 Newmark Dr., Bldg. 8 Miamisburg, OH 45342** | | J | | | | | 48,000.00 |
| Account No. | | | Estimated Deficiency From Foreclosure Sale of Real Property Located At: 509 W Pacesetter Parkway Riverdale, Illinois 60827 PIN#: 25-33-330-020-0000 | | | | |
| **PNC Mortgage 3232 Newmark Dr., Bldg. 8 Miamisburg, OH 45342** | | J | | | | | 47,753.36 |
| Account No. | | | 13648 S Wallace Avenue Riverdale, Illinois 60827 Single Family Dwelling Purchased in 1991 (Purchase Price $20,000.00) Value Per County Assessors Office PIN#: 25-33-311-070-0000 | | | | |
| **PNC Mortgage 3232 Newmark Dr., Bldg. 8 Miamisburg, OH 45342** | | J | | | | | 48,000.00 |

Sheet no. __23__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

199,443.05

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory L Lewandowski,**            Case No. _____
      **Kathleen A Stenson**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**PNC Mortgage** <br>**3232 Newmark Dr., Bldg. 8** <br>**Miamisburg, OH 45342** | | J | **Estimated Deficiency From Foreclosure Sale of Real Property Located At:** <br>**523 W Pacesetter Parkway** <br>**Riverdale, Illinois 60827** <br>**PIN#: 25-33-330-015-0000** | | | | 48,000.00 |
| Account No. <br><br>**Sams Club** <br>**Attn. Bankruptcy** <br>**PO Box 105968** <br>**Atlanta, GA 30353** | | H | **Credit Card** | | | | 700.00 |
| Account No. xxxx6023 <br><br>**Seterus** <br>**8501 IBM Drive, Building 201** <br>**Charlotte, NC 28262** | | J | **Opened  9/01/92** <br>**Deficiency Judgement** | | | | 38,171.00 |
| Account No. <br><br>**Shapiro Kreisman Associates** <br>**2121 Waukegan #301** <br>**Deerfield, IL 60015** | | J | **Notice Only** <br>**2013 CH 11010** <br>**2012 CH 41506** <br>**2011 CH 14659** <br>**2011 CH 10580** <br>**2011 CH 06461** | | | | 0.00 |
| Account No. xxxx0334 <br><br>**Southwest Credit System** <br>**4120 International Parkway Suite 1100** <br>**Carrollton, TX 75007** | | H | **Opened  2/01/15** <br>**Collection Agency** <br>**At T Uverse** | | | | 1,185.00 |

Sheet no. __24__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       88,056.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory L Lewandowski,**
     **Kathleen A Stenson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **At & T Mobility** <br> **P.O. Box 6416** <br> **Carol Stream, IL 60197** | | | Additional Notice Sent To: <br> **Southwest Credit System** | | | | **Notice Only** |
| Account No. <br><br> **Sunrise Credit Services** <br> **PO Box 9100** <br> **Farmingdale, NY 11735** | | J | Collection Agency <br> **ATT Uverse** | | | | **68.50** |
| Account No. <br><br> **AT& UVerse** <br> **PO Box 6416** <br> **Carol Stream, IL 60197** | | | Additional Notice Sent To: <br> **Sunrise Credit Services** | | | | **Notice Only** |
| Account No. <br><br> **Synchrony Bank** <br> **PO Box 530916** <br> **Atlanta, GA 30353** | | H | Charge Account <br> **Lens Crafters** | | | | **964.89** |
| Account No. <br><br> **Taft Stetitinius Hollister** <br> **111 E Wacker Drive** <br> **2800** <br> **Chicago, IL 60601** | | J | Notice Only <br> **2011 CH 01224** | | | | **0.00** |

Sheet no. __25__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,033.39**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory L Lewandowski,**
      **Kathleen A Stenson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Notice Only | | | | |
| **Trans Union LLC** **P.O. Box 2000** **Chester, PA 19016-2000** | | J | | | | | | 0.00 |
| Account No. | | | | Bank Fees | | | | |
| **US Bank, N.A.** **Bankruptcy/Recovery Department** **P.O. Box 5229** **Cincinnati, OH 45201** | | J | | | | | | 500.00 |
| Account No. | | | | | | | | |
| **Village of Hazel Crest** **3000 W. 170th Place** **Hazel Crest, IL 60429** | | J | | | | | | 1,100.00 |
| Account No. | | | | | | | | |
| **Village of Olympia Fields** **20040 Governer's HIghway** **Olympia Fields, IL 60461** | | J | | | | | | 233.00 |
| Account No. | | | | | | | | |
| **Village of Park Forest** **350 Victory Drive** **Park Forest, IL 60466** | | J | | | | | | 100.00 |

Sheet no. __26__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,933.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory L Lewandowski,**  Case No. _____
       **Kathleen A Stenson**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Numerous Fees** | | | | |
| **Village of Riverdale**<br>**157 W 144th Street**<br>**Riverdale, IL 60827** | | J | | | | | 300,000.00 |
| Account No. xxxxxxxx5778 | | | Opened  6/01/93  Last Active  8/16/10 | | | | |
| **Wells Fargo Home Mortgage**<br>**8480 Stagecoach Circle**<br>**Frederick, MD 21701** | | J | **509 W 136th Place**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1993 (Purchase Price $38,900.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-329-039-0000** | | | | 25,011.00 |
| Account No. xxxxxxxx5903 | | | Opened 10/18/92  Last Active  8/16/10 | | | | |
| **Wells Fargo Home Mortgage**<br>**8480 Stagecoach Circle**<br>**Frederick, MD 21701** | | J | **13615 S Eggleston Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1992 (Purchase Price $34,700.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-314-051-0000** | | | | 21,558.00 |
| Account No. | | | **13605 S Eggleston Avenue** | | | | |
| **Wells Fargo Home Mortgage**<br>**8480 Stagecoach Circle**<br>**Frederick, MD 21701** | | J | **Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1991 (Purchase Price $33,502.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-314-046-0000** | | | | 21,084.77 |
| Account No. | | | **547 W Pacesetter Parkway** | | | | |
| **Wells Fargo Home Mortgage**<br>**8480 Stagecoach Circle**<br>**Frederick, MD 21701** | | J | **Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $37,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-330-006-0000** | | | | 19,725.61 |

Sheet no. __27__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      387,379.38

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gregory L Lewandowski,**
        **Kathleen A Stenson**                                      Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only 2011 CH 20827 | | | | |
| **Wirbicki Law 33 W. Monroe #1140 Chicago, IL 60603** | | J | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Notice Only 2014 M6 000759 | | | | |
| **Zwicker & Associates P.C. 7366 N. Lincoln Ave. Suite 404 Lincolnwood, IL 60712** | | J | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __28__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 0.00 |
| Total (Report on Summary of Schedules) | | 3,151,388.39 |

B6G (Official Form 6G) (12/07)

.

In re    **Gregory L Lewandowski,**                                          Case No. _____
         **Kathleen A Stenson**
                                                                          ,
                                        Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Alexander Parnell**<br>**507 W Pacesetter**<br>**Riverdale, IL 60827** | **Residential Lease Agreement**<br>**Month to Month**<br>**$900.00/Monthly**<br>**Uncollectable** |
| **Anderson Wiley**<br>**502 W 136th Street**<br>**Riverdale, IL 60827** | **Residential Lease Agreement**<br>**Month to Month**<br>**$900.00/Monthly** |
| **Bowman Geroulis**<br>**545 W Pacesetter**<br>**Riverdale, IL 60827** | **Residential Lease Agreement**<br>**Month to Month**<br>**$850.00/Monthly** |
| **Cunningham Stigler**<br>**13755 S Eggleston**<br>**Riverdale, IL 60827** | **Residential Lease Agreement**<br>**Month to Month**<br>**$850.00/Monthly**<br>**Uncollectable** |
| **Davis Morrow**<br>**517 W Pacesetter**<br>**Riverdale, IL 60827** | **Residential Lease Agreement**<br>**Month to Month**<br>**$850.00/Monthly** |
| **John Bergin**<br>**446 W 136th Street**<br>**Riverdale, IL 60827** | **Residential Lease Agreement**<br>**Month to Month**<br>**$950.00/Monthly**<br>**Uncollectable** |
| **Lisa Lenoir**<br>**1701 W 168th Street**<br>**Riverdale, IL 60827** | **Residential Lease Agreement**<br>**Month to Month**<br>**$1,200.00/Monthly**<br>**Uncollectable** |
| **M Brackett**<br>**13660 S Normal**<br>**Riverdale, IL 60827** | **Residential Lease Agreement**<br>**Month to Month**<br>**$950.00/Monthly** |
| **M Evans**<br>**509 W 136th Place**<br>**Riverdale, IL 60827** | **Residential Lease Agreement**<br>**Month to Month**<br>**$950.00/Monthly**<br>**Uncollectable** |
| **M Haley**<br>**445 W 136th Street**<br>**Riverdale, IL 60827** | **Residential Lease Agreement**<br>**Month to Month**<br>**$950.00/Monthly**<br>**Uncollectable** |

1

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **Gregory L Lewandowski,**          Case No. _____
      **Kathleen A Stenson**

_____ ,
                 Debtors

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **M Howard**<br>**526 W 136th Street**<br>**Riverdale, IL 60827** | **Residential Lease Agreement**<br>**Month to Month**<br>**$900.00/Monthly**<br>**Uncollectable** |
| **M Jones**<br>**443 W Pacesetter**<br>**Riverdale, IL 60827** | **Residential Lease Agreement**<br>**Month to Month**<br>**$850.00/Monthly** |
| **M Nikiborc**<br>**13641 S Eggleston**<br>**Riverdale, IL 60827** | **Residential Lease Agreement**<br>**Month to Month**<br>**$950.00/Monthly**<br>**Uncollectable** |
| **M Sutton**<br>**521 W 136th Street**<br>**Riverdale, IL 60827** | **Residential Lease Agreement**<br>**Month to Month**<br>**$800.00/Monthly** |
| **M Thompson**<br>**535 W Pacesetter**<br>**Riverdale, IL 60827** | **Residential Lease Agreement**<br>**Month to Month**<br>**$950.00/Monthly**<br>**Uncollectable** |
| **M Trevillion**<br>**13615 S Eggleston**<br>**Riverdale, IL 60827** | **Residential Lease Agreement**<br>**Month to Month**<br>**$1,100.00/Monthly** |
| **M Walker**<br>**13642 S Wallace**<br>**Riverdale, IL 60827** | **Residential Lease Agreement**<br>**Month to Month**<br>**$400.00/Monthly** |
| **McNeil Allen**<br>**534 W 136th Street**<br>**Riverdale, IL 60827** | **Residential Lease Agreement**<br>**Month to Month**<br>**$950.00/Monthly**<br>**Uncollectable** |
| **Orr Ford**<br>**525 W 136th Street**<br>**Riverdale, IL 60827** | **Residential Lease Agreement**<br>**Month to Month**<br>**$85.00/Monthly** |
| **Overs Gay**<br>**13662 S Parnell**<br>**Riverdale, IL 60827** | **Residential Lease Agreement**<br>**Month to Month**<br>**$1,000.00/Monthly** |
| **Turner Hallom**<br>**547 W Pacesetter**<br>**Riverdale, IL 60827** | **Residential Lease Agreement**<br>**Month to Month**<br>**$850.00/Monthly** |
| **Watts Horn**<br>**13700 S Eggleston**<br>**Riverdale, IL 60827** | **Residential Lease Agreement**<br>**Month to Month**<br>**$950.00/Monthly**<br>**Uncollectable** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Gregory L Lewandowski,**                                        Case No. _____
         **Kathleen A Stenson**
_____,
                                    Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gregory L Lewandowski** |
| Debtor 2 (Spouse, if filing) | **Kathleen A Stenson** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form B 6I

## Schedule I: Your Income                                                      12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

**1.  Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed  ■ Not employed | ☐ Employed  ■ Not employed |
| Occupation | **Unemployed** | **Unemployed** |
| Employer's name | | |
| Employer's address | | |
| How long employed there? | | |

| Part 2: | Give Details About Monthly Income |
|---|---|

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2.  $          0.00 | $          0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3.  +$          0.00 | +$          0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4.  $          0.00 | $          0.00 |

Debtor 1    **Gregory L Lewandowski**
Debtor 2    **Kathleen A Stenson**                                          Case number (*if known*) _____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | | $ 0.00 |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 | + | $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 0.00    $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 0.00    $ 0.00

8. **List all other income regularly received:**

| | | | For Debtor 1 | | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 11,150.00 | | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | | $ 1,236.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | | $ 0.00 |
| 8h. | **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 | + | $ 0.00 |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 11,150.00    $ 1,236.00

10. **Calculate monthly income.** Add line 7 + line 9.    10.    $ 11,150.00 + $ 1,236.00 = $ 12,386.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____    11.   +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12.    $ 12,386.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐   No.
■   Yes. Explain:    **Debtors' Expect a Decrease in Rental Income as Many Tenants are Movie Out.**
**The Also Expect a Decrease Once the Foreclosure Sales Take Place on Certain Properties.**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Gregory L Lewandowski** |
| Debtor 2 (Spouse, if filing) | **Kathleen A Stenson** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
## Schedule J: Your Expenses                                            12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

       ■ No

       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**   ■ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ Yes.  Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | **Your expenses** |
|---|---|---|

| | | | |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | 2,462.87 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 125.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

| Debtor 1 | **Gregory L Lewandowski** | | | |
|---|---|---|---|---|
| Debtor 2 | **Kathleen A Stenson** | | Case number (if known) | |

| 6. | **Utilities:** | | | |
|---|---|---|---|---|
| | 6a. | Electricity, heat, natural gas | 6a. $ | **200.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **200.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **320.00** |
| | 6d. | Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **575.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **50.00** |
| 10. | **Personal care products and services** | | 10. $ | **50.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **120.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | **350.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **0.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **105.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **0.00** |
| | 15b. | Health insurance | 15b. $ | **150.00** |
| | 15c. | Vehicle insurance | 15c. $ | **125.00** |
| | 15d. | Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **0.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. | Other. Specify: | 17c. $ | **0.00** |
| | 17d. | Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | **61,925.75** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: | | 21. +$ | **0.00** |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | | 22. $ | **66,758.62** |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **12,386.00** |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | **66,758.62** |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | **-54,372.62** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.
Explain:

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re      **Gregory L Lewandowski**
           **Kathleen A Stenson**
_____
                                    Debtor(s)

Case No. _____

Chapter      **7**_____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**90**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **August  4, 2015**_____

Signature   **/s/ Gregory L Lewandowski**_____
            **Gregory L Lewandowski**
            Debtor

Date   **August  4, 2015**_____

Signature   **/s/ Kathleen A Stenson**_____
            **Kathleen A Stenson**
            Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Gregory L Lewandowski**
**Kathleen A Stenson**

Debtor(s)

Case No.

Chapter   **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$66,900.00** | **2015 Gross Rental Income (Joint)** **Per Lease Agreements** |
| **$7,416.00** | **2015 Social Security Benefits (Debtor)** **Per Affidavit** |
| **$63,570.00** | **2014 Capital Gain (Joint)** **Per Tax Return** |
| **$21,706.00** | **2014 Social Security Benefits (Debtor)** **Per Tax Return** |
| **$10,000.00** | **2013 Gross Income (Joint)** **Per Tax Return** |
| **$28,724.00** | **2013 Capital Gain (Joint)** **Per Tax Return** |

B7 (Official Form 7) (04/13)

2

| AMOUNT | SOURCE |
|---|---|
| **$18,561.00** | **2013 Other Gains (Joint)** |
| | **Per Tax Return** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

---

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Secretary of Veterans Affairs** **v** **Lewandowski, Gregory et.al.** **2015 CH 06500** | **Foreclosure** | **Cook County Circuit Court** **Richard J. Daley Center** **50 W. Washington, Room 702** **Chicago, IL 60602** | **Pending** |

---

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)                                                                                                    3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Bank of America** **v** **Lewandowski, Gregory et.al.** **2013 CH 21307** | **Foreclosure** | **Cook County Circuit Court** **Richard J. Daley Center** **50 W. Washington, Room 702** **Chicago, IL 60602** | **Judgment** |
| **Bank of America** **v.** **Lewandowski, Gregory et.al.** **2013 CH 20696** | **Foreclosure** | **Cook County Circuit Court** **Richard J. Daley Center** **50 W. Washington, Room 702** **Chicago, IL 60602** | **Judgment** |
| **JP Morgan Chase** **v** **Lewandowski, Gregory et.al.** **2013 CH 11010** | **Foreclosure** | **Cook County Circuit Court** **Richard J. Daley Center** **50 W. Washington, Room 702** **Chicago, IL 60602** | **Judgment** |
| **RBS Citizens** **v** **Lewandowski, Gregory et.al.** **2012 CH 41506** | **Foreclosure** | **Cook County Circuit Court** **Richard J. Daley Center** **50 W. Washington, Room 702** **Chicago, IL 60602** | **Judgment** |
| **United States of America** **v.** **Lewandowski, Gregory et.al.** **2012 CH 12439** | **Foreclosure** | **Cook County Circuit Court** **Richard J. Daley Center** **50 W. Washington, Room 702** **Chicago, IL 60602** | **Dismissed** |
| **Deutsche Bank National Trust** **v.** **Lewandowski, Gregory et.al.** **2012 CH 12441** | **Foreclosure** | **Cook County Circuit Court** **Richard J. Daley Center** **50 W. Washington, Room 702** **Chicago, IL 60602** | **Dismissed** |
| **Bank of New York Mellon** **v.** **Lewandowski, Gregory et.al.** **2011 CH 20827** | **Foreclosure** | **Cook County Circuit Court** **Richard J. Daley Center** **50 W. Washington, Room 702** **Chicago, IL 60602** | **Dismissed** |
| **JP Morgan Chase Bank** **v.** **Lewandowski, Gregory et.al.** **2011 CH 14659** | **Foreclosure** | **Cook County Circuit Court** **Richard J. Daley Center** **50 W. Washington, Room 702** **Chicago, IL 60602** | **Judgment** |
| **JP Morgan Chase** **v.** **Lewandowski, Gregory et.al.** **2011 CH 10580** | **Foreclosure** | **Cook County Circuit Court** **Richard J. Daley Center** **50 W. Washington, Room 702** **Chicago, IL 60602** | **Judgment** |
| **JP Morgan Chase Bank** **v.** **Lewandowski, Gregory et.al.** **2011 CH 06461** | **Foreclosure** | **Cook County Circuit Court** **Richard J. Daley Center** **50 W. Washington, Room 702** **Chicago, IL 60602** | **Judgment** |
| **MB Financial Bank** **v.** **Lewandowski, Gregory et.al.** **2011 CH 01918** | **Foreclosure** | **Cook County Circuit Court** **Richard J. Daley Center** **50 W. Washington, Room 702** **Chicago, IL 60602** | **Dismissed** |
| **MB Financial** **v.** **Lewandowski, Gregory et.al.** **2011 CH 01921** | **Foreclosure** | **Cook County Circuit Court** **Richard J. Daley Center** **50 W. Washington, Room 702** **Chicago, IL 60602** | **Dismissed** |
| **MB Financial Bank** **v.** **Lewandowski, Gregory et.al.** **2011 CH 01224** | **Foreclosure** | **Cook County Circuit Court** **Richard J. Daley Center** **50 W. Washington, Room 702** **Chicago, IL 60602** | **Judgment** |

B7 (Official Form 7) (04/13)                                                                                                          4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Citi Bank**<br>**v.**<br>**Lewandowski, Gregory et.al.**<br>**2010 CH 55040** | **Foreclosure** | **Cook County Circuit Court**<br>**Richard J. Daley Center**<br>**50 W. Washington, Room 702**<br>**Chicago, IL 60602** | **Dismissed** |
| **Kathleen Stenson et.al.**<br>**v.**<br>**Larry Blanchard et.al.**<br>**2015 M1 708560** | **Contract** | **Cook County Circuit Court**<br>**Richard J. Daley Center**<br>**50 W. Washington, Room 702**<br>**Chicago, IL 60602** | **Dismissed** |
| **Kathleen Stenson et.al.**<br>**v.**<br>**Brenda Galloway**<br>**2015 M1 702852** | **Contract** | **Cook County Circuit Court**<br>**Richard J. Daley Center**<br>**50 W. Washington, Room 702**<br>**Chicago, IL 60602** | **Judgment** |
| **Kathleen Stenson et.al.**<br>**v.**<br>**Amanda Alexander et.al.**<br>**2015 M1 702854** | **Contract** | **Cook County Circuit Court**<br>**Richard J. Daley Center**<br>**50 W. Washington, Room 702**<br>**Chicago, IL 60602** | **Judgment** |
| **Kathleen Stenson et.al.**<br>**v.**<br>**Cynthia Cunningham**<br>**2015 M1 702853** | **Contract** | **Cook County Circuit Court**<br>**Richard J. Daley Center**<br>**50 W. Washington, Room 702**<br>**Chicago, IL 60602** | **Judgment** |
| **Kathleen Stenson et.al.**<br>**v.**<br>**George Pealeane et.al.**<br>**2014 M1 728696** | **Contract** | **Cook County Circuit Court**<br>**Richard J. Daley Center**<br>**50 W. Washington, Room 702**<br>**Chicago, IL 60602** | **Judgment** |
| **Kathleen Stenson et.al.**<br>**v.**<br>**Dominique Jennings**<br>**2014 M1 728697** | **Contract** | **Cook County Circuit Court**<br>**Richard J. Daley Center**<br>**50 W. Washington, Room 702**<br>**Chicago, IL 60602** | **Judgment** |
| **Kathleen Stenson et.al.**<br>**v.**<br>**Remon Ridgner**<br>**2014 M1 728693** | **Contract** | **Cook County Circuit Court**<br>**Richard J. Daley Center**<br>**50 W. Washington, Room 702**<br>**Chicago, IL 60602** | **Judgment** |
| **Kathleen Stenson et.al.**<br>**v.**<br>**Guiliano Bell et.al.**<br>**2014 M1 728692** | **Contract** | **Cook County Circuit Court**<br>**Richard J. Daley Center**<br>**50 W. Washington, Room 702**<br>**Chicago, IL 60602** | **Judgment** |
| **Kathleen Stenson et.al.**<br>**v.**<br>**Anthony Hardy et.al.**<br>**2014 M1 715418** | **Contract** | **Cook County Circuit Court**<br>**Richard J. Daley Center**<br>**50 W. Washington, Room 702**<br>**Chicago, IL 60602** | **Judgment** |
| **Kathleen Stenson et.al.**<br>**v.**<br>**Lamar Harper et.al.**<br>**2014 M1 711954** | **Contract** | **Cook County Circuit Court**<br>**Richard J. Daley Center**<br>**50 W. Washington, Room 702**<br>**Chicago, IL 60602** | **Judgment** |
| **Kathleen Stenson et.al.**<br>**v.**<br>**Xaiver Tate et.al.**<br>**2014 M1 703385** | **Contract** | **Cook County Circuit Court**<br>**Richard J. Daley Center**<br>**50 W. Washington, Room 702**<br>**Chicago, IL 60602** | **Judgment** |
| **Kathleen Stenson et.al.**<br>**v.**<br>**Michelle Walker**<br>**2014 M1 703383** | **Contract** | **Cook County Circuit Court**<br>**Richard J. Daley Center**<br>**50 W. Washington, Room 702**<br>**Chicago, IL 60602** | **Judgment** |

B7 (Official Form 7) (04/13)                                                                                                      5

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Village of Riverdale v. Stenson Kathleen et.al. 2014 M6 002735** | **Housing** | **Circuit Court of Cook County, Illinois** | **Pending** |
| **Village of Riverdale v. Stenson Kathleen et.al. 2014 M6 002736** | **Housing** | **Circuit Court of Cook County, Illinois** | **Pending** |
| **Village of Riverdale v. Stenson Kathleen et.al. 2014 M6 002738** | **Housing** | **Circuit Court of Cook County, Illinois** | **Pending** |
| **Village of Riverdale v. Stenson Kathleen et.al. 2014 M6 002737** | **Housing** | **Circuit Court of Cook County, Illinois** | **Pending** |
| **Village of Riverdale v. Stenson Kathleen et.al. 2014 M6 002739** | **Housing** | **Circuit Court of Cook County, Illinois** | **Pending** |
| **Village of Riverdale v. Stenson Kathleen et.al. 2014 M6 002740** | **Housing** | **Circuit Court of Cook County, Illinois** | **Pending** |
| **Village of Riverdale v. Stenson Kathleen et.al. 2014 M6 002742** | **Housing** | **Circuit Court of Cook County, Illinois** | **Pending** |
| **Village of Riverdale v. Stenson Kathleen et.al. 2014 M6 002743** | **Housing** | **Circuit Court of Cook County, Illinois** | **Pending** |
| **Village of Riverdale v. Stenson Kathleen et.al. 2014 M6 002745** | **Housing** | **Circuit Court of Cook County, Illinois** | **Pending** |
| **Village of Riverdale v. Stenson Kathleen et.al. 2014 M6 002747** | **Housing** | **Circuit Court of Cook County, Illinois** | **Pending** |
| **Village of Riverdale v. Stenson Kathleen et.al. 2014 M6 002748** | **Housing** | **Circuit Court of Cook County, Illinois** | **Pending** |
| **Village of Riverdale v. Stenson Kathleen et.al. 2014 M6 002750** | **Housing** | **Circuit Court of Cook County, Illinois** | **Pending** |
| **American Express v. Lewandowski Gregory 2014 M6 000759** | **Contract** | **Circuit Court of Cook County, Illinois** | **Judgment** |

B7 (Official Form 7) (04/13)                                                                                                          6

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF<br>PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **Village of Riverdale**<br>**v.**<br>**Stenson Kathleen et.al.**<br>**2014 M6 002749** | **Housing** | **Circuit Court of Cook County, Illinois** | **Pending** |
| **Gwennie Inc**<br>**v.**<br>**Lewandowski Gregory et. al.**<br>**2014 M6 003852** | **Joint Action** | **Circuit Court of Cook County, Illinois** | **Judgment** |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12
or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF<br>CREDITOR OR SELLER | DATE OF REPOSSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|
| **Bank Of America, N.A. ***<br>**401 N. Tryon Street**<br>**NC1-021-02-20**<br>**Charlotte, NC 28255** | **8/20/14** | **514 W 136th Place**<br>**Riverdale, Illinois 60827**<br>**Value per Zillow.com**<br>**$71,045.00** |
| **Bank Of America, N.A. ***<br>**401 N. Tryon Street**<br>**NC1-021-02-20**<br>**Charlotte, NC 28255** | **6/20/2014** | **513 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Value Per Zillow.com**<br>**$65,363.00** |
| **Bank Of America, N.A. ***<br>**401 N. Tryon Street**<br>**NC1-021-02-20**<br>**Charlotte, NC 28255** | **5/13/2014** | **13725 S Parnell Avenue**<br>**Riverdale, Illinois 60827**<br>**Value Per Zillow.com**<br>**$71,730.00** |
| **Cco Mortgage Corp.**<br>**10561 Telegraph Road**<br>**Glen Allen, VA 23059** | **12-19-2013** | **441 Talala Street**<br>**Park Forest, Illinois 60466**<br>**Value Per Zillow.com**<br>**$88,730.00** |
| **Cco Mortgage Corp.**<br>**10561 Telegraph Road**<br>**Glen Allen, VA 23059** | **2-13-2014** | **13665 S Normal Avenue**<br>**Riverdale, Illinois 60827**<br>**Value Per Cook County Assessor**<br>**$33,730.00** |
| **CitiMortgage, Inc.**<br>**1000 Technology Drive**<br>**O Fallon, MO 63368** | **2-19-2012** | **504 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Value Per Cook County Assessor**<br>**$33,310.00** |
| **Colfin Bulls Funding A LLC**<br>**2450 Broadway**<br>**6th Floor**<br>**Santa Monica, CA 90404** | **3/13/2015** | **2471 St. Andrews Drive**<br>**Olympia Fields, Illinois 60461**<br>**Value per Zillow.com**<br>**$289,273.00** |

B7 (Official Form 7) (04/13)                                                                                                          7

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **JPMorgan Chase***<br>**270 Park Avenue**<br>**New York, NY 10017** | **1/13/2014** | **448 W 136th Street**<br>**Riverdale, Illinois 60827**<br>**Value Per Cook County Assessor**<br>**$35,620.00** |
| **JPMorgan Chase***<br>**270 Park Avenue**<br>**New York, NY 10017** | **4/16/2014** | **511 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Value Per Cook County Assessor**<br>**$35,570.00** |
| **JPMorgan Chase***<br>**270 Park Avenue**<br>**New York, NY 10017** | **1/6/2014** | **449 W 137th Place**<br>**Riverdale, Illinois 60827**<br>**Value Per Cook County Assessor**<br>**$33,830.00** |
| **JPMorgan Chase***<br>**270 Park Avenue**<br>**New York, NY 10017** | **12/3/2013** | **504 W 136th Street**<br>**Riverdale, Illinois 60827**<br>**Value Per Cook County Assessor**<br>**$35,720.00** |
| **PNC Bank N.A ***<br>**1 Financial Parkway**<br>**Kalamazoo, MI 49009** | **6/26/2013** | **465 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Value Per Cook County Assessor**<br>**$33,560.00** |
| **PNC Bank N.A ***<br>**1 Financial Parkway**<br>**Kalamazoo, MI 49009** | **10/10/2013** | **509 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Value Per Cook County Assessor**<br>**$35,460.00** |
| **PNC Bank N.A ***<br>**1 Financial Parkway**<br>**Kalamazoo, MI 49009** | **7/01/2013** | **523 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Value Per Cook County Assessor**<br>**$34,040.00** |

---

**6. Assignments and receiverships**

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None
☐
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                          8

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Saint Vincent DePaul**<br>**1010 W Webster**<br>**Chicago, IL 60614** | **Place of Worship** | **Monthly** | **$105.00 Monthly Contribution** |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Sulaiman Law Group, Ltd.**<br>**900 Jorie Boulevard**<br>**Suite 150**<br>**Oak Brook, IL 60523** | **06/12/2014** | **$6,055.00 Attorney Fee**<br>**$445.00 Costs (Filing Fee, Credit Counseling, Credit Report)** |

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                9

---

**12. Safe deposit boxes**

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14. Property held for another person**

None
■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15. Prior address of debtor**

None
■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

**16. Spouses and Former Spouses**

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

B7 (Official Form 7) (04/13)                                                                                                                                10

None    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
■       Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■       the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
        docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
☐       ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
        partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
        immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
        within **six years** immediately preceding the commencement of this case.

        *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
        ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
        years** immediately preceding the commencement of this case.

        *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
        ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
        years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Target Financial - Homes for Rent** | **36-3650336** | **Olympia Fields, IL 60461** | **Rental of Real Estate** | **1991 - present** |

None    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or
owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole
proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

        *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above,
        within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go
        directly to the signature page.)*

**19. Books, records and financial statements**

None    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
☐       supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Bill Hickey** **Orland Park, IL** | **1991 to Present** |

B7 (Official Form 7) (04/13)                                                                                                            11

None    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
■       of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                             DATES SERVICES RENDERED

None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
■       of the debtor. If any of the books of account and records are not available, explain.

NAME                        ADDRESS

None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■       issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                DATE ISSUED

### 20. Inventories

None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■       and the dollar amount and basis of each inventory.

DATE OF INVENTORY           INVENTORY SUPERVISOR                DOLLAR AMOUNT OF INVENTORY
                                                                (Specify cost, market or other basis)

None    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.
■

DATE OF INVENTORY                           NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                            RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                        NATURE OF INTEREST              PERCENTAGE OF INTEREST

None    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
■       controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                        TITLE                   NATURE AND PERCENTAGE
                                                                OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■       commencement of this case.

NAME                        ADDRESS                             DATE OF WITHDRAWAL

None    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■       immediately preceding the commencement of this case.

NAME AND ADDRESS                        TITLE                   DATE OF TERMINATION

B7 (Official Form 7) (04/13)                                                                                          12

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
     in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
     commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                          DATE AND PURPOSE                      AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR                 OF WITHDRAWAL                         OR DESCRIPTION AND
                                                                            VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
     group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
     of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
     employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct.

Date   **August  4, 2015**                   Signature   **/s/ Gregory L Lewandowski**
                                                          **Gregory L Lewandowski**
                                                          Debtor

Date   **August  4, 2015**                   Signature   **/s/ Kathleen A Stenson**
                                                          **Kathleen A Stenson**
                                                          Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Gregory L Lewandowski**
       **Kathleen A Stenson** _____

                            Debtor(s)

Case No. _____

Chapter    **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Bank Of America, N.A. \*** | **Describe Property Securing Debt:**<br>**13642 S. Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1994 (Purchase Price $36,500.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-311-071-0000** |

Property will be (check one):

  ☐ Surrendered             ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ■ Other.  Explain **Retain and Maintain; Subject to Reasonable Loan Modification** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt             ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Bank Of America, N.A. \*** | **Describe Property Securing Debt:**<br>**13700 S. Eggleston Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1995 (Purchase Price $31,400.00)**<br>**Value Per Zillow.com**<br>**PIN#: 25-33-314-070-0000** |

Property will be (check one):

  ☐ Surrendered             ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ■ Other.  Explain **Retain and Maintain; Subject to Reasonable Loan Modification** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt             ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                                  Page  2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**CCO Mortgage Corporation** | **Describe Property Securing Debt:**<br>**13621 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989(Purchase Price $32,940.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-328-053-0000** |

Property will be (check one):

   ■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt                   ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**CCO Mortgage Corporation** | **Describe Property Securing Debt:**<br>**545 W. Pacesetter Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $35,000.00)**<br>**Value Per Zillow.com**<br>**PIN#: 25-33-330-007-0000** |

Property will be (check one):

   □ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   ■ Other.  Explain  **Retain and Maintain; Subject to Reasonable Loan Modification**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt                   ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page  3

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**CCO Mortgage Corporation** | **Describe Property Securing Debt:**<br>**13658 S Parnell Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $31,501.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-328-100-0000** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**CCO Mortgage Corporation** | **Describe Property Securing Debt:**<br>**13614 S. Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1985 (Purchase Price $22,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-311-040-0000** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**CCO Mortgage Corporation** | **Describe Property Securing Debt:**<br>**543 W. Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $29,406.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-330-008-0000** |

Property will be (check one):

■ Surrendered                          ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                          ■ Not claimed as exempt

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**CCO Mortgage Corporation** | **Describe Property Securing Debt:**<br>**531 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $26,200.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-330-012-0000** |

Property will be (check one):

■ Surrendered                          ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                          ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page  5

| Property No. 9 | |
|---|---|
| **Creditor's Name:**<br>**CCO Mortgage Corporation** | **Describe Property Securing Debt:**<br>**504 W. 136th Place**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1986 (Purchase Price $28,027.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-328-082-0000** |

Property will be (check one):

■ Surrendered                              □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□ Claimed as Exempt                         ■ Not claimed as exempt

| Property No. 10 | |
|---|---|
| **Creditor's Name:**<br>**CCO Mortgage Corporation** | **Describe Property Securing Debt:**<br>**452 W. 136th Street**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $25,500.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-311-106-0000** |

Property will be (check one):

■ Surrendered                              □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□ Claimed as Exempt                         ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page  6

| Property No. 11 | |
|---|---|
| **Creditor's Name:**<br>**CCO Mortgage Corporation** | **Describe Property Securing Debt:**<br>**13660 S Parnell Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1994 (Purchase Price $28,248.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-328-099-0000** |

Property will be (check one):

    ☐ Surrendered                      ■ Retained

If retaining the property, I intend to (check at least one):

    ☐ Redeem the property
    ☐ Reaffirm the debt
    ■ Other.  Explain  __Retain and Maintain; Subject to Reasonable Loan Modification__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

    ☐ Claimed as Exempt                      ■ Not claimed as exempt

| Property No. 12 | |
|---|---|
| **Creditor's Name:**<br>**CCO Mortgage Corporation** | **Describe Property Securing Debt:**<br>**13625 S. Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1986 (Purchase Price $23,100.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-328-051-0000** |

Property will be (check one):

    ■ Surrendered                      ☐ Retained

If retaining the property, I intend to (check at least one):

    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain  _____  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

    ☐ Claimed as Exempt                      ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                    Page  7

| Property No. 13 | |
|---|---|
| **Creditor's Name:**<br>**CCO Mortgage Corporation** | **Describe Property Securing Debt:**<br>**463 W 137th Place**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1990 (Purchase Price $20,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-329-057-0000** |

Property will be (check one):

■ Surrendered                              □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□ Claimed as Exempt                              ■ Not claimed as exempt

| Property No. 14 | |
|---|---|
| **Creditor's Name:**<br>**CCO Mortgage Corporation** | **Describe Property Securing Debt:**<br>**525 W 136th Street**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1990 (Purchase Price $21,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-328-058-0000** |

Property will be (check one):

■ Surrendered                              □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□ Claimed as Exempt                              ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                    Page  8

| Property No. 15 | |
|---|---|
| **Creditor's Name:**<br>**CCO Mortgage Corporation** | **Describe Property Securing Debt:**<br>**517 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1990 (Purchase Price $26,400.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-330-017-0000** |

Property will be (check one):
    ☐ Surrendered               ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ■ Other.  Explain  __Retain and Maintain; Subject to Reasonable Loan Modification__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt               ■ Not claimed as exempt

| Property No. 16 | |
|---|---|
| **Creditor's Name:**<br>**CCO Mortgage Corporation** | **Describe Property Securing Debt:**<br>**13709 S Parnell Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $31,800.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-329-027-0000** |

Property will be (check one):
    ■ Surrendered               ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain  _____  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt               ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                      Page  9

| Property No. 17 | |
|---|---|
| **Creditor's Name:**<br>**CCO Mortgage Corporation** | **Describe Property Securing Debt:**<br>**502 W 136th Street**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $26,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-311-100-0000** |

Property will be (check one):

□ Surrendered                          ■ Retained

If retaining the property, I intend to (check at least one):

□ Redeem the property
□ Reaffirm the debt
■ Other.  Explain  __Retain and Maintain; Subject to Reasonable Loan Modification__  (for example, avoid lien using 11
U.S.C. § 522(f)).

Property is (check one):

□ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 18 | |
|---|---|
| **Creditor's Name:**<br>**CCO Mortgage Corporation** | **Describe Property Securing Debt:**<br>**505 W 136th Street**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1993 (Purchase Price $16,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-328-065-0000** |

Property will be (check one):

□ Surrendered                          ■ Retained

If retaining the property, I intend to (check at least one):

□ Redeem the property
□ Reaffirm the debt
■ Other.  Explain  __Retain and Maintain; Subject to Reasonable Loan Modification__  (for example, avoid lien using 11
U.S.C. § 522(f)).

Property is (check one):

□ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 19 | |
|---|---|
| **Creditor's Name:**<br>**CCO Mortgage Corporation** | **Describe Property Securing Debt:**<br>**13712 S. Normal Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1986 (Purchase Price $25,075.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-329-050-0000** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                         ■ Not claimed as exempt

| Property No. 20 | |
|---|---|
| **Creditor's Name:**<br>**CCO Mortgage Corporation** | **Describe Property Securing Debt:**<br>**521 W 136th Street**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1992 (Purchase Price $16,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-328-060-0000** |

Property will be (check one):

☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ■ Other.  Explain  **Retain and Maintain; Subject to Reasonable Loan Modification**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                         ■ Not claimed as exempt

B8 (Form 8) (12/08)

| Property No. 21 | |
|---|---|
| **Creditor's Name:**<br>**CCO Mortgage Corporation** | **Describe Property Securing Debt:**<br>**454 W 136th Street**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $27,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-311-105-0000** |

Property will be (check one):

    ☐ Surrendered                                  ■ Retained

If retaining the property, I intend to (check at least one):

    ☐ Redeem the property
    ☐ Reaffirm the debt
    ■ Other.  Explain  __Retain and Maintain; Subject to Reasonable Loan Modification__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

    ☐ Claimed as Exempt                          ■ Not claimed as exempt

| Property No. 22 | |
|---|---|
| **Creditor's Name:**<br>**CCO Mortgage Corporation** | **Describe Property Securing Debt:**<br>**443 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $26,500.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-330-031-0000** |

Property will be (check one):

    ☐ Surrendered                                  ■ Retained

If retaining the property, I intend to (check at least one):

    ☐ Redeem the property
    ☐ Reaffirm the debt
    ■ Other.  Explain  __Retain and Maintain; Subject to Reasonable Loan Modification__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

    ☐ Claimed as Exempt                          ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 12

| Property No. 23 | |
| --- | --- |
| **Creditor's Name:**<br>**CCO Mortgage Corporation** | **Describe Property Securing Debt:**<br>**13636 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $26,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-311-074-0000** |

Property will be (check one):

■ Surrendered                              ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 24 | |
| --- | --- |
| **Creditor's Name:**<br>**CCO Mortgage Corporation** | **Describe Property Securing Debt:**<br>**13718 S Parnell Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $26,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-328-107-0000** |

Property will be (check one):

■ Surrendered                              ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)

| Property No. 25 | |
|---|---|
| **Creditor's Name:**<br>**CCO Mortgage Corporation** | **Describe Property Securing Debt:**<br>**13735 S Parnell Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $30,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-329-019-0000** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 26 | |
|---|---|
| **Creditor's Name:**<br>**CCO Mortgage Corporation** | **Describe Property Securing Debt:**<br>**533 W 136th Street**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1993 (Purchase Price $23,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-328-056-0000** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)

| Property No. 27 | |
|---|---|
| **Creditor's Name:**<br>**CCO Mortgage Corporation** | **Describe Property Securing Debt:**<br>**13651 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $25,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-328-042-0000** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 28 | |
|---|---|
| **Creditor's Name:**<br>**CCO Mortgage Corporation** | **Describe Property Securing Debt:**<br>**13705 S Normal Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1993 (Purchase Price $23,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-314-068-0000** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 15

| Property No. 29 | |
|---|---|
| **Creditor's Name:**<br>**CCO Mortgage Corporation** | **Describe Property Securing Debt:**<br>**13755 S Eggleston Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $25,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-331-022-0000** |

Property will be (check one):

☐ Surrendered                                    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain __Retain and Maintain; Subject to Reasonable Loan Modification__  (for example, avoid lien using 11
U.S.C. § 522(f)).

Property is (check one):

☐ Claimed as Exempt                              ■ Not claimed as exempt

| Property No. 30 | |
|---|---|
| **Creditor's Name:**<br>**CCO Mortgage Corporation** | **Describe Property Securing Debt:**<br>**526 W 136th Street**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1991 (Purchase Price $20,0001.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-311-092-0000** |

Property will be (check one):

☐ Surrendered                                    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain __Retain and Maintain; Subject to Reasonable Loan Modification__  (for example, avoid lien using 11
U.S.C. § 522(f)).

Property is (check one):

☐ Claimed as Exempt                              ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 16

| Property No. 31 | |
|---|---|
| **Creditor's Name:**<br>**CCO Mortgage Corporation** | **Describe Property Securing Debt:**<br>**453 W. Pacesetter Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1986 (Purchase Price $26,100.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-330-027-0000** |

Property will be (check one):

■ Surrendered       □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□ Claimed as Exempt         ■ Not claimed as exempt

| Property No. 32 | |
|---|---|
| **Creditor's Name:**<br>**CCO Mortgage Corporation** | **Describe Property Securing Debt:**<br>**13723 S. Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1987 (Purchase Price $28,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-328-029-0000** |

Property will be (check one):

■ Surrendered       □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□ Claimed as Exempt         ■ Not claimed as exempt

B8 (Form 8) (12/08)

| Property No. 33 | |
|---|---|
| **Creditor's Name:**<br>**CCO Mortgage Corporation** | **Describe Property Securing Debt:**<br>**444 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $28,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-329-068-0000** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 34 | |
|---|---|
| **Creditor's Name:**<br>**CitiMortgage, Inc.** | **Describe Property Securing Debt:**<br>**13745 S Parnell Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $45,001.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-329-015-0000** |

Property will be (check one):

☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ■ Other.  Explain  **Retain and Maintain; Subject to Reasonable Loan Modification**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                    Page 18

| Property No. 35 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**13640 S Parnell Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1985 (Purchase Price $20,000.00)**<br>**Value Per Cook County Assessor**<br>**PIN#: 25-33-328-096-0000** |

Property will be (check one):

■ Surrendered                          ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt                          ■ Not claimed as exempt

| Property No. 36 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**13614 S. Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1985 (Purchase Price $22,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-311-040-0000** |

Property will be (check one):

■ Surrendered                          ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt                          ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 19

| Property No. 37 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**13625 S. Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1986 (Purchase Price $23,100.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-328-051-0000** |

Property will be (check one):

  ■ Surrendered                           □ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □ Claimed as Exempt                     ■ Not claimed as exempt

| Property No. 38 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**508 W. Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1986 (Purchase Price $25,500.00)**<br>**Value Per Cook County Assessor**<br>**PIN#: 25-33-329-074-0000** |

Property will be (check one):

  ■ Surrendered                           □ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □ Claimed as Exempt                     ■ Not claimed as exempt

B8 (Form 8) (12/08)

| Property No. 39 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**13712 S. Normal Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1986 (Purchase Price $25,075.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-329-050-0000** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 40 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**13700 S. Parnell**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $36,000)**<br>**Value Per Zillow.com**<br>**PIN#: 25-33-328-105-0000** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)

| Property No. 41 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**534 W. 136th Street**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $29,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-311-089-0000** |

Property will be (check one):

■ Surrendered        □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□ Claimed as Exempt        ■ Not claimed as exempt

| Property No. 42 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**460 W. 136th Street**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1994 (Purchase Price $31,123.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-311-103-0000** |

Property will be (check one):

■ Surrendered        □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□ Claimed as Exempt        ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 22

| Property No. 43 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**13727 S. Parnell Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1993 (Purchase Price $32,600.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-329-021-0000** |

Property will be (check one):

■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 44 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**13700 S. Eggleston Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1995 (Purchase Price $31,400.00)**<br>**Value Per Zillow.com**<br>**PIN#: 25-33-314-070-0000** |

Property will be (check one):

□ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  ■ Other.  Explain  **Retain and Maintain; Subject to Reasonable Loan Modification**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                    Page 23

| Property No. 45 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**504 W. 136th Place**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1986 (Purchase Price $28,027.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-328-082-0000** |

Property will be (check one):

■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt                              ■ Not claimed as exempt

| Property No. 46 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**453 W. Pacesetter Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1986 (Purchase Price $26,100.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-330-027-0000** |

Property will be (check one):

■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt                              ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page 24

| Property No. 47 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**13723 S. Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1987 (Purchase Price $28,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-328-029-0000** |

Property will be (check one):

  ■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 48 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**452 W. 136th Street**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $25,500.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-311-106-0000** |

Property will be (check one):

  ■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                      Page 25

| Property No. 49 | |
| --- | --- |
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**543 W. Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $29,406.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-330-008-0000** |

Property will be (check one):

■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 50 | |
| --- | --- |
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**13735 S Parnell Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $30,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-329-019-0000** |

Property will be (check one):

■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt                    □ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                      Page 26

| Property No. 51 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**13658 S Parnell Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $31,501.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-328-100-0000** |

Property will be (check one):

■ Surrendered                              □ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

■ Claimed as Exempt                              □ Not claimed as exempt

| Property No. 52 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**13709 S Parnell Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $31,800.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-329-027-0000** |

Property will be (check one):

■ Surrendered                              □ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

■ Claimed as Exempt                              □ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                   Page 27

| Property No. 53 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**444 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $28,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-329-068-0000** |

Property will be (check one):

   ■ Surrendered             ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt           ■ Not claimed as exempt

| Property No. 54 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**13636 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $26,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-311-074-0000** |

Property will be (check one):

   ■ Surrendered             ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt           ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                              Page 28

| Property No. 55 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**13718 S Parnell Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $26,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-328-107-0000** |

Property will be (check one):

■ Surrendered        □ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □ Claimed as Exempt        ■ Not claimed as exempt

| Property No. 56 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**13651 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $25,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-328-042-0000** |

Property will be (check one):

■ Surrendered        □ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □ Claimed as Exempt        ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page 29

| Property No. 57 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**13621 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989(Purchase Price $32,940.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-328-053-0000** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 58 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**531 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $26,200.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-330-012-0000** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                      Page 30

| Property No. 59 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**525 W 136th Street**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1990 (Purchase Price $21,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-328-058-0000** |

Property will be (check one):

■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 60 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**463 W 137th Place**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1990 (Purchase Price $20,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-329-057-0000** |

Property will be (check one):

■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                           Page 31

| Property No. 61 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**533 W 136th Street**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1993 (Purchase Price $23,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-328-056-0000** |

Property will be (check one):

  ■ Surrendered                                   □ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □ Claimed as Exempt                             ■ Not claimed as exempt

| Property No. 62 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**13705 S Normal Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1993 (Purchase Price $23,000.00)**<br>**Value Per Trulia.com**<br>**PIN#: 25-33-314-068-0000** |

Property will be (check one):

  ■ Surrendered                                   □ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □ Claimed as Exempt                             ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                              Page 32

| Property No. 63 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**13727 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1987 (Purchase Price $28,000.00)**<br>**Value Per Cook County Assessor**<br>**PIN#: 25-33-328-028-0000** |

Property will be (check one):

  ■ Surrendered                              □ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 64 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**13759 S Eggleston Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $22,910.00)**<br>**Value Per Cook County Assessor**<br>**PIN#: 25-33-331-024-0000** |

Property will be (check one):

  ■ Surrendered                              □ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 65 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**13717 S Eggleston Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $32,000.00)**<br>**Value Per Cook County Assessor**<br>**PIN#: 25-33-331-009-0000** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 66 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**518 W 136th Place**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $32,805.00)**<br>**Value Per Cook County Assessor**<br>**PIN#: 25-33-328-088-0000** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page 34

| Property No. 67 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**13730 S Normal Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $23,000.00)**<br>**Value Per Cook County Assessor**<br>**PIN#: 25-33-329-056-0000** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 68 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**510 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1995 (Purchase Price $37,234.00)**<br>**Value Per Cook County Assessor**<br>**PIN#: 25-33-329-073-0000** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 35

| Property No. 69 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**13638 S Parnell Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $23,000.00)**<br>**Value Per Cook County Assessor**<br>**PIN#: 25-33-328-097-0000** |

Property will be (check one):

■ Surrendered                          □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt                 ■ Not claimed as exempt

| Property No. 70 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**13720 S Parnell Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $27,000.00)**<br>**Value Per Cook County Assessor**<br>**PIN#: 25-33-328-106-0000** |

Property will be (check one):

■ Surrendered                          □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt                 ■ Not claimed as exempt

B8 (Form 8) (12/08) <span style="float:right">Page 36</span>

| Property No. 71 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**501 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $25,500.00)**<br>**Value Per Cook County Assessor**<br>**PIN#: 25-33-330-022-0000** |

Property will be (check one):

■ Surrendered    □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 72 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**517 W 136th Place**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $25,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-329-036-0000** |

Property will be (check one):

■ Surrendered    □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt          ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page 37

| Property No. 73 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**527 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $24,400.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-330-013-0000** |

Property will be (check one):

■ Surrendered                              ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                     ■ Not claimed as exempt

| Property No. 74 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**13719 S Eggleston Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1990 (Purchase Price $32,778.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-331-010-0000** |

Property will be (check one):

■ Surrendered                              ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                     ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                   Page 38

| Property No. 75 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**13707 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1990 (Purchase Price $21,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-328-035-0000** |

Property will be (check one):

■ Surrendered                            ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                            ■ Not claimed as exempt

| Property No. 76 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**13730 S Parnell Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1990 (Purchase Price $25,900.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-328-111-0000** |

Property will be (check one):

■ Surrendered                            ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                            ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                    Page 39

| Property No. 77 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**525 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1990 (Purchase Price $28,500.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-330-014-0000** |

Property will be (check one):

   ■ Surrendered                              □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt                        ■ Not claimed as exempt

| Property No. 78 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**13650 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1990 (Purchase Price $24,800.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-311-069-0000** |

Property will be (check one):

   ■ Surrendered                              □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt                        ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 40

| Property No. 79 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**13652 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1990 (Purchase Price $24,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-311-068-0000** |

Property will be (check one):

   ■ Surrendered                        ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                        ■ Not claimed as exempt

| Property No. 80 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**13737 S Eggleston Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1990 (Purchase Price $27,825.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-331-015-0000** |

Property will be (check one):

   ■ Surrendered                        ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                        ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 41

| Property No. 81 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**506 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1990 (Purchase Price $25,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-329-075-0000** |

Property will be (check one):

■ Surrendered              ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 82 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**544 W 136th Street**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1991 (Purchase Price $22,500.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-311-086-0000** |

Property will be (check one):

■ Surrendered              ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                              Page 42

| Property No. 83 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**13719 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1991 (Purchase Price $34,016.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-328-031-0000** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 84 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**13701 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1993 (Purchase Price $45,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-328-037-0000** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)

| Property No. 85 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**13607 S Eggleston Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1993 (Purchase Price $45,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-314-047-0000** |

Property will be (check one):

■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 86 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**13732 S Parnell Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1994 (Purchase Price $29,500.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-328-110-0000** |

Property will be (check one):

■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt          ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 44

| Property No. 87 | |
| --- | --- |
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**519 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1994 (Purchase Price $40,500.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-330-016-0000** |

Property will be (check one):

■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 88 | |
| --- | --- |
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**445 W 137th Place**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1994 (Purchase Price $20,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-329-063-0000** |

Property will be (check one):

■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 45

| Property No. 89 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**461 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1994 (Purchase Price $23,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-330-025-0000** |

Property will be (check one):

■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 90 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**13660 S Normal Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1994 (Purchase Price $24,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-329-045-0000** |

Property will be (check one):

■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page 46

| Property No. 91 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**13664 S Normal Avenue**<br>**Riverdale, Illinois 60827**<br>**Fire Damage/Complete Loss**<br>**Purchased in 1997 (Purchase Price $30,000.00)**<br>**PIN#: 25-33-329-043-0000** |

Property will be (check one):

■ Surrendered                              ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 92 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**448 W 137th Place**<br>**Riverdale, Illinois 60827**<br>**Vacant Land/Demolished**<br>**Purchased in 1995 (Purchase Price $29,010.00)**<br>**PIN#: 25-33-314-079-0000** |

Property will be (check one):

■ Surrendered                              ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                       Page 47

| Property No. 93 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**457 W 137th Place**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1995 (Purchase Price $32,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-329-059-0000** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 94 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**537 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1987 (Purchase Price $37,001.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-330-010-0000** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page 48

| Property No. 95 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**13742 S Parnell Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1987 (Purchase Price $27,250.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-328-115-0000** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 96 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**13718 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Fire Damage/Complete Loss**<br>**Purchased in 1988 (Purchase Price $28,000.00)**<br>**PIN#: 25-33-311-058-0000** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 49

| Property No. 97 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**511 W 136th Street**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $28,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-328-063-0000** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 98 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**541 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $30,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-330-009-0000** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)

| Property No. 99 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**528 W 136th Street**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $27,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-311-091-0000** |

Property will be (check one):
   ■ Surrendered                     □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt                ■ Not claimed as exempt

| Property No. 100 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**447 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $27,010.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-330-029-0000** |

Property will be (check one):
   ■ Surrendered                     □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt                ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page 51

| Property No. 101 | |
| --- | --- |
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**13648 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1991 (Purchase Price $20,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-311-070-0000** |

Property will be (check one):

■ Surrendered               ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 102 | |
| --- | --- |
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**13716 S Normal Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1992 (Purchase Price $22,600.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-329-049-0000** |

Property will be (check one):

■ Surrendered               ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)

| Property No. 103 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**507 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1992 (Purchase Price $24,760.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-330-021-0000** |

Property will be (check one):

■ Surrendered　　　　　　　　□ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□ Claimed as Exempt　　　　　　　■ Not claimed as exempt

| Property No. 104 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**13630 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1992(Purchase Price $22,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-311-075-0000** |

Property will be (check one):

■ Surrendered　　　　　　　　□ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□ Claimed as Exempt　　　　　　　■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                      Page 53

| Property No. 105 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**13720 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Fire Damage/Complete Loss**<br>**Purchased in 1992 (Purchase Price $25,000.00)**<br>**PIN#: 25-33-311-057-0000** |

Property will be (check one):
- ■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 106 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**511 W 136th Place**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1994 (Purchase Price $25,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-329-038-0000** |

Property will be (check one):
- ■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                              Page 54

| Property No. 107 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**13722 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Fire Damage/Complete Loss**<br>**Purchased in 1988 (Purchase Price $23,000.00)**<br>**PIN#: 25-33-311-056-0000** |

Property will be (check one):
  ■ Surrendered                              ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                        ■ Not claimed as exempt

| Property No. 108 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**461 W 136th Street**<br>**Riverdale, Illinois 60827**<br>**Vacant Land/Demolition**<br>**Purchased in 1988 (Purchase Price $29,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#:25-33-328-068-0000** |

Property will be (check one):
  ■ Surrendered                              ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                        ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page 55

| Property No. 109 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**13605 S Eggleston Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1991 (Purchase Price $33,502.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-314-046-0000** |

Property will be (check one):

■ Surrendered                      □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt                      ■ Not claimed as exempt

| Property No. 110 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**13627 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1992 (Purchase Price $36,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#:25-33-328-050-0000** |

Property will be (check one):

■ Surrendered                      □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt                      ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                Page 56

| Property No. 111 | |
|---|---|
| **Creditor's Name:**<br>**Midland Mortgage Company** | **Describe Property Securing Debt:**<br>**537 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1987 (Purchase Price $37,001.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-330-010-0000** |

Property will be (check one):

■ Surrendered                     ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                     ■ Not claimed as exempt

| Property No. 112 | |
|---|---|
| **Creditor's Name:**<br>**PNC Mortgage** | **Describe Property Securing Debt:**<br>**541 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1988 (Purchase Price $30,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-330-009-0000** |

Property will be (check one):

■ Surrendered                     ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                     ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                              Page 57

| Property No. 113 | |
|---|---|
| **Creditor's Name:**<br>**PNC Mortgage** | **Describe Property Securing Debt:**<br>**447 W Pacesetter Parkway**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $27,010.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-330-029-0000** |

Property will be (check one):
■ Surrendered       □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□ Claimed as Exempt       ■ Not claimed as exempt

| Property No. 114 | |
|---|---|
| **Creditor's Name:**<br>**PNC Mortgage** | **Describe Property Securing Debt:**<br>**511 W 136th Place**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1994 (Purchase Price $25,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-329-038-0000** |

Property will be (check one):
■ Surrendered       □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□ Claimed as Exempt       ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page 58

| Property No. 115 | |
|---|---|
| **Creditor's Name:**<br>**PNC Mortgage** | **Describe Property Securing Debt:**<br>**528 W 136th Street**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1989 (Purchase Price $27,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#: 25-33-311-091-0000** |

Property will be (check one):

■ Surrendered                         ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 116 | |
|---|---|
| **Creditor's Name:**<br>**TM Property Solutions** | **Describe Property Securing Debt:**<br>**13722 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Fire Damage/Complete Loss**<br>**Purchased in 1988 (Purchase Price $23,000.00)**<br>**PIN#: 25-33-311-056-0000** |

Property will be (check one):

■ Surrendered                         ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                       Page 59

| Property No. 117 | |
|---|---|
| **Creditor's Name:**<br>**US Bank Home Mortgage** | **Describe Property Securing Debt:**<br>**461 W 136th Street**<br>**Riverdale, Illinois 60827**<br>**Vacant Land/Demolition**<br>**Purchased in 1988 (Purchase Price $29,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#:25-33-328-068-0000** |

Property will be (check one):

    ■ Surrendered                ☐ Retained

If retaining the property, I intend to (check at least one):
     ☐ Redeem the property
     ☐ Reaffirm the debt
     ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
     ☐ Claimed as Exempt                ■ Not claimed as exempt

| Property No. 118 | |
|---|---|
| **Creditor's Name:**<br>**Village of Riverdale** | **Describe Property Securing Debt:**<br>**448 W 137th Place**<br>**Riverdale, Illinois 60827**<br>**Vacant Land/Demolished**<br>**Purchased in 1995 (Purchase Price $29,010.00)**<br>**PIN#: 25-33-314-079-0000** |

Property will be (check one):

    ■ Surrendered                ☐ Retained

If retaining the property, I intend to (check at least one):
     ☐ Redeem the property
     ☐ Reaffirm the debt
     ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
     ☐ Claimed as Exempt                ■ Not claimed as exempt

B8 (Form 8) (12/08)

| Property No. 119 | |
| --- | --- |
| **Creditor's Name:**<br>**Village of Riverdale** | **Describe Property Securing Debt:**<br>**461 W 136th Street**<br>**Riverdale, Illinois 60827**<br>**Vacant Land/Demolition**<br>**Purchased in 1988 (Purchase Price $29,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#:25-33-328-068-0000** |

Property will be (check one):

■ Surrendered　　　　　　　　☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt　　　　　　　■ Not claimed as exempt

| Property No. 120 | |
| --- | --- |
| **Creditor's Name:**<br>**Wells Fargo Home Mortgage** | **Describe Property Securing Debt:**<br>**13627 S Wallace Avenue**<br>**Riverdale, Illinois 60827**<br>**Single Family Dwelling**<br>**Purchased in 1992 (Purchase Price $36,000.00)**<br>**Value Per County Assessors Office**<br>**PIN#:25-33-328-050-0000** |

Property will be (check one):

■ Surrendered　　　　　　　　☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt　　　　　　　■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
| --- | --- | --- |
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES　　　☐ NO |

B8 (Form 8) (12/08)                                                                                      Page 61

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **August  4, 2015**  _____          Signature  **/s/ Gregory L Lewandowski** _____
                                                                   **Gregory L Lewandowski**
                                                                   Debtor


Date  **August  4, 2015**  _____          Signature  **/s/ Kathleen A Stenson** _____
                                                                   **Kathleen A Stenson**
                                                                   Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Gregory L Lewandowski**
**Kathleen A Stenson**

Debtor(s)

Case No.

Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **6,055.00** |
| Prior to the filing of this statement I have received | $ | **6,055.00** |
| Balance Due | $ | **0.00** |

2.  $ **335.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

    **Representation of the debtors in any dischargeability actions, relief from stay actions, motions to redeem property under 11 U.S.C. 722, preparation and filing of reaffirmation agreements and applications as needed or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **August  4, 2015**

**/s/ Penelope Bach**
**Penelope Bach**
**Sulaiman Law Group, Ltd.**
**900 Jorie Boulevard**
**Suite 150**
**Oak Brook, IL 60523**
**630-575-8181  Fax: 630-575-8188**
**mbadwan@sulaimanlaw.com**

---

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### **Chapter 11**: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### **Chapter 12**: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Gregory L Lewandowski**
**Kathleen A Stenson**
_____   Case No. _____
                                     Debtor(s)            Chapter  **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Gregory L Lewandowski**
**Kathleen A Stenson**                    X  **/s/ Gregory L Lewandowski**      **August  4, 2015**
_____             _____
Printed Name(s) of Debtor(s)                Signature of Debtor              Date

Case No. (if known) _____       X  **/s/ Kathleen A Stenson**         **August  4, 2015**
                                            _____
                                            Signature of Joint Debtor (if any)   Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Gregory L Lewandowski**
       **Kathleen A Stenson**
                                          Case No.
                        Debtor(s)          Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    **79**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **August  4, 2015**              **/s/ Gregory L Lewandowski**
                                         **Gregory L Lewandowski**
                                         Signature of Debtor

Date:   **August  4, 2015**              **/s/ Kathleen A Stenson**
                                         **Kathleen A Stenson**
                                         Signature of Debtor

American Express
Po Box 3001
16 General Warren Blvd
Malvern, PA 19355


American Express *
P.O. Box 3001
16 General Warren Blvd
Malvern, PA 19355


American Express *
c/o Becket & Lee
P.O. Box 3001
Malvern, PA 19355


American Home Mortgage Servicing
4600 Regent Boulevard
Irving, TX 75063


Arnold Scott Harris, P.C
111 West Jackson Boulevard, Suite 600
Chicago, IL 60604


At & T Mobility
P.O. Box 6416
Carol Stream, IL 60197


AT& UVerse
PO Box 6416
Carol Stream, IL 60197


Bank Of America, N.A. *
401 N. Tryon Street
NC1-021-02-20
Charlotte, NC 28255


Berquist Dental
19710 Governors Highway
#4
Flossmoor, IL 60422


Caine & Weiner
Po Box 5010
Woodland Hills, CA 91365

Caine & Weiner
1699 E. Woodfield Road
Schaumburg, IL 60173


Caine & Weiner
1699 East Woodfield Road
Schaumburg, IL 60173


Capital One, N.A. *
c/o American Infosource
P.O Box 54529
Oklahoma City, OK 73154


Capital One, N.A.*
1680 Capital One Drive
Mc Lean, VA 22102


CCO Mortgage Corporation
10561 Telegraph Road
Glen Allen, VA 23059


Chase *
ATTN:  Bankruptcy Department
P.O. Box 15298
Wilmington, DE 19850


Chase *
3415 Vision Drive
Mail Code OH4-7142
Columbus, OH 43219


Citicorp Credit Services *
ATTN: Internal Recovery; Centralized Bk
P.O. Box 790034
Saint Louis, MO 63179-0034


CitiMortgage, Inc.
1000 Technology Drive
O Fallon, MO 63368


Codilis & Associates
15W030 N. Frontage Road
Burr Ridge, IL 60527

Colfin Bulls Funding A LLC
2450 Broadway
6th Floor
Santa Monica, CA 90404


ComEd
PO Box 6111
Carol Stream, IL 60197-6111


Cook County Assesor's Office
118 N. Clark Street
Chicago, IL 60602


Cook County State's Attorney
69 W. Washington
Suite 3200
Chicago, IL 60602


Cook County Treasurer's Office
118 North Clark Street, Room 112
Chicago, IL 60602


Country Mutual Ins. Co.
121 N. Main
4th Floor
Bloomington, IL 61701


Discover Financial Services
2500 Lake Cook Road
Deerfield, IL 60015


Discover Financial Services LLC
Po Box 15316
Wilmington, DE 19850


Equifax Information Services, LLC
1550 Peachtree Street NW
Atlanta, GA 30309


Experian Information Solutions, Inc.
475 Anton Boulevard
Costa Mesa, CA 92626

Fifth Third Bank
38 Fountain Square Plaza
Fifth Third Center
Cincinnati, OH 45263


GE Capital Retail Consumer Finance
1600 Summer Street
Fifth Floor
Stamford, CT 06905


Gomberg & Sharfman, Ltd
208 S. Lasalle
Ste 1410
Chicago, IL 60604


IC System
Attn: Bankruptcy
444 Highway 96 East; Po Box 64378
St. Paul, MN 55164


Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


JPMorgan Chase*
270 Park Avenue
New York, NY 10017


Kluever & Pratt LLC
65 E. Wacker Place, #2300
Chicago, IL 60601


Macy's
Po Box 183083
Columbus, OH 43218


Manley Deas Kochalski LLC
One East Wacker
Suite 1250
Chicago, IL 60601

Mb Financial Bank
6111 N River Road
Rosemont, IL 60018


Mb Financial Bank
6111 N River Rd
Rosemont, IL 60018


MB Financial Bank*
6111 N River Road
Rosemont, IL 60018


MB Financiall Bank*
6111 N River Road
Rosemont, IL 60018


Midland Mortgage Company
Attention: Bankruptcy
Po Box 26648
OK 73216


Montana Welch LLC
11952 S Harlem Avenue
Suite 200
Palos Heights, IL 60463


Nicor Gas
PO Box 5407
Carol Stream, IL 60197


Nicor Gas
1844 Ferry Road
Naperville, IL 60563


Noonan & Lieberman, LTD
105 W. Adams, Suite 1800
Chicago, IL 60603


Peterman J Legal Group LTD
165 Bishops Way
Brookfield, WI 53005

Pierce & Associates
1 North Dearborn
Ste 1300
Chicago, IL 60602


PNC Bank N.A *
1 Financial Parkway
Kalamazoo, MI 49009


PNC Mortgage
3232 Newmark Dr., Bldg. 8
Miamisburg, OH 45342


PNC Mortgage
3232 Newmark Drive., Building. 8
Miamisburg, OH 45342


PNC Mortgage
2650 Warrenville Road
Downers Grove, IL 60515


PNC Mortgage
PO Box 1820
Dayton, OH 45401


PNC Mortgage
6 N Main Street
Dayton, OH 45402


PNC Mortgage
3232 Nemark Drive
Miamisburg, OH 45342


Robert C. Varney and Assoc.


Sams Club
Attn. Bankruptcy
PO Box 105968
Atlanta, GA 30353


Seterus
8501 IBM Drive, Building 201
Charlotte, NC 28262

Shapiro Kreisman Associates
2121 Waukegan #301
Deerfield, IL 60015


Southwest Credit System
4120 International Parkway Suite 1100
Carrollton, TX 75007


Sunrise Credit Services
PO Box 9100
Farmingdale, NY 11735


SunTrust Mortgage
901 Semmes Avenue
Richmond, VA 23224


Synchrony Bank
PO Box 530916
Atlanta, GA 30353


Taft Stetitinius Hollister
111 E Wacker Drive
2800
Chicago, IL 60601


TM Property Solutions
2600 S Shore Boulevard
Suite 300
League City, TX 77573


Trans Union LLC
P.O. Box 2000
Chester, PA 19016-2000


US Bank Home Mortgage
US Bancorp Center
800 Nicollet Mall
Minneapolis, MN 55402


US Bank, N.A.
Bankruptcy/Recovery Department
P.O. Box 5229
Cincinnati, OH 45201

Village of Hazel Crest
3000 W. 170th Place
Hazel Crest, IL 60429


Village of Olympia Fields
20040 Governer's HIghway
Olympia Fields, IL 60461


Village of Park Forest
350 Victory Drive
Park Forest, IL 60466


Village of Riverdale
157 W 144th Street
Riverdale, IL 60827


Wells Fargo Home Mortgage
8480 Stagecoach Circle
Frederick, MD 21701


Wirbicki Law
33 W. Monroe #1140
Chicago, IL 60603


Zwicker & Associates P.C.
7366 N. Lincoln Ave. Suite 404
Lincolnwood, IL 60712


Zwicker & Associates, P.C.
7366 N. Lincoln Avenue, Suite 102
Lincolnwood, IL 60712

**Fill in this information to identify your case:**

Debtor 1   **Gregory L Lewandowski**

Debtor 2   **Kathleen A Stenson**
(Spouse, if filing)

United States Bankruptcy Court for the:   Northern District of Illinois

Case number
(if known)

**Check one box only as directed in this form and in Form 22A-1Supp:**

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 22A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 22A - 1
# Chapter 7 Statement of Your Current Monthly Income

12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 22A-1Supp) with this form.

**Part 1:    Calculate Your Current Monthly Income**

1.  **What is your marital and filing status?** Check one only.

☐ **Not married**. Fill out Column A, lines 2-11.

☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

☐ **Living separately or are legally separated.** fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2.  **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3.  **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4.  **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ _____ | $ _____ |

5.  **Net income from operating a business, profession, or farm**

| | | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from a business, profession, or farm $ _____ | **Copy here ->** $ _____ | | $ _____ |

6.  **Net income from rental and other real property**

| | | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from rental or other real property $ _____ | **Copy here ->** $ _____ | | $ _____ |

| 7.  **Interest, dividends, and royalties** | $ _____ | $ _____ |
|---|---|---|

Debtor 1  **Gregory L Lewandowski**
Debtor 2  **Kathleen A Stenson**

Case number (*if known*) _____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**8.  Unemployment compensation**
$ _____   $ _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you ............................................. $ _____

For your spouse ................................ $ _____

**9.  Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.
$ _____   $ _____

**10.  Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

10a. _____   $ _____   $ _____

10b. _____   $ _____   $ _____

10c.  Total amounts from separate pages, if any.   + $ _____   $ _____

**11.  Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.
$ _____ + $ _____ = $ _____

**Total current monthly income**

| **Part 2:** | **Determine Whether the Means Test Applies to You** |
|---|---|

**12.  Calculate your current monthly income for the year.** Follow these steps:

12a.  Copy your total current monthly income from line 11 _____  **Copy line 11 here=>**   12a. $ _____

Multiply by 12 (the number of months in a year)   **x 12**

12b.  The result is your annual income for this part of the form   12b. $ _____

**13.  Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.   _____

Fill in the number of people in your household.   _____

Fill in the median family income for your state and size of household. ...............   13. $ _____

**14.  How do the lines compare?**

14a.  ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b.  ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 22A-2.* Go to Part 3 and fill out Form 22A-2.

| **Part 3:** | **Sign Below** |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X /s/ Gregory L Lewandowski**   **X /s/ Kathleen A Stenson**

**Gregory L Lewandowski**   **Kathleen A Stenson**
Signature of Debtor 1   Signature of Debtor 2

Date  **August  4, 2015**   Date  **August  4, 2015**
MM / DD / YYYY   MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 22A-2.

If you checked line 14b, fill out Form 22A-2 and file it with this form.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1    **Gregory L Lewandowski**

Debtor 2    **Kathleen A Stenson**
(Spouse, if filing)

United States Bankruptcy Court for the:   Northern District of Illinois

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 22A - 1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)   12/14

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 22A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 22A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

| Part 1: | Identify the Kind of Debts You Have |
|---|---|

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the "Nature of Debts" box on page 1 of the *Voluntary Petition* (Official Form 1).

   ■ No.   Go to Form 22A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1.

   ☐ Yes.  Go to Part 2.

| Part 2: | Determine Whether Military Service Provisions Apply to You |
|---|---|

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.   Go to line 3.

   ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

   ☐ No.   Go to line 3.

   ☐ Yes.  Go to Form 22A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.   Complete Form 22A-1. Do not submit this supplement.

   ☐ Yes.  Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

   ☐ No.   Complete Form 22A-1. Do not submit this supplement.

   ☐ Yes.  Check any one of the following categories that applies:

   ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

   ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____ ,which is fewer than 540 days before I file this bankruptcy case.

   ☐ **I am performing a homeland defense activity for at least 90 days.**

   ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____ ,which is fewer than 540 days before I file this bankruptcy case.

   If you checked one of the categories to the left, go to Form 22A-1. On the top of page 1 of Form 22A-1, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1. you are not required to fill out the rest of Official Form 22A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(@)(D)(ii).

   If your exclusion period ends before your case is closed, you may have to file an amended form later.

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 22A-1Supp: |
|---|---|
| **Debtor 1**  Gregory L Lewandowski | ☑ 1. There is no presumption of abuse |
| **Debtor 2**  Kathleen A Stenson  (Spouse, if filing) | ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 22A-2). |
| United States Bankruptcy Court for the:   Northern District of Illinois | ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later. |
| Case number  (if known) | ☐ Check if this is an amended filing |

# Official Form 22A - 1

## Chapter 7 Statement of Your Current Monthly Income

12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 22A-1Supp) with this form.

**Part 1:**   Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

   ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

   ☐ **Living separately or are legally separated.** fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

   Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  |  | Column A  Debtor 1 | Column B  Debtor 2 or  non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ _____ | $ _____ |
| 5. | **Net income from operating a business, profession, or farm** | | |
|  | Gross receipts (before all deductions)                    $ _____ | | |
|  | Ordinary and necessary operating expenses               -$ _____ | | |
|  | Net monthly income from a business, profession, or farm $ _____  **Copy here ->** $ _____ | | $ _____ |
| 6. | **Net income from rental and other real property** | | |
|  | Gross receipts (before all deductions)                    $ _____ | | |
|  | Ordinary and necessary operating expenses               -$ _____ | | |
|  | Net monthly income from rental or other real property $ _____  **Copy here ->** $ _____ | | $ _____ |
| 7. | **Interest, dividends, and royalties** | $ _____ | $ _____ |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **Gregory L Lewandowski**
Debtor 2   **Kathleen A Stenson**

Case number (*if known*)

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| **8.  Unemployment compensation** | $ _____ | $ _____ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you                                                                    $ _____

For your spouse                                                      $ _____

**9.  Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.                    $ _____         $ _____

**10.  Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

    10a. _____          $ _____         $ _____

    10b. _____          $ _____         $ _____

    10c.  Total amounts from separate pages, if any.   + $ _____         $ _____

**11.  Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ _____ + $ _____ = $ _____

**Total current monthly income**

---

**Part 2:**   **Determine Whether the Means Test Applies to You**

**12.  Calculate your current monthly income for the year.** Follow these steps:

    12a.  Copy your total current monthly income from line 11 ......................  **Copy line 11 here=>**   12a.  $ _____

           Multiply by 12 (the number of months in a year)                          **x  12**

    12b.  The result is your annual income for this part of the form          12b.  $ _____

**13.  Calculate the median family income that applies to you.** Follow these steps:

    Fill in the state in which you live.          _____

    Fill in the number of people in your household.          _____

    Fill in the median family income for your state and size of household. ........................          13.  $ _____

**14.  How do the lines compare?**

    14a.  ☐  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
           Go to Part 3.

    14b.  ☐  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 22A-2.*
           Go to Part 3 and fill out Form 22A-2.

---

**Part 3:**   **Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** **/s/ Gregory L Lewandowski**                          **X** **/s/ Kathleen A Stenson**

   **Gregory L Lewandowski**                          **Kathleen A Stenson**
   Signature of Debtor 1                                      Signature of Debtor 2

Date  **August  4, 2015**                          Date  **August  4, 2015**
   MM / DD / YYYY                                          MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 22A-2.

If you checked line 14b, fill out Form 22A-2 and file it with this form.

---

Fill in this information to identify your case:

Debtor 1    **Gregory L Lewandowski**

Debtor 2    **Kathleen A Stenson**
(Spouse, if filing)

United States Bankruptcy Court for the:   Northern District of Illinois

Case number
(if known)

☐ Check if this is an amended filing

# Official Form 22A - 1Supp
## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)    12/14

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 22A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 22A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

| Part 1: | Identify the Kind of Debts You Have |
|---|---|

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the "Nature of Debts" box on page 1 of the *Voluntary Petition* (Official Form 1).

   ☑ No.   Go to Form 22A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1.

   ☐ Yes.   Go to Part 2.

| Part 2: | Determine Whether Military Service Provisions Apply to You |
|---|---|

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.   Go to line 3.

   ☐ Yes.   Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

        ☐ No.   Go to line 3.

        ☐ Yes.   Go to Form 22A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.   Complete Form 22A-1. Do not submit this supplement.

   ☐ Yes.   Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

        ☐ No.   Complete Form 22A-1. Do not submit this supplement.

        ☐ Yes.   Check any one of the following categories that applies:

            ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

            ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____ ,which is fewer than 540 days before I file this bankruptcy case.

            ☐ **I am performing a homeland defense activity for at least 90 days.**

            ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____ ,which is fewer than 540 days before I file this bankruptcy case.

   > If you checked one of the categories to the left, go to Form 22A-1. On the top of page 1 of Form 22A-1, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1. you are not required to fill out the rest of Official Form 22A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(@)(D)(ii).
   >
   > If your exclusion period ends  before your case is closed, you may have to file an amended form later.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                           Best Case Bankruptcy